**RESHMA KAMATH**, Cal. Bar No. 333800
700 El Camino Real, Suite 120, #1084
Menlo Park, California 94025, United States
Ph.: 650 257 0719, E.: reshmakamath2021@gmail.com

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| RESHMA KAMATH, | Case No.: **5:23-cv-06494-VKD** |
| Plaintiff, | **EXHIBIT A AGAINST JUDICIAL OFFICER JEFFREY WHITE'S RACISM TOWARDS MUSLIMS/INDIANS/ISLAMIC-SOUNDING NAMES IN SUPPORT OF THE COMPLAINT FOR:** |
| v. | |
| ANGIE MUELEMAN, WILLIAM ALSUP, ROSE MAHER, THOMAS HIXSON, JAMES LI, LILAW, INC., DYLAN WISEMAN, BUCHALTER, APC, YVONNE GONZALEZ-ROGERS, JEFFREY WHITE, CALIFORNIA NORTHERN DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA STANDING COMMITTEE ON PROFESSIONAL RESPONSIBILITY, NINTH CIRCUIT COURT OF APPEALS, AND, DOES 1-10, INCLUSIVE, | **I.   INJUNCTIVE RELIEF**<br>**II.   DEFAMATION PER SE-LIBEL**<br>**III.   RACIAL DISCRIMINATION UNDER 42 U.S.C. SECTION 1983**<br>**IV.   GENDER DISCRIMINATION UNDER 42 U.S.C. SECTION 1983**<br>**V.   DECLARATORY RELIEF**<br>**VI.   DEFAMATION PER SE–SLANDER**<br>**VII.   NEGLIGENT HIRING, RETENTION, SUPERVISION, AND TRAINING.** |
| Defendants | **DEMAND FOR JURY TRIAL** |

RESHMA KAMATH
WWW.MYINSTALAWYER.COM

# EXHIBIT A

ADRMOPTERM,CLOSED,E-Filing

# U.S. District Court
## California Northern District (San Francisco)
## CIVIL DOCKET FOR CASE #: 3:03-cv-05604-JSW

Sheikh v. Ashcroft

Assigned to: Hon. Jeffrey S. White

Cause: 28:1331 Fed. Question

Date Filed: 12/12/2003

Date Terminated: 02/23/2007

Jury Demand: None

Nature of Suit: 890 Other Statutory Actions

Jurisdiction: U.S. Government Defendant

**Plaintiff**

**Mohamad Safdar Sheikh**                represented by    **Kip Evan Steinberg**
Law Office of Kip Evan Steinberg
4460 Redwood Highway
Suite 310
San Rafael, CA 94903
415-971-2371
Fax: 415-499-0967
Email: kip@steinberg-immigration-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mohamed Safdar Sheikh**                represented by    **Kip Evan Steinberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**U.S. Attorney Genera John Ashcroft**        represented by    **Edward A. Olsen**
United States Attorney's Office
Northern District of California
450 Golden Gate Avenue
Box 36055
San Francisco, CA 94102
415-436-6915
Fax: 415-436-6927
Email: edward.olsen@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ila Casy Deiss**
United States Attorney's Office
Northern District of California
450 Golden Gate Avenue
P. O. Box 36055
San Francisco, CA 94102

415-436-7124
Fax: 415-436-7169
Email: ila.deiss@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sara Winslow**
United States Attorney's Office
Northern District of California
450 Golden Gate Avenue, 9th Floor
Box 36055
San Francisco, CA 94102
(415) 436-6925
Fax: (415) 436-6748
Email: sara.winslow@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Alison E. Daw**
US Attorney's Office
450 Golden Gate Ave
Box 36055
San Francisco, CA 94102-3495
415-436-7073
Fax: 415-436-6748
Email: alison.daw@usdoj.gov
*TERMINATED: 06/10/2005*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Michael Mukasey**                    represented by    **Edward A. Olsen**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Michael Chertoff**                   represented by    **Edward A. Olsen**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

V.

**Respondent**

**Nancy Alcantar**                     represented by    **Edward A. Olsen**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Ila Casy Deiss**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Respondent**

**Michael Chertoff**
                 represented by **Edward A. Olsen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ila Casy Deiss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Respondent**

**Alberto Gonzales**
                 represented by **Edward A. Olsen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ila Casy Deiss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/12/2003 | 1 | COMPLAINT against John Ashcroft (Filing fee $ 150.). Filed by Mohamad Safdar Sheikh. (vlh, COURT STAFF) (Filed on 12/12/2003) Additional attachment(s) added on 5/3/2004 (vlk, COURT STAFF). (Entered: 12/15/2003) |
| 12/12/2003 | | Summons Issued as to John Ashcroft. (vlh, COURT STAFF) (Filed on 12/12/2003) (Entered: 12/15/2003) |
| 12/12/2003 | 2 | ADR SCHEDULING ORDER: Case Management Statement due by 4/9/2004. Case Management Conference set for 4/16/2004 01:30 PM. (Attachments: # 1 Standing Order) (vlh, COURT STAFF) (Filed on 12/12/2003) (Entered: 12/15/2003) |
| 12/17/2003 | 3 | INITIAL SCHEDULING CONFERENCE ORDER: Case Management Conference set for 4/16/2004 01:30 PM. Signed by Judge Jeffrey S. White on 12/17/03. (jjo, ) (Filed on 12/17/2003) (Entered: 12/17/2003) |
| 12/17/2003 | 4 | ORDER Discontinuing Service By Mail Signed by Judge Jeffrey S. White on 12/17/03. (jjo, ) (Filed on 12/17/2003) (Entered: 12/17/2003) |
| 01/21/2004 | 5 | CERTIFICATE OF SERVICE by Mohamad Safdar Sheikh re 2 ADR Scheduling Order, Set/Clear Flags (vlh, COURT STAFF) (Filed on 1/21/2004) Additional attachment(s) added on 5/6/2004 (vlk, COURT STAFF). (Entered: 01/22/2004) |
| 01/21/2004 | 6 | CERTIFICATE OF SERVICE by Mohamad Safdar Sheikh re 3 Initial Scheduling Scheduling Order, 4 Order (vlh, COURT STAFF) (Filed on 1/21/2004) Additional attachment(s) added on 5/6/2004 (vlk, COURT STAFF). (Entered: 01/22/2004) |
| 01/22/2004 | 7 | CLERK'S NOTICE re: Failure to E-File and/or Failure to Register as an E-Filer (documents 1, 5, and 6) (vlh, COURT STAFF) (Filed on 1/22/2004) (Entered: 01/22/2004) |
| 02/17/2004 | 8 | ANSWER to Complaint by John Ashcroft. (Daw, Alison) (Filed on 2/17/2004) (Entered: 02/17/2004) |

| 03/15/2004 | 9 | CLERK'S NOTICE re: Failure to E-File and/or Failure to Register as an E-Filer (documents 1,5,6) (vlh, COURT STAFF) (Filed on 3/15/2004) (Entered: 03/15/2004) |
| 03/26/2004 | 10 | JOINT CASE MANAGEMENT STATEMENT *; ADR CERTIFICATION* filed by John Ashcroft. (Daw, Alison) (Filed on 3/26/2004) (Entered: 03/26/2004) |
| 04/16/2004 | 11 | Minute Entry: Initial Case Management Conference held on 4/16/2004 before Judge Jeffrey S. White (Date Filed: 4/16/2004). (Court Reporter Leo Mankiewicz.) (jjo, COURT STAFF) (Date Filed: 4/16/2004) (Entered: 04/16/2004) |
| 04/27/2004 | 12 | ORDER REGARDING FAILURE TO E-FILE. Signed by Judge Jeffrey S. White on 4/26/04. (jjo, COURT STAFF) (Filed on 4/27/2004) (Entered: 04/27/2004) |
| 04/28/2004 | 13 | AMENDED ORDER REGARDING FAILURE TO E-FILE. Signed by Judge Jeffrey S. White on 4/28/04. (jjo, COURT STAFF) (Filed on 4/28/2004) (Entered: 04/28/2004) |
| 05/14/2004 | 14 | ADMINISTRATIVE RECORD Filed by John Ashcroft. (vlk, COURT STAFF) (Filed on 5/14/2004) (Entered: 05/17/2004) |
| 06/01/2004 | 15 | NOTICE of Filing of Amended Administrative Record by John Ashcroft (vlk, COURT STAFF) (Filed on 6/1/2004) (Entered: 06/01/2004) |
| 06/01/2004 | 16 | CERTIFICATE OF SERVICE by John Ashcroft re 15 Notice (Other) *(AMENDED)* (Daw, Alison) (Filed on 6/1/2004) (Entered: 06/01/2004) |
| 06/29/2004 | 17 | MOTION for Summary Judgment *; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF* filed by John Ashcroft. Motion Hearing set for 10/1/2004 09:00 AM. (Attachments: # 1 Appendix part 1 of excerpts from admin record# 2 Appendix part 2 of excerpts of admin record)(Daw, Alison) (Filed on 6/29/2004) (Entered: 06/29/2004) |
| 06/30/2004 | 18 | NOTICE of Change of Address by Alison E. Daw (Daw, Alison) (Filed on 6/30/2004) (Entered: 06/30/2004) |
| 07/23/2004 | 19 | STIPULATION re 11 Case Management Conference - Initial *Stipulation to Continue Oral Argument, Proposed Order, Declaration if Support* by Mohamad Safdar Sheikh. (Steinberg, Kip) (Filed on 7/23/2004) (Entered: 07/23/2004) |
| 07/27/2004 | 20 | ORDER GRANTING 19 Stipulation to Continue Hearing Date for Cross-Motions for Summary Judgment; CONTINUING Hearing to November 12, 2004. Signed by Judge Jeffrey S. White on July 27, 2004. (jswlc1, COURT STAFF) (Filed on 7/27/2004) (Entered: 07/27/2004) |
| 07/27/2004 | | Set/Reset Hearings: Motion Hearing set for 11/12/2004 09:00 AM. (hdj, COURT STAFF) (Filed on 7/27/2004) (Entered: 07/29/2004) |
| 08/02/2004 | 21 | MOTION for Summary Judgment filed by Mohamad Safdar Sheikh. Motion Hearing set for 11/12/2004 09:00 AM. (Steinberg, Kip) (Filed on 8/2/2004) (Entered: 08/02/2004) |
| 08/04/2004 | 22 | STIPULATION *TO MODIFY BRIEFING SCHEDULE ON CROSS MOTIONS FOR SUMMARY JUDGMENT; [PROPOSED] ORDER* by John Ashcroft. (Daw, Alison) (Filed on 8/4/2004) (Entered: 08/04/2004) |
| 08/04/2004 | 23 | ORDER GRANTING 22 Stipulation to Modify Briefing Schedule on Cross-Motions for Summary Judgment. Signed by Judge Jeffrey S. White on August 4, 2004. (jswlc1, COURT STAFF) (Filed on 8/4/2004) (Entered: 08/04/2004) |
| 08/30/2004 | 24 | Memorandum in Opposition *TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT; REPLY IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT* filed by John Ashcroft. (Daw, Alison) (Filed on 8/30/2004) (Entered: 08/30/2004) |

| 09/22/2004 | 25 | STIPULATION *TO MODIFY BRIEFING SCHEDULE ON CROSS-MOTIONS FOR SUMMARY JUDGMENT; [PROPOSED] ORDER*. (Steinberg, Kip) (Filed on 9/22/2004) (Entered: 09/22/2004) |
| 09/23/2004 | 26 | ORDER GRANTING 25 Stipulation re Briefing Schedule. Signed by Judge Jeffrey S. White on September 23, 2004. (jswlc1, COURT STAFF) (Filed on 9/23/2004) (Entered: 09/23/2004) |
| 09/28/2004 | 27 | Reply Memorandum *in Support of Plaintiff's Motion for Summary Judgment* filed by Mohamad Safdar Sheikh. (Steinberg, Kip) (Filed on 9/28/2004) (Entered: 09/28/2004) |
| 09/28/2004 | 28 | MEMORANDUM in Support *Tables of Contents and Authorities, and Summary of Argument to Plaintiff's Reply Memorandum in Support of Motion for Summary Judgment* filed by Mohamad Safdar Sheikh. (Steinberg, Kip) (Filed on 9/28/2004) (Entered: 09/28/2004) |
| 09/28/2004 | 29 | Appendix re 28 , 27 *Appendix I* filed by Mohamad Safdar Sheikh. (Related document(s) 28 , 27 ) (Steinberg, Kip) (Filed on 9/28/2004) (Entered: 09/28/2004) |
| 09/28/2004 | 30 | Proposed Order *on Cross-Motions for Summary Judgment* by Mohamad Safdar Sheikh. (Steinberg, Kip) (Filed on 9/28/2004) (Entered: 09/28/2004) |
| 11/12/2004 | 31 | Minute Entry: Motion Hearing held on 11/12/2004 before Judge Jeffrey S. White (Date Filed: 11/12/2004) re 21 MOTION for Summary Judgment filed by Mohamad Safdar Sheikh, 17 MOTION for Summary Judgment filed by John Ashcroft; Counsel submit after further discussion; Motions deemed submitted; Court to issue order (Court Reporter Catherine Luciano.) (awb, COURT-STAFF) (Date Filed: 11/12/2004) (Entered: 11/12/2004) |
| 03/10/2005 | 32 | ORDER Requiring Supplemental Briefing re Cross-Motions for Summary Judgment. Signed by Judge Jeffrey S. White on March 10, 2005. (jswlc1, COURT STAFF) (Filed on 3/10/2005) (Entered: 03/10/2005) |
| 03/11/2005 | 33 | Response re 32 Order *; DECLARATION OF ALISON E. DAW RE STATUS OF SHEIKH REMOVAL PROCEEDINGS* byJohn Ashcroft. (Attachments: # 1 Exhibit A and B)(Daw, Alison) (Filed on 3/11/2005) (Entered: 03/11/2005) |
| 03/11/2005 | 34 | Response re 32 Order *; DECLARATION OF ROBERT M. KANE, EXECUTIVE OFFICE OF IMMIGRATION REVIEW, RE STATUS OF SHEIKH REMOVAL PROCEEDINGS* byJohn Ashcroft. (Daw, Alison) (Filed on 3/11/2005) (Entered: 03/11/2005) |
| 03/15/2005 | 35 | Brief re 32 Order *Supplemental Brief* filed byMohamad Safdar Sheikh. (Related document(s) 32 ) (Steinberg, Kip) (Filed on 3/15/2005) (Entered: 03/15/2005) |
| 03/15/2005 | 36 | Appendix re 35 Brief *Appendix II* filed byMohamad Safdar Sheikh. (Related document(s) 35 ) (Steinberg, Kip) (Filed on 3/15/2005) (Entered: 03/15/2005) |
| 06/10/2005 | 37 | NOTICE of Substitution of Counsel by Sara Winslow (Winslow, Sara) (Filed on 6/10/2005) (Entered: 06/10/2005) |
| 08/09/2005 | 38 | ORDER REQUIRING BRIEFING ON REAL ID ACT. Signed by Judge Jeffrey S. White on 8/8/05. (jjo, COURT STAFF) (Filed on 8/9/2005) (Entered: 08/09/2005) |
| 08/17/2005 | 39 | Brief *DEFENDANT'S SUPPLEMENTAL BRIEF ON REAL ID ACT* filed byJohn Ashcroft. (Winslow, Sara) (Filed on 8/17/2005) (Entered: 08/17/2005) |
| 08/25/2005 | 40 | Brief *Plaintiff's Supplemental Brief on REAL ID Act* filed byMohamad Safdar Sheikh. (Steinberg, Kip) (Filed on 8/25/2005) (Entered: 08/25/2005) |

| | | |
|---|---|---|
| 09/19/2005 | 41 | ORDER re 21 17 Cross-Motions for Summary Judgment. Signed by Judge Jeffrey S. White on September 19, 2005. (jswlc1, COURT STAFF) (Filed on 9/19/2005) (Entered: 09/19/2005) |
| 10/24/2005 | 42 | ORDER SETTING TIME TO FILE AMENDED COMPLAINT. Signed by Judge Jeffrey S. White on 10/24/05. (jjo, COURT STAFF) (Filed on 10/24/2005) (Entered: 10/24/2005) |
| 11/17/2005 | 43 | AMENDED COMPLAINT *First Amended Complaint-Petition for Writ of Habeas Corpus* against Nancy Alcantar, Michael Chertoff, Alberto Gonzales. Filed byMohamad Safdar Sheikh. (Attachments: # 1 Habeas Verification# 2 Habeas Exhibits)(Steinberg, Kip) (Filed on 11/17/2005) (Entered: 11/17/2005) |
| 11/25/2005 | 44 | NOTICE of Substitution of Counsel by Edward A. Olsen (Olsen, Edward) (Filed on 11/25/2005) (Entered: 11/25/2005) |
| 11/28/2005 | | Summons Issued as to Nancy Alcantar, Michael Chertoff, Alberto Gonzales. (hdj, COURT STAFF) (Filed on 11/28/2005) (Entered: 11/28/2005) |
| 12/08/2005 | 45 | CERTIFICATE OF SERVICE by Mohamad Safdar Sheikh re 43 Amended Complaint, *Petitioner's Declaration of Proof of Service* (Steinberg, Kip) (Filed on 12/8/2005) (Entered: 12/08/2005) |
| 12/15/2005 | 46 | STIPULATION *to a Briefing Schedule and Proposed Order* by Nancy Alcantar, Michael Chertoff, Alberto Gonzales, John Ashcroft. (Olsen, Edward) (Filed on 12/15/2005) (Entered: 12/15/2005) |
| 12/16/2005 | 47 | ORDER GRANTING 46 Stipulation re Schedule. Signed by Judge Jeffrey S. White on December 16, 2005. (jswlc1, COURT STAFF) (Filed on 12/16/2005) (Entered: 12/16/2005) |
| 01/10/2006 | 48 | CERTIFICATE OF SERVICE by Mohamad Safdar Sheikh (Attachments: # 1 # 2) (Steinberg, Kip) (Filed on 1/10/2006) (Entered: 01/10/2006) |
| 01/10/2006 | 49 | ACKNOWLEDGEMENT OF SERVICE Executed *Return Service of Certified Mail Cards* Acknowledgement filed by Mohamad Safdar Sheikh. (Steinberg, Kip) (Filed on 1/10/2006) (Entered: 01/10/2006) |
| 01/11/2006 | 50 | SUMMONS Returned Executed by Mohamad Safdar Sheikh. Nancy Alcantar served on 12/16/2005, answer due 2/14/2006; Michael Chertoff served on 1/3/2006, answer due 3/6/2006; Alberto Gonzales served on 12/13/2005, answer due 2/13/2006; John Ashcroft served on 12/13/2005, answer due 2/13/2006. (hdj, COURT STAFF) (Filed on 1/11/2006) (Entered: 01/17/2006) |
| 01/20/2006 | 51 | Memorandum in Opposition *to Petition for Writ of Habeas Corpus, and Proposed Order* filed byNancy Alcantar, Michael Chertoff, Alberto Gonzales. (Attachments: # 1)(Olsen, Edward) (Filed on 1/20/2006) (Entered: 01/20/2006) |
| 01/26/2006 | 52 | NOTICE of Appearance by Ila Casy Deiss (Deiss, Ila) (Filed on 1/26/2006) (Entered: 01/26/2006) |
| 02/03/2006 | 53 | Traverse filed byMohamad Safdar Sheikh. (Steinberg, Kip) (Filed on 2/3/2006) Modified on 2/6/2006 (hdj, COURT STAFF). (Entered: 02/03/2006) |
| 02/03/2006 | 54 | Proposed Order *re Petition For Writ Of Habeas Corpus* by Mohamad Safdar Sheikh. (Steinberg, Kip) (Filed on 2/3/2006) (Entered: 02/03/2006) |
| 02/16/2006 | 55 | Notice of Tentative Ruling and Questions. Signed by Judge Jeffrey S. White on February 16, 2006. (jswlc1, COURT STAFF) (Filed on 2/16/2006) (Entered: 02/16/2006) |

| 02/17/2006 | 56 | Minute Entry: Motion Hearing held on 2/17/2006 before Judge Jeffrey S. White (Date Filed: 2/17/2006). (Court Reporter Joan Columbini.) (jjo, COURT STAFF) (Date Filed: 2/17/2006) (Entered: 02/17/2006) |
| 02/23/2006 | 57 | ORDER Dismissing Petition for Writ of Habeas Corpus. Signed by Judge Jeffrey S. White on February 23, 2006. (jswlc1, COURT STAFF) (Filed on 2/23/2006) (Entered: 02/23/2006) |
| 09/05/2006 | 58 | ORDER REQUIRING STATUS REPORT. Signed by Judge Jeffrey S. White on 9/5/06. (jjo, COURT STAFF) (Filed on 9/5/2006) (Entered: 09/05/2006) |
| 09/08/2006 | 59 | STATUS REPORT *Joint Status Report* by Mohamad Safdar Sheikh. (Steinberg, Kip) (Filed on 9/8/2006) (Entered: 09/08/2006) |
| 01/03/2007 | 60 | ORDER REQUIRING JOINT STATUS REPORT. Signed by Judge Jeffrey S. White on January 3, 2007. (jswlc3, COURT STAFF) (Filed on 1/3/2007) (Entered: 01/03/2007) |
| 01/25/2007 | 61 | STATUS REPORT *Joint Status Report #2* by Mohamad Safdar Sheikh. (Attachments: # 1 Exhibit Nov. 13, 2007 Hearing Notice & Form I-130, I-485 Fee Receipts)(Steinberg, Kip) (Filed on 1/25/2007) (Entered: 01/25/2007) |
| 02/23/2007 | 62 | ORDER CLOSING CASE Without Prejudice to Reopening Upon Filing of Amended Complaint. Signed by Judge Jeffrey S. White on February 23, 2007. (jswlc3, COURT STAFF) (Filed on 2/23/2007) (Entered: 02/23/2007) |
| 01/06/2008 | 63 | AMENDED COMPLAINT *Second Amended Complaint* against Michael Mukasey, Michael Chertoff. Filed byMohamed Safdar Sheikh. (Attachments: # 1 Exhibit Immigration Judge Order)(Steinberg, Kip) (Filed on 1/6/2008) (Entered: 01/06/2008) |
| 01/08/2008 | 64 | SECOND INITIAL SCHEDULING CONFERENCE ORDER: Case Management Statement due by 2/29/2008. Case Management Conference set for 3/7/2008 01:30 PM.. Signed by Judge Jeffrey S. White on 1/8/08. (jjo, COURT STAFF) (Filed on 1/8/2008) (Entered: 01/08/2008) |
| 01/15/2008 | 65 | CERTIFICATE OF SERVICE by Mohamed Safdar Sheikh *Plaintiff's Declaration Of Proof Of Service* (Steinberg, Kip) (Filed on 1/15/2008) (Entered: 01/15/2008) |
| 01/15/2008 | 66 | STIPULATION *to Extend Answer Date; and Proposed Order* by Nancy Alcantar, Michael Chertoff, Alberto Gonzales, Michael Mukasey, John Ashcroft. (Olsen, Edward) (Filed on 1/15/2008) (Entered: 01/15/2008) |
| 01/16/2008 | 67 | ORDER GRANTING 66 Stipulation to Extend Answer Date. Signed by Judge Jeffrey S. White on 1/16/08. (jjo, COURT STAFF) (Filed on 1/16/2008) (Entered: 01/16/2008) |
| 01/22/2008 | 68 | CERTIFICATE OF SERVICE by Mohamed Safdar Sheikh *Certificate Reflecting Service Of Court Order* (Attachments: # 1 USPS Delivery Confirmation Receipts)(Steinberg, Kip) (Filed on 1/22/2008) (Entered: 01/22/2008) |
| 01/25/2008 | 69 | ANSWER to Amended Complaint byMichael Mukasey, Michael Chertoff. (Olsen, Edward) (Filed on 1/25/2008) (Entered: 01/25/2008) |
| 02/29/2008 | 70 | CASE MANAGEMENT STATEMENT *(Joint)* filed by Michael Mukasey, Michael Chertoff. (Olsen, Edward) (Filed on 2/29/2008) (Entered: 02/29/2008) |
| 02/29/2008 | 71 | CASE MANAGEMENT STATEMENT *(Joint) (Corrected)* filed by Michael Mukasey, Michael Chertoff. (Olsen, Edward) (Filed on 2/29/2008) (Entered: 02/29/2008) |
| 03/07/2008 | 72 | Minute Entry: Further Case Management Conference held on 3/7/2008 before Judge Jeffrey S. White (Date Filed: 3/7/2008). (Court Reporter Jim Yeomans.) (jjo, COURT STAFF) (Date Filed: 3/7/2008) (Entered: 03/07/2008) |

| 03/07/2008 | | Set/Reset Deadlines as to Motion Hearing set for 6/20/2008 09:00 AM. (hdj, COURT STAFF) (Filed on 3/7/2008) (Entered: 03/10/2008) |
|---|---|---|
| 04/25/2008 | 73 | NOTICE by Michael Mukasey, Michael Chertoff *of Manual Filing of Certified Administrative Record* (Olsen, Edward) (Filed on 4/25/2008) (Entered: 04/25/2008) |
| 04/25/2008 | 74 | Certified Administrative Record 73 Notice (Other) filed byNancy Alcantar, Michael Chertoff, Alberto Gonzales, Michael Mukasey, John Ashcroft. (Related document(s) 73 ) (hdj, COURT STAFF) (Filed on 4/25/2008) (Entered: 04/29/2008) |
| 05/02/2008 | 75 | MOTION for Summary Judgment *and Notice of Motion* filed by Mohamed Safdar Sheikh. Motion Hearing set for 6/20/2008 09:00 AM in Courtroom 2, 17th Floor, San Francisco. (Attachments: # 1 Memorandum of Points and Authorities)(Steinberg, Kip) (Filed on 5/2/2008) (Entered: 05/02/2008) |
| 05/15/2008 | 76 | Memorandum in Opposition 75 to Plaintiff's Motion for Summary Judgment and Defendants' Cross-Motion for Summary Judgment filed byMichael Mukasey, Michael Chertoff. (Olsen, Edward) (Filed on 5/15/2008) Modified on 5/19/2008 (hdj, COURT STAFF). (Entered: 05/15/2008) |
| 05/30/2008 | 77 | Reply Memorandum 76 Plaintiff's Reply and Opposition filed byMohamed Safdar Sheikh. (Attachments: # 1 Exhibit)(Steinberg, Kip) (Filed on 5/30/2008) Modified on 6/4/2008 (hdj, COURT STAFF). (Entered: 05/30/2008) |
| 05/30/2008 | 78 | Proposed Order by Mohamed Safdar Sheikh. (Steinberg, Kip) (Filed on 5/30/2008) (Entered: 05/30/2008) |
| 06/06/2008 | 79 | Reply Memorandum 77 filed byMichael Mukasey, Michael Chertoff. (Olsen, Edward) (Filed on 6/6/2008) Modified on 6/9/2008 (hdj, COURT STAFF). (Entered: 06/06/2008) |
| 06/19/2008 | 80 | ORDER VACATING HEARING. Signed by Judge Jeffrey S. White on 6/19/08. (jjo, COURT STAFF) (Filed on 6/19/2008) (Entered: 06/19/2008) |
| 06/30/2008 | 81 | ORDER by Judge Jeffrey S. White denying 75 Motion for Summary Judgment and granting Defendants' cross-motion for summary judgment (jswlc1, COURT STAFF) (Filed on 6/30/2008) (Entered: 06/30/2008) |
| 06/30/2008 | 82 | Judgment. Signed by Judge Jeffrey S. White on June 30, 2008. (jswlc1, COURT STAFF) (Filed on 6/30/2008) (Entered: 06/30/2008) |

| **PACER Service Center** | | |
|---|---|---|
| **Transaction Receipt** | | |
| 02/04/2024 20:52:14 | | |
| **PACER Login:** | reshamkamath2021 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 3:03-cv-05604-JSW |
| **Billable Pages:** | 7 | **Cost:** | 0.70 |

ADRMOP,AO279,CLOSED,E-Filing,MOTREF,REFR&R-BZ

# U.S. District Court
## California Northern District (San Francisco)
## CIVIL DOCKET FOR CASE #: 3:09-cv-05301-JSW

| | |
|---|---|
| Zynga Game Network, Inc. v. John Does 1-5 | Date Filed: 11/06/2009 |
| Assigned to: Hon. Jeffrey S. White | Date Terminated: 08/25/2010 |
| Referred to: Magistrate Judge Bernard Zimmerman | Jury Demand: Plaintiff |
| Cause: 15:1125 Trademark Infringement (Lanham Act) | Nature of Suit: 840 Trademark |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Zynga Game Network, Inc.**
*a Delaware Corporation*

represented by **Christopher Theodore Varas**
Keats McFarland & Wilson LLP
9720 Wilshire Blvd.
Penthouse Suite
Beverly Hills, CA 90212
310-248-3830
Fax: 310-860-0363
Email: cvaras@kilpatricktownsend.com
*ATTORNEY TO BE NOTICED*

**David K. Caplan**
Kilpatrick Townsend & Stockton LLP
1801 Century Park East, Suite 2300
Los Angeles, CA 90067
310-248-3830
Fax: 310-860-0363
Email: dcaplan@kilpatricktownsend.com
*ATTORNEY TO BE NOTICED*

**Dennis LeRoy Wilson**
Kilpatrick Townsend & Stockton LLP
1801 Century Park East, Suite 2300
Los Angeles, CA 90067
310-248-3830
Email: dwilson@kilpatricktownsend.com
*ATTORNEY TO BE NOTICED*

**Larry Wayne McFarland**
Keats McFarland & Wilson LLP
9720 Wilshire Boulevard
Penthouse Suite
Beverly Hills, CA 90212
310-248-3830
Fax: 310-860-0363
Email: lmcfarland@kilpatricktownsend.com
*ATTORNEY TO BE NOTICED*

V.

2/4/24, 8:50 PM

**Defendant**

**John Does 1-5**
*doing business as*
Chipsstore.com

**Defendant**

**Ahmed Suhail**
*Israel or Palestinian Territory*
*doing business as*
Chipsstore.com

| Date Filed | # | Docket Text |
|---|---|---|
| 11/06/2009 | 1 | COMPLAINT for Violation of 15 U.S.C. 1125(a); No Process Issued; Demand for Jury Trial against John Does 1-5 (Filing fee $ 350.00, receipt number 54611006291). Filed by Zynga Game Network, Inc.. (gba, COURT STAFF) (Filed on 11/6/2009). (Additional attachment(s) added on 11/10/2009: # 1 Civil Cover Sheet) (gba, COURT STAFF). (Entered: 11/10/2009) |
| 11/06/2009 | 2 | Certificate of Interested Entities or Persons by Zynga Game Network, Inc. (gba, COURT STAFF) (Filed on 11/6/2009) (gba, COURT STAFF). (Entered: 11/10/2009) |
| 11/06/2009 | 3 | ADR SCHEDULING ORDER: Case Management Statement due by 2/5/2010. Case Management Conference set for 2/12/2010 01:30 PM in Courtroom A, 15th Floor, San Francisco. (gba, COURT STAFF) (Filed on 11/6/2009) (Entered: 11/10/2009) |
| 11/06/2009 | | CASE DESIGNATED for Electronic Filing. (gba, COURT STAFF) (Filed on 11/6/2009) (Entered: 11/10/2009) |
| 11/10/2009 | 4 | REPORT on the filing or determination of an action regarding trademark infringement (cc: form mailed to register). (gba, COURT STAFF) (Filed on 11/10/2009) (Entered: 11/10/2009) |
| 11/12/2009 | 5 | Declination to Proceed Before a U.S. Magistrate Judge by Zynga Game Network, Inc. *and Request for Reassignment to a U.S. District Judge*. (Varas, Christopher) (Filed on 11/12/2009) (Entered: 11/12/2009) |
| 11/13/2009 | 6 | CLERK'S NOTICE of Impending Reassignment to U.S. District Judge (klh, COURT STAFF) (Filed on 11/13/2009) (Entered: 11/13/2009) |
| 11/16/2009 | 7 | ORDER REASSIGNING CASE. Case reassigned to Judge Hon. Jeffrey S. White for all further proceedings. Judge Magistrate Judge Joseph C. Spero no longer assigned to the case.. Signed by Executive Committee on 11/16/09. (as, COURT STAFF) (Filed on 11/16/2009) (Entered: 11/16/2009) |
| 12/01/2009 | 8 | INITIAL SCHEDULING CONFERENCE ORDER: Case Management Conference set for 2/12/2010 01:30 PM in Courtroom 11, 19th Floor, San Francisco. Case Management Statement due by 2/5/2010.. Signed by Judge Jeffrey S. White on 12/1/09. (jjo, COURT STAFF) (Filed on 12/1/2009) (Entered: 12/01/2009) |
| 12/03/2009 | 9 | MOTION for Discovery *Motion for Leave to Conduct Third Pary Discovery; and Memorandum of Points and Authorities* filed by Zynga Game Network, Inc.. (Attachments: # 1 Proposed Order ORDER Granting Leave to Conduct Third Party Discovery)(Varas, Christopher) (Filed on 12/3/2009) (Entered: 12/03/2009) |
| 12/03/2009 | 10 | Declaration of Sean Hanley in Support of 9 MOTION for Discovery *Motion for Leave to Conduct Third Pary Discovery; and Memorandum of Points and Authorities* filed byZynga |

| | | |
|---|---|---|
| | | Game Network, Inc.. (Attachments: # [1] Exhibit Third Party Discovery Motion-Hanley Declaration-EXHIBITS 1-4)(Related document(s) [9] ) (Varas, Christopher) (Filed on 12/3/2009) (Entered: 12/03/2009) |
| 12/04/2009 | [11] | ORDER by Judge Jeffrey S. White GRANTING AS MODIFIED [9] Motion for Discovery. (jswlc3, COURT STAFF) (Filed on 12/4/2009) (Entered: 12/04/2009) |
| 01/28/2010 | [12] | MOTION to Continue *Case Management Conference; and Memorandum of Points and Authorities* filed by Zynga Game Network, Inc.. (Attachments: # [1] Proposed Order ORDER Continuing Case Management Conference)(Varas, Christopher) (Filed on 1/28/2010) (Entered: 01/28/2010 |
| 01/28/2010 | [13] | Declaration of Christopher Varas in Support of [12] MOTION to Continue *Case Management Conference; and Memorandum of Points and Authorities* filed byZynga Game Network, Inc.. (Related document(s) [12] ) (Varas, Christopher) (Filed on 1/28/2010) (Entered: 01/28/2010) |
| 01/29/2010 | [14] | ORDER by Judge Jeffrey S. White GRANTING [12] Motion to Continue Case Management Conference. (jswlc3, COURT STAFF) (Filed on 1/29/2010) (Entered: 01/29/2010) |
| 01/29/2010 | | Set Deadlines/Hearings: Case Management Conference set for 5/28/2010 01:30 PM. (hdj, COURT STAFF) (Filed on 1/29/2010) (Entered: 02/01/2010) |
| 01/29/2010 | | ***Deadlines terminated. (hdj, COURT STAFF) (Filed on 1/29/2010) (Entered: 02/01/2010) |
| 03/04/2010 | [15] | AMENDED COMPLAINT *[FIRST]; Jury Demand against Ahmed Suhail d/b/a CHIPSSTORE.COM* against John Does 1-5. Filed byZynga Game Network, Inc.. (Attachments: # [1] Exhibit First Amended Complaint-EXHIBIT 1)(Varas, Christopher) (Filed on 3/4/2010) (Entered: 03/04/2010) |
| 03/05/2010 | [16] | Summons Issued as to Ahmed Suhail. (hdj, COURT STAFF) (Filed on 3/5/2010) (Entered: 03/08/2010) |
| 03/12/2010 | [17] | MOTION to Serve Defendant by Electronic Mail *; and Memorandum or Points and Authorities* filed by Zynga Game Network, Inc.. (Attachments: # [1] Proposed Order ORDER Authorizing Service on Defendant by E-Mail)(Varas, Christopher) (Filed on 3/12/2010) (Entered: 03/12/2010) |
| 03/12/2010 | [18] | Declaration of Joe Parisi in Support of [17] MOTION to Serve Defendant by Electronic Mail *; and Memorandum or Points and Authorities* filed byZynga Game Network, Inc.. (Related document(s) [17] ) (Varas, Christopher) (Filed on 3/12/2010) (Entered: 03/12/2010) |
| 03/12/2010 | [19] | Declaration of Christopher Varas in Support of [17] MOTION to Serve Defendant by Electronic Mail *; and Memorandum or Points and Authorities* filed byZynga Game Network, Inc.. (Attachments: # [1] Exhibit Motion to Serve by E-Mail-Varas Decl-EXHIBITS 1-7)(Related document(s) [17] ) (Varas, Christopher) (Filed on 3/12/2010) (Entered: 03/12/2010) |
| 03/12/2010 | [20] | Renotice motion hearing *re Motion to Serve Defendant by Electronic Mail (Doc. 17)* filed byZynga Game Network, Inc.. Motion Hearing set for 4/16/2010 09:00 AM in Courtroom 11, 19th Floor, San Francisco. (Varas, Christopher) (Filed on 3/12/2010) (Entered: 03/12/2010) |
| 04/06/2010 | [21] | ORDER by Judge Jeffrey S. White granting [17] Motion To Serve Defendant by Electronic Mail (jjo, COURT STAFF) (Filed on 4/6/2010) (Entered: 04/06/2010) |
| 04/06/2010 | | ***Deadlines terminated pursuant to [21] Order on Motion for Miscellaneous Relief. (jjo, COURT STAFF) (Filed on 4/6/2010) (Entered: 04/06/2010) |

| 05/07/2010 | 22 | SUMMONS Returned Executed by Zynga Game Network, Inc.. Ahmed Suhail served on 4/15/2010, answer due 5/6/2010. *Declaration of Service of Summons and First Amended Complaint and Initiating Documents on Ahmed Suhail by E-Mail; Return of Summons Executed* (Attachments: # 1 Exhibit Proof of Service (E-Mail) on Defendant-EXHIBITS 1-3)(Varas, Christopher) (Filed on 5/7/2010) (Entered: 05/07/2010) |
|---|---|---|
| 05/07/2010 | 23 | MOTION for Entry of Default *by the Clerk of the Court against Defendant Ahmed Suhail* filed by Zynga Game Network, Inc.. (Varas, Christopher) (Filed on 5/7/2010) (Entered: 05/07/2010) |
| 05/12/2010 | 24 | Clerks Notice ENTRY OF DEFAULT as to Defendant Ahmed Suhail (Related documents(s) 23 ) (rcs, COURT STAFF) (Filed on 5/12/2010) (Entered: 05/12/2010) |
| 05/17/2010 | 25 | Second MOTION to Continue *or Vacate Case Management Conference; and Memorandum of Points and Authorities* filed by Zynga Game Network, Inc.. (Attachments: # 1 Proposed Order ORDER to Continue or Vacate Case Mgmt Conference)(Varas, Christopher) (Filed on 5/17/2010) (Entered: 05/17/2010) |
| 05/17/2010 | 26 | Declaration of Christopher Varas in Support of 25 Second MOTION to Continue *or Vacate Case Management Conference; and Memorandum of Points and Authorities* filed byZynga Game Network, Inc.. (Related document(s) 25 ) (Varas, Christopher) (Filed on 5/17/2010) (Entered: 05/17/2010) |
| 05/18/2010 | 27 | ORDER GRANTING 25 Second MOTION to Continue or Vacate Case Management Conference. Case Management Statement due by 8/6/2010. Initial Case Management Conference set for 8/13/2010 01:30 PM in Courtroom 11, 19th Floor, San Francisco.. Signed by Judge Jeffrey S. White on 5/18/10. (jjo, COURT STAFF) (Filed on 5/18/2010) (Entered: 05/18/2010) |
| 05/18/2010 | | ***Deadlines terminated: pursuant to 27 Order Continuing Case Management Conference (jjo, COURT STAFF) (Filed on 5/18/2010) (Entered: 05/18/2010) |
| 06/18/2010 | 28 | MOTION for Default Judgment as to *Defendant Ahmed Suhail; and Memorandum of Points and Authorities* filed by Zynga Game Network, Inc.. Motion Hearing set for 7/23/2010 09:00 AM in Courtroom 11, 19th Floor, San Francisco. (Attachments: # 1 Proposed Order Default Judgment against Defendant Ahmed Suhail)(Varas, Christopher) (Filed on 6/18/2010) (Entered: 06/18/2010) |
| 06/18/2010 | 29 | Declaration of Christopher Varas in Support of 28 MOTION for Default Judgment as to *Defendant Ahmed Suhail; and Memorandum of Points and Authorities* filed byZynga Game Network, Inc.. (Attachments: # 1 Exhibit Motion for Default Judgment-Varas Decl-EXHIBITS 1-5)(Related document(s) 28 ) (Varas, Christopher) (Filed on 6/18/2010) (Entered: 06/18/2010) |
| 06/21/2010 | 30 | ORDER REFERRING MOTION FOR DEFAULT JUDGMENT TO A RANDOMLY ASSIGNED MAGISTRATE JUDGE. Signed by Judge Jeffrey S. White on 6/21/10. (jjo, COURT STAFF) (Filed on 6/21/2010) (Entered: 06/21/2010) |
| 06/21/2010 | | CASE REFERRED to Magistrate Judge Bernard Zimmerman for Report and Recommendation (sis, COURT STAFF) (Filed on 6/21/2010) (Entered: 06/23/2010) |
| 07/14/2010 | 31 | ORDER Setting Hearing on Motion 28 MOTION for Default Judgment as to *Defendant Ahmed Suhail; and Memorandum of Points and Authorities* : Motion Hearing set for 8/4/2010 10:00 AM in Courtroom G, 15th Floor, San Francisco.. Signed by Magistrate Judge Bernard Zimmerman on 7/14/2010. (bzsec, COURT STAFF) (Filed on 7/14/2010) (Entered: 07/14/2010) |

| 07/22/2010 | [32] | ORDER RE: Request for further information.. Signed by Magistrate Judge Bernard Zimmerman on 7/22/2010. (bzsec, COURT STAFF) (Filed on 7/22/2010) (Entered: 07/22/2010) |
|---|---|---|
| 07/28/2010 | [33] | RESPONSE in Support re [28] MOTION for Default Judgment as to *Defendant Ahmed Suhail; and Memorandum of Points and Authorities SUPPLEMENTAL STATEMENT OF AUTHORITY REGARDING THE COURT'S AUTHORITY TO ORDER AN ACCOUNTING IN A DEFAULT JUDGMENT* filed byZynga Game Network, Inc.. (Varas, Christopher) (Filed on 7/28/2010) (Entered: 07/28/2010) |
| 07/28/2010 | [34] | Declaration of Christopher Varas in Support of [28] MOTION for Default Judgment as to *Defendant Ahmed Suhail; and Memorandum of Points and Authorities SUPPLEMENTAL DECLARATION OF CHRISTOPHER VARAS IN SUPPORT OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT* filed byZynga Game Network, Inc.. (Attachments: # [1] Exhibit Default Judgment Motion-Supplemental Declaration-Varas-EXHIBITS 1-10) (Related document(s) [28] ) (Varas, Christopher) (Filed on 7/28/2010) (Entered: 07/28/2010) |
| 08/04/2010 | [35] | Minute Entry: Motion Hearing held on 8/4/2010 before Magistrate Judge Bernard Zimmerman (Date Filed: 8/4/2010) re [28] MOTION for Default Judgment as to *Defendant Ahmed Suhail; and Memorandum of Points and Authorities* filed by Zynga Game Network, Inc.. (Court Reporter: Debra Pas) (ahy, COURT STAFF) (Date Filed: 8/4/2010) (Entered: 08/04/2010) |
| 08/05/2010 | [36] | Declaration of Christopher Varas in Support of [28] MOTION for Default Judgment as to *Defendant Ahmed Suhail; and Memorandum of Points and Authorities SECOND SUPPLEMENTAL DECLARATION OF CHRISTOPHER VARAS IN SUPPORT OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT* filed byZynga Game Network, Inc.. (Attachments: # [1] Exhibit Default Judgment Motion-2nd Supplemental Decl-Varas-EXHIBITS 1-7)(Related document(s) [28] ) (Varas, Christopher) (Filed on 8/5/2010) (Entered: 08/05/2010) |
| 08/09/2010 | [37] | REPORT AND RECOMMENDATIONS re [28] MOTION for Default Judgment as to *Defendant Ahmed Suhail; and Memorandum of Points and Authorities* filed by Zynga Game Network, Inc. Objections to R&R due by 8/23/2010. Signed by Magistrate Judge Bernard Zimmerman on 8/9/2010. (bzsec, COURT STAFF) (Filed on 8/9/2010) (Entered: 08/09/2010) |
| 08/25/2010 | [38] | ORDER by Judge Jeffrey S. White adopting Report and Recommendations as to [37] Motion for Default Judgment; granting [28] Motion for Default Judgment (jjoS, COURT STAFF) (Filed on 8/25/2010) (Entered: 08/25/2010) |
| 08/25/2010 | [39] | DEFAULT JUDGMENT (as modified herein). Signed by Judge JEFFREY S. WHITE on 8/25/10. (jjoS, COURT STAFF) (Filed on 8/25/2010) (Entered: 08/25/2010) |
| 09/08/2010 | [40] | MOTION for Attorney Fees *and Costs; and Memorandum of Points and Authorities* filed by Zynga Game Network, Inc.. Motion Hearing set for 10/20/2010 10:00 AM in Courtroom G, 15th Floor, San Francisco. (Attachments: # [1] Proposed Order ORDER Granting Motion for Attorneys' Fees & Costs)(Varas, Christopher) (Filed on 9/8/2010) (Entered: 09/08/2010) |
| 09/08/2010 | [41] | Declaration of Christopher Varas in Support of [40] MOTION for Attorney Fees *and Costs; and Memorandum of Points and Authorities* filed byZynga Game Network, Inc.. (Attachments: # [1] Exhibit Fees Motion-Varas Declaration-EXHIBITS 1-5)(Related document(s) [40] ) (Varas, Christopher) (Filed on 9/8/2010) (Entered: 09/08/2010) |
| 09/08/2010 | [42] | BILL OF COSTS by Zynga Game Network, Inc.. (Varas, Christopher) (Filed on 9/8/2010) (Entered: 09/08/2010) |

| 09/08/2010 | | Received Document Notice of Lodging of Billing Records 40 MOTION for Attorney Fees *and Costs; and Memorandum of Points and Authorities* by Zynga Game Network, Inc. (hdj, COURT STAFF) (Filed on 9/8/2010) (Entered: 09/13/2010) |
| 10/18/2010 | | Set/Reset Hearings: Motion Hearing set for 10/20/2010 10:00 AM in Courtroom G, 15th Floor, San Francisco. (bzsec, COURT STAFF) (Filed on 10/18/2010) (Entered: 10/18/2010) |
| 10/20/2010 | 43 | Minute Entry: Motion Hearing held on 10/20/2010 before Magistrate Judge Bernard Zimmerman (Date Filed: 10/20/2010) re 40 MOTION for Attorney Fees *and Costs; and Memorandum of Points and Authorities* filed by Zynga Game Network, Inc. (Court Reporter: Sahar McVicker) (ahy, COURT STAFF) (Date Filed: 10/20/2010) (Entered: 10/20/2010) |
| 10/20/2010 | 44 | REPORT AND RECOMMENDATIONS re 40 MOTION for Attorney Fees *and Costs; and Memorandum of Points and Authorities* filed by Zynga Game Network, Inc. Objections to R&R due by 11/3/2010. Signed by Magistrate Judge Bernard Zimmerman on 10/20/2010. (bzsec, COURT STAFF) (Filed on 10/20/2010) (Entered: 10/20/2010) |
| 11/10/2010 | 45 | ORDER ADOPTING REPORT AND RECOMMENDATION RE: PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS signed by Judge JEFFREY S. WHITE. (jjoS, COURT STAFF) (Filed on 11/10/2010) (Entered: 11/10/2010) |
| 11/10/2010 | 46 | AMENDED JUDGMENT. Signed by Judge Jeffrey S. White on 11/10/10. (jjoS, COURT STAFF) (Filed on 11/10/2010) (Entered: 11/10/2010) |

| **PACER Service Center** | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 02/04/2024 20:49:06 | | | |
| **PACER Login:** | reshamkamath2021 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 3:09-cv-05301-JSW |
| **Billable Pages:** | 6 | **Cost:** | 0.60 |

ADRMOP,CLOSED,E-Filing,MEDTERM,REFDIS,REFSET-JCS

# U.S. District Court
# California Northern District (Oakland)
# CIVIL DOCKET FOR CASE #: 4:09-cv-01778-JSW

Abudiab v. City and County of San Francisco et al         Date Filed: 04/23/2009
Assigned to: Hon. Jeffrey S. White                        Date Terminated: 07/11/2014
Referred to: Magistrate Judge Nandor J. Vadas             Jury Demand: Both
      Magistrate Judge Joseph C. Spero (Settlement)   Nature of Suit: 440 Civil Rights: Other
Case in other court: San Francisco County Superior Court, CGC-   Jurisdiction: Federal Question
      09-486719
Cause: 28:1441 Petition for Removal- Civil Rights Act

**Plaintiff**

**Amjad Abudiab**                          represented by    **Joseph S. May**
                                                             Law Office of Joseph S. May
                                                             1388 Sutter Street, Suite 810
                                                             San Francisco, CA 94109
                                                             (415) 781-3333
                                                             Fax: (415) 707-6600
                                                             Email: joseph@josephmaylaw.com
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**City and County of San Francisco**       represented by    **Blake Philip Loebs**
                                                             City Attorney's Office
                                                             Fox Plaza
                                                             1390 Market Street, Sixth Floor
                                                             San Francisco, CA 94102-5408
                                                             415-554-3868
                                                             Fax: 415-554-3837
                                                             Email: blake.loebs@sfgov.org
                                                             *TERMINATED: 01/08/2014*
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Margaret W. Baumgartner**
                                                             City Attorney's Office
                                                             City & County of San Francisco
                                                             Fox Plaza
                                                             1390 Market Street, 6th Floor
                                                             San Francisco, CA 94102-5408
                                                             415-554-3859
                                                             Fax: 415-554-4248
                                                             Email: margaret.baumgartner@sfcityatty.org
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Andrew Martin Gschwind**
San Francisco City Attorney's Office
1390 Market Street, 6th Floor
San Francisco, CA 94102
415-554-3973
Fax: 415-554-3837
Email: andrew.gschwind@sfgov.org
*ATTORNEY TO BE NOTICED*

**Marc Robert Lewis**
Lewis & Llewellyn
601 Montgomery Street, Suite 2000
San Francisco, CA 94111
415-800-0590
Fax: 415-390-2127
Email: mlewis@lewisllewellyn.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Elias Georgopoulos**                    represented by  **Blake Philip Loebs**
(See above for address)
*TERMINATED: 01/08/2014*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Margaret W. Baumgartner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew Martin Gschwind**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marc Robert Lewis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Antonio Parra**                    represented by  **Margaret W. Baumgartner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew Martin Gschwind**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Blake Philip Loebs**
(See above for address)
*TERMINATED: 01/08/2014*
*ATTORNEY TO BE NOTICED*

**Marc Robert Lewis**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/23/2009 | 1 | NOTICE OF REMOVAL; No Process from San Francisco County Superior Court. Their case number is CGC-09-486719. (Filing fee $350.00 receipt number 34611031368). Filed by City and County of San Francisco. (gba, COURT STAFF) (Filed on 4/23/2009) (Additional attachment(s) added on 5/13/2009: # 1 Complaint, # 2 Civil Cover Sheet) (gba, COURT STAFF). (Entered: 04/27/2009) |
| 04/23/2009 | 1 | Answer to Complaint by City and County of San Francisco. (gba, COURT STAFF) (Filed on 4/23/2009). (Entered: 04/27/2009) |
| 04/23/2009 | 2 | ADR SCHEDULING ORDER: Case Management Statement due by 8/3/2009. Case Management Conference set for 8/10/2009 04:00 PM. (gba, COURT STAFF) (Filed on 4/23/2009) (Entered: 04/27/2009) |
| 04/23/2009 | | CASE DESIGNATED for Electronic Filing. (gba, COURT STAFF) (Filed on 4/23/2009) (Entered: 04/27/2009) |
| 04/27/2009 | 3 | CERTIFICATE OF SERVICE by City and County of San Francisco *[PROOF OF SERVICE OF NEW CASE HANDOUTS]* (Loebs, Blake) (Filed on 4/27/2009) (Entered: 04/27/2009) |
| 05/13/2009 | 4 | CLERKS NOTICE re: Failure to E-File and/or Failure to Register as an E-Filer re: #1 Notice of Removal and Civil Cover Sheet. (gba, COURT STAFF) (Filed on 5/13/2009) (Entered: 05/13/2009) |
| 07/20/2009 | 5 | ADR Certification (ADR L.R. 3-5 b) of discussion of ADR options (Loebs, Blake) (Filed on 7/20/2009) (Entered: 07/20/2009) |
| 07/20/2009 | 6 | ADR Certification (ADR L.R. 3-5 b) of discussion of ADR options (May, Joseph) (Filed on 7/20/2009) (Entered: 07/20/2009) |
| 07/20/2009 | 7 | STIPULATION and Proposed Order selecting Mediation by City and County of San Francisco (Loebs, Blake) (Filed on 7/20/2009) (Entered: 07/20/2009) |
| 07/28/2009 | 8 | STIPULATION AND ORDER REFERRING CASE to Mediation, to be completed within 90 days; Signed by Judge Marilyn Hall Patel on 7/24/2009. (awb, COURT STAFF) (Filed on 7/28/2009) (Entered: 07/28/2009) |
| 07/31/2009 | 9 | JOINT CASE MANAGEMENT STATEMENT filed by City and County of San Francisco. (Loebs, Blake) (Filed on 7/31/2009) (Entered: 07/31/2009) |
| 08/10/2009 | 10 | MOTION to Amend/Correct *Complaint (First)* filed by Amjad Abudiab. Motion Hearing set for 9/14/2009 02:00 PM in Courtroom 15, 18th Floor, San Francisco. (Attachments: # 1 Exhibit First Amended Complaint, # 2 Affidavit Declaration of Joseph S. May, # 3 Proposed Order)(May, Joseph) (Filed on 8/10/2009) (Entered: 08/10/2009) |
| 08/10/2009 | 11 | Minute Entry: Initial Case Management Conference held on 8/10/2009 before Hon. Marilyn Hall Patel (Date Filed: 8/10/2009); CASE REFERRED to a Magistrate Judge for Settlement Conference, to be completed by 12/1/2009; Further Status Conference set for 12/14/2009 03:00 PM in Courtroom 15, 18th Floor, San Francisco. (Court Reporter Belle Ball.) (awb, COURT STAFF) (Date Filed: 8/10/2009) (Entered: 08/11/2009) |

| 08/11/2009 | | CASE REFERRED to Magistrate Judge Magistrate Judge Edward M. Chen for Settlement (wh, COURT STAFF) (Filed on 8/11/2009) (Entered: 08/11/2009) |
|---|---|---|
| 08/18/2009 | 12 | ADR Clerk's Notice Appointing Martin H. Dodd as Mediator. (cmf, COURT STAFF) (Filed on 8/18/2009) (Entered: 08/18/2009) |
| 08/27/2009 | 13 | Certificate of Interested Entities by Amjad Abudiab (May, Joseph) (Filed on 8/27/2009) (Entered: 08/27/2009) |
| 09/09/2009 | 14 | Transcript of Proceedings held on August 10, 2009, before Judge Marilyn Hall Patel. Court Reporter/Transcriber Belle Ball, CSR, RMR, CRR, Telephone number (415)373-2529. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerks Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction.After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. Release of Transcript Restriction set for 12/7/2009. (Ball, Belle) (Filed on 9/9/2009) (Entered: 09/09/2009) |
| 09/30/2009 | | Set/Reset Hearings: Mediation Hearing set for 10/16/2009 at 12:30 PM at the Mediator's offices. Written statement due by 10/14/2009. (cmf, COURT STAFF) (Filed on 9/30/2009) (Entered: 09/30/2009) |
| 10/01/2009 | 15 | Letter from Plaintiff and Defendants Requesting Clarification of Court's Order Dated 8/10/2009. (Attachments: # 1 Signature Page (Declarations/Stipulations), # 2 Exhibits A and B)(Loebs, Blake) (Filed on 10/1/2009) (Entered: 10/01/2009) |
| 10/02/2009 | 16 | DISCOVERY ORDER re 15 LetteR; Plaintiff is limited to 5 document requests including subparts prior to the settlement conference. The same limit is placed on defendant; Signed by Judge Marilyn Hall Patel on 10/2/2009. (awb, COURT STAFF) (Filed on 10/2/2009) (Entered: 10/02/2009) |
| 10/06/2009 | 17 | Order Setting Settlement Conference before Magistrate Judge - Settlement Conference set for 11/25/2009 09:30 AM in Courtroom C, 15th Floor, San Francisco. Signed by Magistrate Judge Edward M. Chen on 10/6/2009. (emcsec, COURT STAFF) (Filed on 10/6/2009) (Entered: 10/06/2009) |
| 10/08/2009 | 18 | STIPULATION *AND [PROPOSED] ORDER CONTINUING AND/OR CANCELING SETTLEMENT CONFERENCE AND/OR MEDIATION* by City and County of San Francisco. (Attachments: # 1 Signature Page (Declarations/Stipulations))(Loebs, Blake) (Filed on 10/8/2009) (Entered: 10/08/2009) |
| 10/08/2009 | 19 | NOTICE by City and County of San Francisco *NOTICE OF UNAVAILABILITY OF COUNSEL* (Loebs, Blake) (Filed on 10/8/2009) (Entered: 10/08/2009) |
| 10/16/2009 | 20 | ORDER REMOVING ACTION FROM ADR-MEDIATION; Settlement to proceed before Magistrate Judge Edward M Chen; Completion of settlement not later than 12/31/09; Further Case Management Conference set for 1/25/2010 03:00 PM in Courtroom 15, 18th Floor, San Francisco, with a joint supplemental status report to be filed by 1/19/09; Signed by Judge Marilyn Hall Patel on 10/14/2009. (awb, COURT STAFF) (Filed on 10/16/2009) (Entered: 10/16/2009) |
| 10/23/2009 | 21 | STIPULATION *and Proposed Order Extending Settlement Conference Deadline* by Amjad Abudiab. (May, Joseph) (Filed on 10/23/2009) (Entered: 10/23/2009) |
| 10/24/2009 | 22 | NOTICE by Amjad Abudiab *of Unavailability of Counsel* (May, Joseph) (Filed on 10/24/2009) (Entered: 10/24/2009) |

| 10/26/2009 | 23 | STIPULATION AND ORDER extending settlement deadline to 2/1/2010; Further Case Management Conference set for 2/22/2010 03:00 PM in Courtroom 15, 18th Floor, San Francisco, with a joint status report to be filed by 2/15/2010; Signed by Judge Marilyn Hall Patel on 10/23/2009. (awb, COURT STAFF) (Filed on 10/26/2009) (Entered: 10/26/2009) |
|---|---|---|
| 10/29/2009 | 24 | Order Continuing Settlement Conference. Per Judge Patel's Order of 10/23/2009 23 , Settlement Conference set for 11/25/2009 09:30 AM has been continued to 2/1/2010 10:00 AM in Courtroom C, 15th Floor, San Francisco. Signed by Magistrate Judge Edward M. Chen on 10/29/2009. (emcsec, COURT STAFF) (Filed on 10/29/2009) (Entered: 10/29/2009) |
| 11/12/2009 | 25 | Letter from Plaintiff *re Discovery Dispute*. (May, Joseph) (Filed on 11/12/2009) (Entered: 11/12/2009) |
| 11/16/2009 | 26 | Letter from Defendant *re discovery dispute*. (Loebs, Blake) (Filed on 11/16/2009) (Entered: 11/16/2009) |
| 01/11/2010 | 27 | Minute Entry: Discovery Hearing held on 1/11/2010 before Hon. Marilyn Hall Patel (Date Filed: 1/11/2010); Motions to be filed by 2/15/2010; Responses due by 3/1/2010; Replies due by 3/8/2010; Motion Hearing set for 4/5/2010 02:00 PM in Courtroom 15, 18th Floor, San Francisco; Settlement proceedings before Magistrate Edward M Chen vacated pending further order of court(Court Reporter Connie Kuhl.) (awb, COURT STAFF) (Date Filed: 1/11/2010) (Entered: 01/12/2010) |
| 02/16/2010 | 28 | MOTION for Partial Summary Judgment filed by City and County of San Francisco, Elias Georgopoulos. Motion Hearing set for 4/5/2010 02:00 PM in Courtroom 15, 18th Floor, San Francisco. (Loebs, Blake) (Filed on 2/16/2010) (Entered: 02/16/2010) |
| 02/16/2010 | 29 | Declaration of Blake P. Loebs in Support of 28 MOTION for Partial Summary Judgment filed byCity and County of San Francisco, Elias Georgopoulos. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Related document(s) 28 ) (Loebs, Blake) (Filed on 2/16/2010) (Entered: 02/16/2010) |
| 02/16/2010 | 30 | Declaration of Joy Houlihan in Support of 28 MOTION for Partial Summary Judgment filed byCity and County of San Francisco, Elias Georgopoulos. (Attachments: # 1 Signature Page (Declarations/Stipulations), # 2 Exhibit A)(Related document(s) 28 ) (Loebs, Blake) (Filed on 2/16/2010) (Entered: 02/16/2010) |
| 02/19/2010 | 31 | CLERKS NOTICE vacating 2/22/2010 Status Conference pending resolution of defendant's motion for partial summary judgment (awb, COURT STAFF) (Filed on 2/19/2010) (Entered: 02/19/2010) |
| 03/01/2010 | 32 | Memorandum in Opposition re 28 MOTION for Partial Summary Judgment filed byAmjad Abudiab. (May, Joseph) (Filed on 3/1/2010) (Entered: 03/01/2010) |
| 03/01/2010 | 33 | AFFIDAVIT in Opposition re 28 MOTION for Partial Summary Judgment *Declaration of Joseph May* filed byAmjad Abudiab. (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B)(May, Joseph) (Filed on 3/1/2010) (Entered: 03/01/2010) |
| 03/01/2010 | 34 | AFFIDAVIT in Opposition re 28 MOTION for Partial Summary Judgment *Declaration of Erik Reinertson* filed byAmjad Abudiab. (Attachments: # 1 Exhibit A, # 2 Signature Page (Declarations/Stipulations))(May, Joseph) (Filed on 3/1/2010) (Entered: 03/01/2010) |
| 03/01/2010 | 35 | AFFIDAVIT in Opposition re 28 MOTION for Partial Summary Judgment *Declaration of Amjad Abudiab* filed byAmjad Abudiab. (May, Joseph) (Filed on 3/1/2010) (Entered: 03/01/2010) |

| | | |
|---|---|---|
| 03/02/2010 | | ***Deadlines terminated. terminating response deadline. (gba, COURT STAFF) (Filed on 3/2/2010) (Entered: 03/02/2010) |
| 03/08/2010 | 36 | Reply Memorandum re 28 MOTION for Partial Summary Judgment filed byCity and County of San Francisco, Elias Georgopoulos. (Loebs, Blake) (Filed on 3/8/2010) (Entered: 03/08/2010) |
| 03/10/2010 | | ***Deadlines terminated. All deadlines prior to this date removed from system. Future deadlines remain in effect. This is an automatic e-mail message generated by the CM/ECF system. Please **DO NOT RESPOND** to this e-mail it is purely an administrative utility function. **PLEASE DISREGARD** (gba, COURT STAFF) (Filed on 3/10/2010) (Entered: 03/10/2010) |
| 04/05/2010 | 37 | Minute Entry: Motion Hearing held on 4/5/2010 before Hon. Marilyn Hall Patel (Date Filed: 4/5/2010) re 28 MOTION for Partial Summary Judgment; CASE REFERRED to a Magistrate Judge for Settlement Conference, to be completed within 45 days; Further Case Management Conference set for 6/7/2010 03:00 PM in Courtroom 15, 18th Floor, San Francisco. (Court Reporter Jim Yeomans.) (awb, COURT STAFF) (Date Filed: 4/5/2010) (Entered: 04/06/2010) |
| 04/07/2010 | 38 | Order Setting Settlement Conference before Magistrate Judge. Settlement Conference set for 6/4/2010 09:30 AM in Courtroom C, 15th Floor, San Francisco. Signed by Magistrate Judge Edward M. Chen on 4/7/2010. (emcsec, COURT STAFF) (Filed on 4/7/2010) (Entered: 04/07/2010) |
| 04/12/2010 | 39 | MEMORANDUM AND ORDER by Judge Marilyn Hall Patel denying 28 Defendants' Motion for Partial Summary Judgment (awb, COURT STAFF) (Filed on 4/12/2010) (Entered: 04/12/2010) |
| 04/15/2010 | 40 | STIPULATION *FOR PROTECTIVE ORDER AND PROPOSED ORDER* by Amjad Abudiab, City and County of San Francisco, Elias Georgopoulos. (Loebs, Blake) (Filed on 4/15/2010) (Entered: 04/15/2010) |
| 04/16/2010 | 41 | STIPULATED PROTECTIVE ORDER; Signed by Judge Marilyn Hall Patel on 4/16/2010. (Attachments: # 1 Supplement)(awb, COURT STAFF) (Filed on 4/16/2010) (Entered: 04/16/2010) |
| 05/14/2010 | 42 | Letter from Joseph May *re Discovery Dispute*. (May, Joseph) (Filed on 5/14/2010) (Entered: 05/14/2010) |
| 05/14/2010 | 43 | Letter from Blake P. Loebs *re Discovery Dispute*. (Loebs, Blake) (Filed on 5/14/2010) (Entered: 05/14/2010) |
| 05/25/2010 | 44 | CLERKS NOTICE: Telephonic Discovery Hearing set for 5/28/2010 03:00 PM in Courtroom 15, 18th Floor, San Francisco; Plaintiff shall initiate conference call (awb, COURT STAFF) (Filed on 5/25/2010) (Entered: 05/25/2010) |
| 05/28/2010 | 45 | CASE MANAGEMENT STATEMENT *JOINT SUPPLEMENTAL CASE MANAGEMENT STATEMENT* filed by Amjad Abudiab, City and County of San Francisco, Elias Georgopoulos. (Loebs, Blake) (Filed on 5/28/2010) (Entered: 05/28/2010) |
| 05/28/2010 | 46 | Minute Entry: Telephonic Discovery Hearing held on 5/28/2010 before Hon. Marilyn Hall Patel (Date Filed: 5/28/2010); Further Case Management Conference reset for 8/9/2010 03:00 PM in Courtroom 15, 18th Floor, San Francisco. (Court Reporter Joan Columbini.) (awb, COURT STAFF) (Date Filed: 5/28/2010) (Entered: 05/28/2010) |
| 06/01/2010 | 47 | Letter from Blake P. Loebs *re time to begin Settlement Conference scheduled for June 4,* |

| | | |
|---|---|---|
| | | *2010*. (Loebs, Blake) (Filed on 6/1/2010) (Entered: 06/01/2010) |
| 06/02/2010 | | ***Past and/or Expired Deadlines terminated***. Discovery Hearing held on 05/28/2010 Date Terminated: 44 Clerks Notice. (gba, COURT STAFF) (Filed on 6/2/2010) (Entered: 06/02/2010) |
| 06/02/2010 | 48 | Proposed Order *re Discovery Dispute* by Amjad Abudiab. (May, Joseph) (Filed on 6/2/2010) (Entered: 06/02/2010) |
| 06/02/2010 | 49 | CLERKS NOTICE - Settlement Conference set for 6/4/2010 09:30 AM has been rescheduled to 6/4/2010 01:00 PM in Courtroom C, 15th Floor, San Francisco. (emcsec, COURT STAFF) (Filed on 6/2/2010) (Entered: 06/02/2010) |
| 06/03/2010 | 50 | OBJECTIONS to re 48 Proposed Order by City and County of San Francisco, Elias Georgopoulos. (Loebs, Blake) (Filed on 6/3/2010) (Entered: 06/03/2010) |
| 06/03/2010 | 51 | Proposed Order re 46 Discovery Hearing, Set Hearings,, by City and County of San Francisco, Elias Georgopoulos. (Loebs, Blake) (Filed on 6/3/2010) (Entered: 06/03/2010) |
| 06/03/2010 | 52 | OBJECTIONS to re 51 Proposed Order *re Plaintiff's Motion to Compel* by Amjad Abudiab. (Attachments: # 1 Exhibit A)(May, Joseph) (Filed on 6/3/2010) (Entered: 06/03/2010) |
| 06/04/2010 | 53 | ORDER re 43 42 Motion to Compel; Signed by Judge Marilyn Hall Patel on 6/4/2010. (awb, COURT STAFF) (Filed on 6/4/2010) (Entered: 06/04/2010) |
| 06/04/2010 | 54 | Minute Entry: Settlement Conference held 6/4/2010. Case did not settle. No Further Settlement Conference scheduled. (Date Filed: 6/4/2010). (Court Reporter: Not Recorded.). (emcsec, COURT STAFF) (Date Filed: 6/4/2010) (Entered: 06/04/2010) |
| 08/02/2010 | 55 | JOINT CASE MANAGEMENT STATEMENT filed by Amjad Abudiab, City and County of San Francisco, Elias Georgopoulos. (Loebs, Blake) (Filed on 8/2/2010) (Entered: 08/02/2010) |
| 08/10/2010 | 56 | Minute Entry: Further Case Management Conference held on 8/9/2010 before Hon. Marilyn Hall Patel (Date Filed: 8/10/2010); Motion to amend to be filed by 9/13/2010; Responses due by 9/27/2010; Replies due by 10/4/2010; Motion to be deemed submitted upon completion of briefing; Further Case Management Conference set for 11/15/2010 03:00 PM in Courtroom 15, 18th Floor, San Francisco, with a joint supplemental CMC statement to be filed one week prior to the conference.(Court Reporter Sahar McVickar.) (awb, COURT STAFF) (Date Filed: 8/10/2010) (Entered: 08/10/2010) |
| 09/13/2010 | 57 | MOTION for Leave to File *First Amended Complaint* filed by Amjad Abudiab. (Attachments: # 1 Exhibit A, # 2 Proposed Order)(May, Joseph) (Filed on 9/13/2010) (Entered: 09/13/2010) |
| 09/20/2010 | 58 | Transcript of Proceedings held on May 28, 2010, before Judge Marilyn Hall Patel. Court Reporter/Transcriber Joan Marie Columbini, Telephone number 415-255-6842. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerks Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction.After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. Release of Transcript Restriction set for 12/20/2010. (Columbini, Joan) (Filed on 9/20/2010) (Entered: 09/20/2010) |
| 09/27/2010 | 59 | Statement of Non-Opposition re 57 MOTION for Leave to File *First Amended Complaint DEFENDANTS' NON-OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT* filed byCity and County of San Francisco, Elias |

|  |  | Georgopoulos. (Related document(s) 57 ) (Loebs, Blake) (Filed on 9/27/2010) (Entered: 09/27/2010) |
| --- | --- | --- |
| 10/05/2010 | 60 | ORDER by Judge Marilyn Hall Patel granting 57 plaintiff's Motion for Leave to File 1st amended complaint; Defendant to file responsive pleading within 20 days of this order. (awb, COURT STAFF) (Filed on 10/5/2010) (Entered: 10/05/2010) |
| 10/05/2010 | 61 | FIRST AMENDED COMPLAINT against City and County of San Francisco, Elias Georgopoulos, Antonio Parra. Filed by Amjad Abudiab. (May, Joseph) (Filed on 10/5/2010) Modified on 10/6/2010 (gba, COURT STAFF). (Entered: 10/05/2010) |
| 10/21/2010 | 62 | ANSWER to Amended Complaint *and Demand for Jury Trial* byAntonio Parra. (Gschwind, Andrew) (Filed on 10/21/2010) (Entered: 10/21/2010) |
| 10/21/2010 | 63 | NOTICE of Appearance by Andrew Martin Gschwind *for Defendants* (Gschwind, Andrew) (Filed on 10/21/2010) (Entered: 10/21/2010) |
| 11/08/2010 | 64 | JOINT CASE MANAGEMENT STATEMENT *(SUPPLEMENTAL)* filed by Amjad Abudiab, City and County of San Francisco, Elias Georgopoulos, Antonio Parra. (Loebs, Blake) (Filed on 11/8/2010) (Entered: 11/08/2010) |
| 11/15/2010 | 65 | Minute Entry: Further Case Management Conference held on 11/15/2010 before Hon. Marilyn Hall Patel (Date Filed: 11/15/2010);CASE REFERRED to a Magistrate Judge for Settlement Conference; Final Pretrial Conference set for 5/26/2011 02:30 PM in Courtroom 15, 18th Floor, San Francisco; Jury Selection/Jury Trial set for 6/14/2011 08:30 AM in Courtroom 15, 18th Floor, San Francisco. (Court Reporter Kathy Wyatt.) (Attachments: # 1 Trial Requirements) (awb, COURT STAFF) (Date Filed: 11/15/2010) (Entered: 11/16/2010) |
| 11/16/2010 |  | CASE REFERRED to Magistrate Judge Edward M. Chen for Settlement (sis, COURT STAFF) (Filed on 11/16/2010) (Entered: 11/16/2010) |
| 11/16/2010 | 66 | CASE MANAGEMENT SCHEDULING ORDER; Signed by Judge Marilyn Hall Patel on 11/16/2010. (awb, COURT STAFF) (Filed on 11/16/2010) (Entered: 11/16/2010) |
| 11/17/2010 | 67 | ADR Clerks Notice Setting ADR Phone Conference on 11/23/10 at 10:30 a.m. Pacific time. Please take note that at the appointed time, all parties shall call 218-339-2500 and use access code 1057593. (sgd, COURT STAFF) (Filed on 11/17/2010) (Entered: 11/17/2010) |
| 11/17/2010 |  | ***Deadlines terminated***. Response Deadline date of 09/27/2010 Date Terminated; Reply Deadline date of 10/04/2010 Date Terminated 56 Case Management Conference - Further, Set Motion and R&R Deadlines/Hearings, Set Hearings. (gba, COURT STAFF) (Filed on 11/17/2010) (Entered: 11/17/2010) |
| 11/18/2010 | 68 | CLERKS NOTICE correcting dates on 11/16/2010 Case Management Scheduling Order (due to clerical error); (awb, COURT STAFF) (Filed on 11/18/2010) (Entered: 11/18/2010) |
| 11/23/2010 |  | ADR Remark: ADR Phone Conference held by GDB on 11/23/10. (sgd, COURT STAFF) (Filed on 11/23/2010) (Entered: 11/23/2010) |
| 11/23/2010 | 69 | Order Setting Further Settlement Conference before Magistrate Judge. Further Settlement Conference set for 1/28/2011 09:30 AM in Courtroom C, 15th Floor, San Francisco. Signed by Magistrate Judge Edward M. Chen on 11/23/2010. (emcsec, COURT STAFF) (Filed on 11/23/2010) (Entered: 11/23/2010) |
| 11/23/2010 | 70 | STIPULATION and Proposed Order selecting Mediation by Amjad Abudiab *and Vacating Referral to Settlement Conference* (May, Joseph) (Filed on 11/23/2010) |

| | | (Entered: 11/23/2010) |
|---|---|---|
| 11/24/2010 | 71 | STIPULATION AND ORDER: Case referred to mediation; Signed by Judge Marilyn Hall Patel on 11/24/2010. (awb, COURT STAFF) (Filed on 11/24/2010) (Entered: 11/24/2010) |
| 11/24/2010 | | ***Deadlines terminated***. Settlement Conference 01/28/2011 Date Terminated: 69 Order Setting Settlement Conference. (gba, COURT STAFF) (Filed on 11/24/2010) (Entered: 11/24/2010) |
| 11/29/2010 | 72 | ADR Clerk's Notice Appointing Martin H. Dodd as Mediator. (cmf, COURT STAFF) (Filed on 11/29/2010) (Entered: 11/29/2010) |
| 11/29/2010 | 73 | MOTION to Disqualify Counsel *due to Conflict of Interest* filed by Amjad Abudiab. Motion Hearing set for 1/3/2011 02:00 PM in Courtroom 15, 18th Floor, San Francisco. (May, Joseph) (Filed on 11/29/2010) (Entered: 11/29/2010) |
| 11/29/2010 | 74 | Declaration of Joseph S. May in Support of 73 MOTION to Disqualify Counsel *due to Conflict of Interest* filed byAmjad Abudiab. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Related document(s) 73 ) (May, Joseph) (Filed on 11/29/2010) (Entered: 11/29/2010) |
| 11/29/2010 | 75 | Proposed Order re 73 MOTION to Disqualify Counsel *due to Conflict of Interest* by Amjad Abudiab. (May, Joseph) (Filed on 11/29/2010) (Entered: 11/29/2010) |
| 12/01/2010 | 76 | Renotice motion hearing *for* 73 *Motion to Disqualify Counsel Due to Conflict of Interest* filed byAmjad Abudiab. Motion Hearing set for 1/10/2011 02:00 PM in Courtroom 15, 18th Floor, San Francisco. (May, Joseph) (Filed on 12/1/2010) Modified on 12/3/2010 (mjj2, COURT STAFF). (Entered: 12/01/2010) |
| 12/20/2010 | 77 | NOTICE by City and County of San Francisco, Elias Georgopoulos, Antonio Parra *NOTICE OF APPEARANCE BY MARC R. LEWIS* (Lewis, Marc) (Filed on 12/20/2010) (Entered: 12/20/2010) |
| 12/20/2010 | 78 | Memorandum in Opposition re 73 MOTION to Disqualify Counsel *due to Conflict of Interest DEFENDANTS CITY AND COUNTY OF SAN FRANCISCO AND ELIAS GEORGOPOULOS'S OPPOSITION TO MOTION TO DISQUALIFY* filed byCity and County of San Francisco, Elias Georgopoulos, Antonio Parra. (Lewis, Marc) (Filed on 12/20/2010) (Entered: 12/20/2010) |
| 12/20/2010 | 79 | Declaration of MARC R. LEWIS in Support of 78 Memorandum in Opposition, *DECLARATION OF MARC R. LEWIS IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO DISQUALIFY* filed byCity and County of San Francisco, Elias Georgopoulos, Antonio Parra. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Related document(s) 78 ) (Lewis, Marc) (Filed on 12/20/2010) (Entered: 12/20/2010) |
| 12/21/2010 | | ***Deadlines terminated***. Release of Transcript Restriction date of 12/20/2010 Date Terminated: 58 Transcript. (gba, COURT STAFF) (Filed on 12/21/2010) (Entered: 12/21/2010) |
| 12/27/2010 | 80 | Reply to Opposition re 73 MOTION to Disqualify Counsel *due to Conflict of Interest* filed byAmjad Abudiab. (May, Joseph) (Filed on 12/27/2010) (Entered: 12/27/2010) |
| 12/29/2010 | 81 | Letter from Joseph May. (May, Joseph) (Filed on 12/29/2010) (Entered: 12/29/2010) |
| 01/11/2011 | 82 | Proposed Order re 73 MOTION to Disqualify Counsel *due to Conflict of Interest [PROPOSED] ORDER DENYING PLAINTIFF'S MOTION TO DISQUALIFY COUNSEL DUE TO CONFLICT OF INTEREST* by City and County of San Francisco, Elias Georgopoulos, Antonio Parra. (Lewis, Marc) (Filed on 1/11/2011) (Entered: 01/11/2011) |

| | | |
|---|---|---|
| 01/11/2011 | 83 | Minute Entry: Motion Hearing held on 1/10/2011 before Hon. Marilyn Hall Patel (Date Filed: 1/11/2011) re 73 MOTION to Disqualify Counsel *due to Conflict of Interest* filed by Amjad Abudiab. (Court Reporter Jim Yeomans.) (awb, COURT STAFF) (Date Filed: 1/11/2011) (Entered: 01/11/2011) |
| 01/12/2011 | 84 | ORDER by Judge Marilyn Hall Patel denying 73 plaintiff's Motion to Disqualify Counsel. (awb, COURT STAFF) (Filed on 1/12/2011) (Entered: 01/12/2011) |
| 01/25/2011 | 85 | Transcript of Proceedings held on 04/05/10, before Judge Marilyn Hall Patel. Court Reporter/Transcriber James Yeomans, Telephone number (415) 863-5179. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerks Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction.After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. Release of Transcript Restriction set for 4/25/2011. (jjy, COURT STAFF) (Filed on 1/25/2011) (Entered: 01/25/2011) |
| 01/27/2011 | 86 | CERTIFICATION OF MEDIATION Session by Mediator Martin H. Dodd; mediation session held 1/19/11; case did not settle; further facilitated discussions are not expected; ADR process is complete. (pirness, COURT STAFF) (Filed on 1/27/2011) (Entered: 01/27/2011) |
| 01/31/2011 | 87 | MOTION to Vacate *or Modify Oral Gag Orders* filed by Amjad Abudiab. Motion Hearing set for 3/7/2011 02:00 PM in Courtroom 15, 18th Floor, San Francisco before Hon. Marilyn H. Patel. (Attachments: # 1 Proposed Order)(May, Joseph) (Filed on 1/31/2011) (Entered: 01/31/2011) |
| 01/31/2011 | 88 | Declaration of Joseph May in Support of 87 MOTION to Vacate *or Modify Oral Gag Orders* filed byAmjad Abudiab. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F)(Related document(s) 87 ) (May, Joseph) (Filed on 1/31/2011) (Entered: 01/31/2011) |
| 01/31/2011 | 89 | Request for Judicial Notice re 87 MOTION to Vacate *or Modify Oral Gag Orders* filed byAmjad Abudiab. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Related document(s) 87 ) (May, Joseph) (Filed on 1/31/2011) (Entered: 01/31/2011) |
| 02/14/2011 | 90 | Administrative Motion to File Under Seal *and [PROPOSED ORDER]* filed by City and County of San Francisco, Elias Georgopoulos, Antonio Parra. (Loebs, Blake) (Filed on 2/14/2011) (Entered: 02/14/2011) |
| 02/16/2011 | 91 | ORDER by Judge Marilyn Hall Patel granting 90 defendants' Administrative Motion to File all briefs concerning plaintiff's motion to modify or vacate gag orders Under Seal (awb, COURT STAFF) (Filed on 2/16/2011) (Entered: 02/16/2011) |
| 02/16/2011 | 92 | CLERKS NOTICE submitting plaintiff's motion to vacate/modify on the papers; Hearing date of 3/7/2011 vacated. (awb, COURT STAFF) (Filed on 2/16/2011) (Entered: 02/16/2011) |
| 02/16/2011 | 93 | Letter from Joseph May *re Defendants' Administrative Motion to File Documents Under Seal.* (May, Joseph) (Filed on 2/16/2011) (Entered: 02/16/2011) |
| 02/16/2011 | 94 | Letter from MARC R. LEWIS *re Depositions.* (Lewis, Marc) (Filed on 2/16/2011) (Entered: 02/16/2011) |
| 02/17/2011 | 95 | DOCUMENT E-FILED UNDER SEAL re 91 Order on Administrative Motion to File Under Seal *DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO LIFT OR MODIFY GAG ORDERS* by City and County of San Francisco, Elias Georgopoulos, |

| | | |
|---|---|---|
| | | Antonio Parra. (Attachments: # 1 Affidavit BLAKE P. LOEBS DECLARATION, # 2 Exhibit A to Loebs Affidavit, # 3 Exhibit B to Loebs Affidavit, # 4 Exhibit C to Loebs Affidavit, # 5 Exhibit D to Loebs Affidavit, # 6 Exhibit E to Loebs Affidavit, # 7 Exhibit F to Loebs Affidavit, # 8 Exhibit G to Loebs Affidavit, # 9 Exhibit H to Loebs Affidavit, # 10 Exhibit I to Loebs Affidavit, # 11 Exhibit J to Loebs Affidavit, # 12 Exhibit K to Loebs Affidavit)(Loebs, Blake) (Filed on 2/17/2011) (Entered: 02/17/2011) |
| 02/18/2011 | 96 | Letter from Joseph May *re Discovery Dispute*. (May, Joseph) (Filed on 2/18/2011) (Entered: 02/18/2011) |
| 02/18/2011 | | ***Deadlines terminated. Motion Hearing date of 03/07/2011 Date Terminated 87 MOTION to Vacate *or Modify Oral Gag Orders* filed by Amjad Abudiab. (gba, COURT STAFF) (Filed on 2/18/2011) (Entered: 02/18/2011) |
| 02/22/2011 | 97 | DOCUMENT E-FILED UNDER SEAL re 91 Order on Administrative Motion to File Under Seal *Reply to Opposition to Plaintiff's Motion to Lift or Modify Gag Orders* by Amjad Abudiab. (May, Joseph) (Filed on 2/22/2011) (Entered: 02/22/2011) |
| 02/22/2011 | 98 | DOCUMENT E-FILED UNDER SEAL re 91 Order on Administrative Motion to File Under Seal *Declaration of Joseph May in support of Reply to Opposition to Plaintiff's Motion to Lift or Modify Gag Orders* by Amjad Abudiab. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(May, Joseph) (Filed on 2/22/2011) (Entered: 02/22/2011) |
| 03/04/2011 | 99 | MEMORANDUM AND ORDER by Judge Marilyn Hall Patel re plaintiff's 87 Motion to Vacate; The Court finds that plaintiffs motion is wholly unnecessary. The court further advises all counsel in this action to refrain from the filing of improvident motions, sending unnecessary correspondence to the court and filling the record with other trumpery. Instead they shall devote themselves to the merits of this case and move it forward expeditiously. The court, therefore, dismisses the motion as unworthy of attention. (awb, COURT STAFF) (Filed on 3/4/2011) (Entered: 03/04/2011) |
| 03/07/2011 | 100 | Transcript of Proceedings held on 8/9/10, before Judge Marilyn Hall Patel. Court Reporter/Transcriber Sahar Bartlett, CSR, RPR, Telephone number (415) 626-6060/sahar_bartlett@cand.uscourts.gov. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerks Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction.After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. Release of Transcript Restriction set for 6/6/2011. (Bartlett, Sahar) (Filed on 3/7/2011) (Entered: 03/07/2011) |
| 03/21/2011 | 101 | MOTION for Summary Judgment *DEFENDANTS' NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT* filed by City and County of San Francisco, Elias Georgopoulos, Antonio Parra. Motion Hearing set for 4/25/2011 02:00 PM in Courtroom 15, 18th Floor, San Francisco before Hon. Marilyn H. Patel. (Loebs, Blake) (Filed on 3/21/2011) (Entered: 03/21/2011) |
| 03/21/2011 | 102 | Declaration of BLAKE P. LOEBS in Support of 101 MOTION for Summary Judgment *DEFENDANTS' NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT* filed byCity and County of San Francisco, Antonio Parra. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G)(Related document(s) 101 ) (Loebs, Blake) (Filed on 3/21/2011) (Entered: 03/21/2011) |
| 03/21/2011 | 103 | Declaration of ELIAS GEORGOPOULOS in Support of 101 MOTION for Summary Judgment *DEFENDANTS' NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT* filed byCity and County of San Francisco, Elias Georgopoulos, |

| | | Antonio Parra. (Related document(s) 101 ) (Loebs, Blake) (Filed on 3/21/2011) (Entered: 03/21/2011) |
|---|---|---|
| 03/21/2011 | 104 | Declaration of JOY HOULIHAN in Support of 101 MOTION for Summary Judgment *DEFENDANTS' NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT* filed byCity and County of San Francisco, Elias Georgopoulos, Antonio Parra. (Related document(s) 101 ) (Loebs, Blake) (Filed on 3/21/2011) (Entered: 03/21/2011) |
| 03/21/2011 | 105 | Declaration of ALAN JOU in Support of 101 MOTION for Summary Judgment *DEFENDANTS' NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT* filed byCity and County of San Francisco, Elias Georgopoulos, Antonio Parra. (Related document(s) 101 ) (Loebs, Blake) (Filed on 3/21/2011) (Entered: 03/21/2011) |
| 03/21/2011 | 106 | Declaration of PATRICK KENNEDY in Support of 101 MOTION for Summary Judgment *DEFENDANTS' NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT* filed byCity and County of San Francisco, Elias Georgopoulos, Antonio Parra. (Related document(s) 101 ) (Loebs, Blake) (Filed on 3/21/2011) (Entered: 03/21/2011) |
| 03/21/2011 | 107 | Proposed Order re 101 MOTION for Summary Judgment *DEFENDANTS' NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT* by City and County of San Francisco, Elias Georgopoulos, Antonio Parra. (Loebs, Blake) (Filed on 3/21/2011) (Entered: 03/21/2011) |
| 04/11/2011 | 108 | REPLY (re 101 MOTION for Summary Judgment *DEFENDANTS' NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT* ) filed byCity and County of San Francisco, Elias Georgopoulos, Antonio Parra. (Loebs, Blake) (Filed on 4/11/2011) (Entered: 04/11/2011) |
| 04/11/2011 | 109 | Declaration of MARC R. LEWIS in Support of 108 Reply to Opposition/Response *DECLARATION OF MARC R. LEWIS IN SUPPORT OF DEFENDANTS' REPLY TO PLAINTIFF'S NON-OPPOSITION IN SUPPORT OF PARTIAL SUMMARY JUDGMENT* filed byCity and County of San Francisco, Elias Georgopoulos, Antonio Parra. (Related document(s) 108 ) (Loebs, Blake) (Filed on 4/11/2011) (Entered: 04/11/2011) |
| 04/11/2011 | 110 | RESPONSE (re 101 MOTION for Summary Judgment *DEFENDANTS' NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT* ) filed byAmjad Abudiab. (Attachments: # 1 Proposed Order)(May, Joseph) (Filed on 4/11/2011) (Entered: 04/11/2011) |
| 04/11/2011 | 111 | DECLARATION of Joseph S. May in Opposition to 101 MOTION for Summary Judgment *DEFENDANTS' NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT* filed byAmjad Abudiab. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K)(Related document(s) 101 ) (May, Joseph) (Filed on 4/11/2011) (Entered: 04/11/2011) |
| 04/11/2011 | 112 | DECLARATION of Erik Reinertson in Opposition to 101 MOTION for Summary Judgment *DEFENDANTS' NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT* filed byAmjad Abudiab. (Attachments: # 1 Signature Page (Declarations/Stipulations), # 2 Exhibit A)(Related document(s) 101 ) (May, Joseph) (Filed on 4/11/2011) (Entered: 04/11/2011) |
| 04/11/2011 | 113 | ***ERRONEOUS ENTRY, WRONG CASE CAPTION AND CASE NUMBER*** DECLARATION of Rene Peinado in Opposition to 101 MOTION for Summary Judgment *DEFENDANTS' NOTICE OF MOTION AND MOTION FOR PARTIAL* |

| | | |
|---|---|---|
| | | *SUMMARY JUDGMENT* filed byAmjad Abudiab. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Related document(s) 101 ) (May, Joseph) (Filed on 4/11/2011) Modified on 4/12/2011 (gba, COURT STAFF). (Entered: 04/11/2011) |
| 04/11/2011 | 114 | ***ERRONEOUS ENTRY, WRONG CASE CAPTION AND CASE NUMBER*** DECLARATION of Miguel Moran in Opposition to 101 MOTION for Summary Judgment *DEFENDANTS' NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT* filed byAmjad Abudiab. (Attachments: # 1 Signature Page (Declarations/Stipulations))(Related document(s) 101 ) (May, Joseph) (Filed on 4/11/2011) Modified on 4/12/2011 (gba, COURT STAFF). (Entered: 04/11/2011) |
| 04/11/2011 | 115 | ***ERRONEOUS ENTRY, WRONG CASE CAPTION AND CASE NUMBER*** DECLARATION of Hon. Linda Colfax in Opposition to 101 MOTION for Summary Judgment *DEFENDANTS' NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT* filed by Amjad Abudiab. (Attachments: # 1 Signature Page (Declarations/Stipulations))(Related document(s) 101 ) (May, Joseph) (Filed on 4/11/2011) Modified on 4/12/2011 (gba, COURT STAFF). (Entered: 04/11/2011) |
| 04/11/2011 | 116 | ***ERRONEOUS ENTRY, WRONG CASE CAPTION AND CASE NUMBER*** DECLARATION of Bertha Lathrop in Opposition to 101 MOTION for Summary Judgment *DEFENDANTS' NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT* filed by Amjad Abudiab. (Attachments: # 1 Signature Page (Declarations/Stipulations))(Related document(s) 101 ) (May, Joseph) (Filed on 4/11/2011) Modified on 4/12/2011 (gba, COURT STAFF). (Entered: 04/11/2011) |
| 04/11/2011 | 117 | MOTION to Continue *Administrative Motion to Continue Hearing on Defenants' Motion for Summary Judgment* filed by Amjad Abudiab. (Attachments: # 1 Proposed Order) (May, Joseph) (Filed on 4/11/2011) (Entered: 04/11/2011) |
| 04/11/2011 | 118 | Declaration of Joseph S. May in Support of 117 MOTION to Continue *Administrative Motion to Continue Hearing on Defenants' Motion for Summary Judgment* filed byAmjad Abudiab. (Related document(s) 117 ) (May, Joseph) (Filed on 4/11/2011) (Entered: 04/11/2011) |
| 04/12/2011 | 119 | EXHIBITS re 111 Declaration in Opposition, *Exhibit L to May Declaration* filed byAmjad Abudiab. (Attachments: # 1 Exhibit A to Peinado Declaration, # 2 Exhibit B to Peinado Declaration)(Related document(s) 111 ) (May, Joseph) (Filed on 4/12/2011) (Entered: 04/12/2011) |
| 04/12/2011 | 120 | EXHIBITS re 111 Declaration in Opposition, *Exhibit M to May Declaration* filed byAmjad Abudiab. (Attachments: # 1 Signature Page (Declarations/Stipulations))(Related document(s) 111 ) (May, Joseph) (Filed on 4/12/2011) (Entered: 04/12/2011) |
| 04/12/2011 | 121 | EXHIBITS re 111 Declaration in Opposition, *Exhibit N to May Declaration* filed byAmjad Abudiab. (Attachments: # 1 Signature Page (Declarations/Stipulations))(Related document(s) 111 ) (May, Joseph) (Filed on 4/12/2011) (Entered: 04/12/2011) |
| 04/12/2011 | 122 | EXHIBITS re 111 Declaration in Opposition, *Exhibit O to May Declaration* filed byAmjad Abudiab. (Attachments: # 1 Signature Page (Declarations/Stipulations))(Related document(s) 111 ) (May, Joseph) (Filed on 4/12/2011) (Entered: 04/12/2011) |
| 04/12/2011 | 123 | ORDER GRANTING PLAINTIFF'S REQUEST AND RESETTING Hearing on Motion 101 MOTION for Summary Judgment for 5/16/2011 02:00 PM in Courtroom 15, 18th Floor, San Francisco before Hon. Marilyn H. Patel; Signed by Judge Marilyn Hall Patel on 4/12/2011. (awb, COURT STAFF) (Filed on 4/12/2011) (Entered: 04/12/2011) |
| 04/14/2011 | 124 | ADMINISTRATIVE MOTION TO POSTPONE PRETRIAL SUBMISSIONS - [Civ. L.R. 7-11] filed by City and County of San Francisco, Elias Georgopoulos, Antonio Parra. |

| | | |
|---|---|---|
| | | (Loebs, Blake) (Filed on 4/14/2011) Modified on 4/15/2011 (gba, COURT STAFF). (Entered: 04/14/2011) |
| 04/14/2011 | 125 | Declaration of MARC R. LEWIS filed byCity and County of San Francisco, Elias Georgopoulos, Antonio Parra. (Attachments: # 1 Exhibit A)(Related document(s) 124 ) (Loebs, Blake) (Filed on 4/14/2011) (Entered: 04/14/2011) |
| 04/14/2011 | 126 | Proposed Order GRANTING 124 DEFENDANTS' ADMINISTRATIVE MOTION TO POSTPONE PRETRIAL SUBMISSIONS by City and County of San Francisco, Elias Georgopoulos, Antonio Parra. (Loebs, Blake) (Filed on 4/14/2011) Modified on 4/15/2011 (gba, COURT STAFF). (Entered: 04/14/2011) |
| 04/15/2011 | 127 | RESPONSE *to Defendants' Administrative Motion to Postpone Pretrial Submissions* filed byAmjad Abudiab. (May, Joseph) (Filed on 4/15/2011) (Entered: 04/15/2011) |
| 04/15/2011 | 128 | ORDER VACATING PRETRIAL AND TRIAL DATES; Further Case Management Conference set for 5/16/2011 02:00 PM in Courtroom 15, 18th Floor, San Francisco; Signed by Judge Marilyn Hall Patel on 4/15/2011. (awb, COURT STAFF) (Filed on 4/15/2011) (Entered: 04/15/2011) |
| 05/02/2011 | 129 | REPLY (re 101 MOTION for Summary Judgment *DEFENDANTS' NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT* ) *DEFENDANTS' REPLY TO PLAINTIFF'S OPPOSITION IN SUPPORT OF PARTIAL SUMMARY JUDGMENT* filed byCity and County of San Francisco, Elias Georgopoulos, Antonio Parra. (Lewis, Marc) (Filed on 5/2/2011) (Entered: 05/02/2011) |
| 05/02/2011 | 130 | Declaration of BLAKE P. LOEBS in Support of 129 Reply to Opposition/Response, filed byCity and County of San Francisco, Elias Georgopoulos, Antonio Parra. (Attachments: # 1 Exhibit A)(Related document(s) 129 ) (Lewis, Marc) (Filed on 5/2/2011) (Entered: 05/02/2011) |
| 05/02/2011 | 131 | EXHIBITS *DEFENDANTS' EXHIBIT LIST TO MOTION FOR SUMMARY JUDGMENT* filed byCity and County of San Francisco, Elias Georgopoulos, Antonio Parra. (Lewis, Marc) (Filed on 5/2/2011) (Entered: 05/02/2011) |
| 05/04/2011 | 132 | Statement *JOINT STATEMENT OF UNDISPUTED FACTS PERTAINING TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT* by City and County of San Francisco, Elias Georgopoulos, Antonio Parra. (Lewis, Marc) (Filed on 5/4/2011) (Entered: 05/04/2011) |
| 05/06/2011 | | ***Deadlines terminated***. Release of Transcript Restriction date of 04/25/2011 Date Terminated 85 Transcript. (gba, COURT STAFF) (Filed on 5/6/2011) (Entered: 05/06/2011) |
| 05/09/2011 | 133 | MEMORANDUM AND ORDER RE AMENDED FILING SCHEDULES; Motion for partial summary judgment to be submitted upon completion of briefing; Signed by Judge Marilyn Hall Patel on 5/6/2011. (awb, COURT STAFF) (Filed on 5/9/2011) (Entered: 05/09/2011) |
| 05/25/2011 | | Due to Judge Chen's elevation to Article III status, this case is re-referred to Magistrate Judge Nathanael M. Cousins for settlement. All matters scheduled before, and deadlines set by, Judge Chen are hereby vacated. All future settlement matters should be addressed to Judge Cousins unless otherwise ordered by the presiding judge. Until Judge Cousins takes the bench on July 5, 2011, any urgent settlement issues requiring immediate judicial attention should be addressed to Magistrate Judge Joseph C. Spero by contacting his courtroom deputy, Karen Hom, at (415) 522-2035. ; Judge Hon. Edward M. Chen no longer assigned to case. (far, COURT STAFF) (Filed on 5/25/2011) (Entered: 05/25/2011) |

| | | |
|---|---|---|
| 05/26/2011 | | ***Deadlines terminated*** Motion Hearing date of 05/16/2011 Date Terminated [101] MOTION for Summary Judgment *DEFENDANTS' NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT* filed by Antonio Parra, Elias Georgopoulos, City and County of San Francisco (gba, COURT STAFF) (Filed on 5/26/2011) (Entered: 05/26/2011) |
| 06/06/2011 | 134 | STATEMENT OF RECENT DECISION pursuant to Civil Local Rule 7-3.d filed byCity and County of San Francisco, Elias Georgopoulos, Antonio Parra. (Attachments: # 1 Ashcraft v. Al-Kidd, Supreme Court No. 10-98)(Related document(s) 101 ) (Loebs, Blake) (Filed on 6/6/2011) (Entered: 06/06/2011) |
| 06/20/2011 | 135 | MEMORANDUM AND ORDER by Judge Marilyn Hall Patel: Defendants' motion for partial summary judgment is GRANTED in part and DENIED in part as follows: defendants' motion for partial summary judgment as to plaintiff's First Amendment claim, Fourth Amendment malicious prosecution claim, California Civil Code section 52.1 claim (as alleged against Georgopoulos in his individual capacity) and punitive damages claim is DENIED. Defendants' motion for summary judgment as to plaintiff's remaining Fourth Amendment claims, Fourteenth Amendment claim, Monell claim and California Civil Code section 52.1 claim (as alleged against the City) is GRANTED.(awb, COURT STAFF) (Filed on 6/20/2011) (Entered: 06/20/2011) |
| 06/21/2011 | 136 | MOTION for Leave to File *Motion for Reconsideration [Civ. L.R. 7-9]* filed by Amjad Abudiab. (Attachments: # 1 Proposed Order)(May, Joseph) (Filed on 6/21/2011) (Entered: 06/21/2011) |
| 06/22/2011 | 137 | ORDER REASSIGNING CASE. Case reassigned to Judge Hon. Edward M. Chen for all further proceedings. Judge Hon. Marilyn H. Patel no longer assigned to the case. (slh, COURT STAFF) (Filed on 6/22/2011) (Entered: 06/22/2011) |
| 06/22/2011 | 138 | MOTION for Recusal *Defendants' Request for Recusal Due to Judge Chen Conducting the Settlement Conference In This Matter* filed by City and County of San Francisco, Elias Georgopoulos, Antonio Parra. Responses due by 7/6/2011. Replies due by 7/13/2011. (Loebs, Blake) (Filed on 6/22/2011) (Entered: 06/22/2011) |
| 06/24/2011 | 139 | ORDER by Judge Edward M. Chen granting 138 Motion for Recusal. (bpf, COURT STAFF) (Filed on 6/24/2011) (Entered: 06/24/2011) |
| 06/24/2011 | 140 | ORDER REASSIGNING CASE. Case reassigned to Hon. Jeffrey S. White for all further proceedings. Hon. Edward M. Chen no longer assigned to the case. Signed by Executive Committee on 6/24/11. (ha, COURT STAFF) (Filed on 6/24/2011) (Entered: 06/24/2011) |
| 07/11/2011 | 141 | MOTION for Leave to File *MOTION FOR RECONSIDERATION AND NON-OPPOSITION TO PLAINTIFF'S MOTION FOR RECONSIDERATION* filed by City and County of San Francisco, Elias Georgopoulos, Antonio Parra. (Lewis, Marc) (Filed on 7/11/2011) (Entered: 07/11/2011) |
| 07/13/2011 | 142 | Joint MOTION for Hearing *JOINT REQUEST TO SET CASE MANAGEMENT CONFERENCE* filed by Amjad Abudiab. (May, Joseph) (Filed on 7/13/2011) (Entered: 07/13/2011) |
| 07/14/2011 | 143 | INITIAL SCHEDULING CONFERENCE ORDER: Case Management Conference set for 9/2/2011 01:30 PM in Courtroom 11, 19th Floor, San Francisco. Case Management Statement due by 8/26/2011.. Signed by Judge Jeffrey S. White on 7/14/11. (jjoS, COURT STAFF) (Filed on 7/14/2011) (Entered: 07/14/2011) |
| 08/24/2011 | 144 | CLERKS NOTICE CONTINUING CASE MANAGEMENT CONFERENCE: Case Management Statement due by 9/9/2011. Case Management Conference set for 9/16/2011 |

| | | 01:30 PM in Courtroom 11, 19th Floor, San Francisco. (jjoS, COURT STAFF) (Filed on 8/24/2011) (Entered: 08/24/2011) |
|---|---|---|
| 09/07/2011 | [145](#) | ORDER by Judge Jeffrey S. White GRANTING [136](#) Motion for Leave to File Motion for Reconsideration and GRANTING IN PART AND DENYING IN PART [141](#) Motion for Leave to File Motion for Reconsideration. (jswlc3, COURT STAFF) (Filed on 9/7/2011) (Entered: 09/07/2011) |
| 09/09/2011 | [146](#) | JOINT CASE MANAGEMENT STATEMENT filed by Amjad Abudiab, City and County of San Francisco, Elias Georgopoulos, Antonio Parra. (Loebs, Blake) (Filed on 9/9/2011) (Entered: 09/09/2011) |
| 09/12/2011 | [147](#) | ORDER REFERRING CASE to a randomly assigned Magistrate Judge for resolution of all Discovery purposes. Signed by Judge JEFFREY S. WHITE on 9/12/11. (jjoS, COURT STAFF) (Filed on 9/12/2011) (Entered: 09/12/2011) |
| 09/15/2011 | | *** FILED IN ERROR. NO NEW DOCUMENT. *** Set/Reset Deadlines as to Status Hearing re discovery dispute set for 9/20/2011 at 10:00 AM in Courtroom, 2nd Floor, Eureka before Magistrate Judge Nandor J. Vadas. (njvlc1, COURT STAFF) (Filed on 9/15/2011) Modified on 9/15/2011 (njvlc1, COURT STAFF). (Entered: 09/15/2011) |
| 09/15/2011 | [148](#) | CLERKS NOTICE Status Conference re discovery dispute set for 9/20/2011 10:00 AM in Courtroom, 2nd Floor, Eureka before Magistrate Judge Nandor J. Vadas. (njvlc1, COURT STAFF) (Filed on 9/15/2011) (Entered: 09/15/2011) |
| 09/19/2011 | [149](#) | Minute Entry: Initial Case Management Conference held on 9/16/2011 before Judge Jeffrey S. White (Date Filed: 9/19/2011). Jury Trial set for 6/11/2012 08:00 AM in Courtroom 11, 19th Floor, San Francisco before Hon. Jeffrey S. White. Dispositive Motion Hearing set for 2/17/2012 09:00 AM in Courtroom 11, 19th Floor, San Francisco before Hon. Jeffrey S. White. Pretrial Conference set for 5/21/2012 02:00 PM in Courtroom 11, 19th Floor, San Francisco before Hon. Jeffrey S. White. (Court Reporter Debra Pas.) (jjoS, COURT STAFF) (Date Filed: 9/19/2011) (Entered: 09/19/2011) |
| 09/20/2011 | [150](#) | ORDER SCHEDULING TRIAL AND PRETRIAL MATTERS. Signed by Judge Jeffrey S. White on 9/20/11. (jjoS, COURT STAFF) (Filed on 9/20/2011) (Entered: 09/20/2011) |
| 09/21/2011 | [151](#) | Minute Entry: Status Conference (Date Filed: 9/21/2011). Motion Hearing set for 10/19/2011 02:00 PM in Courtroom 14, 18th Floor, San Francisco before Magistrate Judge Nandor J. Vadas. (Recording #10:05-10:09.) (glm, COURT STAFF) (Date Filed: 9/21/2011) (Entered: 09/21/2011) |
| 09/26/2011 | [152](#) | MOTION for Leave to File *Motion for Reconsideration of Bifurcation Order* filed by Amjad Abudiab. (Attachments: # [1](#) Proposed Order)(May, Joseph) (Filed on 9/26/2011) (Entered: 09/26/2011) |
| 09/27/2011 | [153](#) | NOTICE by City and County of San Francisco, Elias Georgopoulos, Antonio Parra re [145](#) Order on Motion for Leave to File, *DEFENDANTS' NOTICE OF MOTION FOR RECONSIDERATION ON RULING FOR SUMMARY JUDGMENT* (Lewis, Marc) (Filed on 9/27/2011) (Entered: 09/27/2011) |
| 09/27/2011 | [154](#) | MOTION for Reconsideration re [153](#) Notice (Other) *DEFENDANTS' MOTION FOR RECONSIDERATION ON RULING FOR SUMMARY JUDGMENT* filed by City and County of San Francisco, Elias Georgopoulos, Antonio Parra. (Lewis, Marc) (Filed on 9/27/2011) (Entered: 09/27/2011) |
| 09/27/2011 | [155](#) | Proposed Order re [154](#) MOTION for Reconsideration re [153](#) Notice (Other) *DEFENDANTS' MOTION FOR RECONSIDERATION ON RULING FOR SUMMARY* |

| | | |
|---|---|---|
| | | *JUDGMENT* by City and County of San Francisco, Elias Georgopoulos, Antonio Parra. (Lewis, Marc) (Filed on 9/27/2011) (Entered: 09/27/2011) |
| 09/27/2011 | [156](#) | MOTION for Reconsideration re [135](#) Order on Motion for Summary Judgment,, filed by Amjad Abudiab. (Attachments: # [1](#) Proposed Order)(May, Joseph) (Filed on 9/27/2011) (Entered: 09/27/2011) |
| 09/28/2011 | | Set/Reset Deadlines as to [154](#) MOTION for Reconsideration re [153](#) Notice (Other) *DEFENDANTS' MOTION FOR RECONSIDERATION ON RULING FOR SUMMARY JUDGMENT*, [156](#) MOTION for Reconsideration re [135](#) Order on Motion for Summary Judgment,,. Motion Hearing set for 12/16/2011 09:00 AM in Courtroom 11, 19th Floor, San Francisco before Hon. Jeffrey S. White. (jjoS, COURT STAFF) (Filed on 9/28/2011) (Entered: 09/28/2011) |
| 10/03/2011 | [157](#) | ORDER by Judge Jeffrey S. White denying [152](#) Motion for Leave to File Motion for Reconsideration (jjoS, COURT STAFF) (Filed on 10/3/2011) Modified on 10/3/2011 (jjoS, COURT STAFF). (Entered: 10/03/2011) |
| 10/04/2011 | [158](#) | ORDER re [94](#) motion to quash filed by Antonio Parra, Elias Georgopoulos, City and County of San Francisco. Signed by Magistrate Judge Nandor J. Vadas on 10/4/2011. (njvlc2, COURT STAFF) (Filed on 10/4/2011) (Entered: 10/04/2011) |
| 10/11/2011 | [159](#) | RESPONSE (re [156](#) MOTION for Reconsideration re [135](#) Order on Motion for Summary Judgment,, ) *DEFENDANTS' OPPOSITION TO PLAINTIFFS MOTION FOR RECONSIDERATION OF ORDER ON DEFENDANTS SECOND MOTION FOR SUMMARY JUDGMENT* filed byCity and County of San Francisco, Elias Georgopoulos, Antonio Parra. (Loebs, Blake) (Filed on 10/11/2011) (Entered: 10/11/2011) |
| 10/11/2011 | [160](#) | RESPONSE (re [154](#) MOTION for Reconsideration re [153](#) Notice (Other) *DEFENDANTS' MOTION FOR RECONSIDERATION ON RULING FOR SUMMARY JUDGMENT* ) filed byAmjad Abudiab. (Attachments: # [1](#) Proposed Order)(May, Joseph) (Filed on 10/11/2011) (Entered: 10/11/2011) |
| 10/14/2011 | [161](#) | Letter from BLAKE P. LOEBS *Re Defendants Motion to Quash Deposition Notices*. (Loebs, Blake) (Filed on 10/14/2011) (Entered: 10/14/2011) |
| 10/14/2011 | [162](#) | Letter from Joseph S. May *re Defendants' Motion to Quash Deposition Notices*. (May, Joseph) (Filed on 10/14/2011) (Entered: 10/14/2011) |
| 10/17/2011 | [163](#) | REPLY (re [156](#) MOTION for Reconsideration re [135](#) Order on Motion for Summary Judgment,, ) filed byAmjad Abudiab. (May, Joseph) (Filed on 10/17/2011) (Entered: 10/17/2011) |
| 10/18/2011 | [164](#) | REPLY (re [154](#) MOTION for Reconsideration re [153](#) Notice (Other) *DEFENDANTS' MOTION FOR RECONSIDERATION ON RULING FOR SUMMARY JUDGMENT* ) filed byCity and County of San Francisco, Elias Georgopoulos, Antonio Parra. (Lewis, Marc) (Filed on 10/18/2011) (Entered: 10/18/2011) |
| 10/19/2011 | [165](#) | Minute Entry: Arguments heard, matter taken under submission.Motion Hearing held on 10/19/2011 before James Vadas (Date Filed: 10/19/2011). (Court Reporter Joan Columini.) (sis, COURT STAFF) (Date Filed: 10/19/2011) Modified on 10/20/2011 (sis, COURT STAFF). (Entered: 10/19/2011) |
| 11/03/2011 | [166](#) | ORDER re [96](#) Letter filed by Amjad Abudiab, [94](#) Letter filed by Antonio Parra, Elias Georgopoulos, City and County of San Francisco. Signed by Magistrate Judge Nandor J. Vadas on 11/3/2011. (njvlc2, COURT STAFF) (Filed on 11/3/2011) (Entered: 11/03/2011) |
| 11/04/2011 | [167](#) | Letter from Joseph S. May and Blake P. Loebs *re Joint Request for Clarification per Magistrate Judge Vadas's Minute Order (Dkt. 165)*. (May, Joseph) (Filed on 11/4/2011) |

| | | |
|---|---|---|
| | | (Entered: 11/04/2011) |
| 11/09/2011 | 168 | ORDER OF CLARIFICATION. Signed by Judge Jeffrey S. White on 11/9/11. (jjoS, COURT STAFF) (Filed on 11/9/2011) (Entered: 11/09/2011) |
| 11/14/2011 | 169 | ORDER re 96 Letter filed by Amjad Abudiab, 94 Letter filed by Antonio Parra, Elias Georgopoulos, City and County of San Francisco. Signed by Magistrate Judge Nandor J. Vadas on 11/14/2011. (njvlc2, COURT STAFF) (Filed on 11/14/2011) (Entered: 11/14/2011) |
| 11/16/2011 | 170 | MOTION Permission to File Third Summary Judgment Motion re 150 Order filed by City and County of San Francisco, Elias Georgopoulos, Antonio Parra. Responses due by 11/30/2011. Replies due by 12/7/2011. (Loebs, Blake) (Filed on 11/16/2011) (Entered: 11/16/2011) |
| 11/16/2011 | 171 | Declaration of BLAKE P. LOEBS in Support of 170 MOTION Permission to File Third Summary Judgment Motion re 150 Order filed byCity and County of San Francisco, Elias Georgopoulos, Antonio Parra. (Attachments: # 1 Exhibit A)(Related document(s) 170 ) (Loebs, Blake) (Filed on 11/16/2011) (Entered: 11/16/2011) |
| 11/21/2011 | | Set/Reset Deadlines as to 170 MOTION Permission to File Third Summary Judgment Motion re 150 Order. Motion Hearing set for 2/17/2012 09:00 AM in Courtroom 11, 19th Floor, San Francisco before Hon. Jeffrey S. White. (jjoS, COURT STAFF) (Filed on 11/21/2011) (Entered: 11/21/2011) |
| 11/30/2011 | 172 | RESPONSE (re 170 MOTION Permission to File Third Summary Judgment Motion re 150 Order ) filed byAmjad Abudiab. (Attachments: # 1 Proposed Order)(May, Joseph) (Filed on 11/30/2011) (Entered: 11/30/2011) |
| 12/02/2011 | 173 | ORDER by Judge Jeffrey S. White granting 170 Motion to File Third Motion For Summary Judgment (jjoS, COURT STAFF) (Filed on 12/2/2011) (Entered: 12/02/2011) |
| 12/08/2011 | 174 | ORDER REGARDING MOTIONS FOR CONSIDERATION. Signed by Judge Jeffrey S. White on 12/8/11. (jjoS, COURT STAFF) (Filed on 12/8/2011) (Entered: 12/08/2011) |
| 12/13/2011 | 175 | NOTICE by Elias Georgopoulos re 174 Order, Terminate Motions *DEFENDANT ELIAS GEORGOPOULOS'S NOTICE OF APPEAL* (Lewis, Marc) (Filed on 12/13/2011) (Entered: 12/13/2011) |
| 12/13/2011 | 178 | NOTICE OF APPEAL as to 174 Order by City and County of San Francisco, Elias Georgopoulos, Antonio Parra. Filing fee $ 455-#34611068223. (hdj, COURT STAFF) (Filed on 12/13/2011) (Entered: 12/19/2011) |
| 12/15/2011 | 176 | STIPULATION re 174 Order, Terminate Motions, 173 Order on Motion for Miscellaneous Relief, 175 Notice (Other) *STIPULATION AND [PROPOSED] ORDER CONTINUING DEFENDANT PARRA'S DEADLINE TO MOVE FOR SUMMARY JUDGMENT* by Amjad Abudiab, City and County of San Francisco, Elias Georgopoulos, Antonio Parra. (Lewis, Marc) (Filed on 12/15/2011) (Entered: 12/15/2011) |
| 12/19/2011 | 177 | ORDER GRANTING AS MODIFIED 176 Stipulation CONTINUING DEFENDANT PARRA'S DEADLINE TO MOVE FOR SUMMARY JUDGMENT: Jury Trial set for 7/9/2012 08:00 AM in Courtroom 11, 19th Floor, San Francisco before Hon. Jeffrey S. White. Motion Hearing set for 4/6/2012 09:00 AM in Courtroom 11, 19th Floor, San Francisco before Hon. Jeffrey S. White. Pretrial Conference set for 6/18/2012 02:00 PM in Courtroom 11, 19th Floor, San Francisco before Hon. Jeffrey S. White.. Signed by Judge JEFFREY S. WHITE on 12/19/11. (jjoS, COURT STAFF) (Filed on 12/19/2011) (Entered: 12/19/2011) |

| | | |
|---|---|---|
| 12/19/2011 | 179 | Transmission of Notice of Appeal and Docket Sheet to US Court of Appeals re 178 Notice of Appeal (hdj, COURT STAFF) (Filed on 12/19/2011) (Entered: 12/19/2011) |
| 12/27/2011 | 180 | MOTION to Certify Appeal as Frivolous re 178 Notice of Appeal filed by Amjad Abudiab. Motion Hearing set for 3/30/2012 09:00 AM in Courtroom 11, 19th Floor, San Francisco before Hon. Jeffrey S. White. Responses due by 1/10/2012. Replies due by 1/17/2012. (Attachments: # 1 Proposed Order)(May, Joseph) (Filed on 12/27/2011) (Entered: 12/27/2011) |
| 01/09/2012 | 181 | RESPONSE (re 180 MOTION to Certify Appeal as Frivolous re 178 Notice of Appeal ) *DEFENDANT'S OPPOSITION TO PLAINTIFFS MOTION TO CERTIFY APPEAL AS FRIVOLOUS* filed byCity and County of San Francisco, Elias Georgopoulos, Antonio Parra. (Loebs, Blake) (Filed on 1/9/2012) (Entered: 01/09/2012) |
| 01/12/2012 | 182 | TRANSCRIPT DESIGNATION *APPELLANT'S NOTICE OF INTENT NOT TO ORDER TRANSCRIPT OF DISTRICT COURT PROCEEDINGS* by Elias Georgopoulos. (Loebs, Blake) (Filed on 1/12/2012) (Entered: 01/12/2012) |
| 01/17/2012 | 183 | REPLY (re 180 MOTION to Certify Appeal as Frivolous re 178 Notice of Appeal ) filed byAmjad Abudiab. (Attachments: # 1 Exhibit A)(May, Joseph) (Filed on 1/17/2012) (Entered: 01/17/2012) |
| 02/27/2012 | 184 | Administrative Motion to File Under Seal filed by City and County of San Francisco, Elias Georgopoulos, Antonio Parra. (Attachments: # 1 Declaration, # 2 Proposed Order) (Loebs, Blake) (Filed on 2/27/2012) (Entered: 02/27/2012) |
| 02/27/2012 | 185 | MOTION for Summary Judgment *[PUBLIC VERSION]* filed by City and County of San Francisco, Elias Georgopoulos, Antonio Parra. Motion Hearing set for 4/6/2012 09:00 AM in Courtroom 11, 19th Floor, San Francisco before Hon. Jeffrey S. White. Responses due by 3/12/2012. Replies due by 3/19/2012. (Loebs, Blake) (Filed on 2/27/2012) (Entered: 02/27/2012) |
| 02/27/2012 | 186 | Declaration of ELIAS GEORGOPOULOS in Support of 185 MOTION for Summary Judgment *[PUBLIC VERSION]* filed byCity and County of San Francisco, Elias Georgopoulos, Antonio Parra. (Related document(s) 185 ) (Loebs, Blake) (Filed on 2/27/2012) (Entered: 02/27/2012) |
| 02/27/2012 | 187 | Declaration of ALAN JOU in Support of 185 MOTION for Summary Judgment *[PUBLIC VERSION]* filed byCity and County of San Francisco, Elias Georgopoulos, Antonio Parra. (Related document(s) 185 ) (Loebs, Blake) (Filed on 2/27/2012) (Entered: 02/27/2012) |
| 02/27/2012 | 188 | Declaration of PATRICK KENNEDY in Support of 185 MOTION for Summary Judgment *[PUBLIC VERSION]* filed byCity and County of San Francisco, Elias Georgopoulos, Antonio Parra. (Related document(s) 185 ) (Loebs, Blake) (Filed on 2/27/2012) (Entered: 02/27/2012) |
| 02/27/2012 | 189 | Declaration of BLAKE P. LOEBS in Support of 185 MOTION for Summary Judgment *[PUBLIC VERSION]* filed byCity and County of San Francisco, Elias Georgopoulos, Antonio Parra. (Attachments: # 1 Exhibit A-1, # 2 Exhibit A-2, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G)(Related document(s) 185 ) (Loebs, Blake) (Filed on 2/27/2012) (Entered: 02/27/2012) |
| 02/27/2012 | 190 | Proposed Order re 185 MOTION for Summary Judgment *[PUBLIC VERSION]* by City and County of San Francisco, Elias Georgopoulos, Antonio Parra. (Loebs, Blake) (Filed on 2/27/2012) (Entered: 02/27/2012) |

| 03/09/2012 | 191 | STIPULATION WITH PROPOSED ORDER re 185 MOTION for Summary Judgment *[PUBLIC VERSION] STIPULATION AND PROPOSED ORDER TO CONTINUE OPPOSITION AND REPLY DEADLINES* filed by Amjad Abudiab. (May, Joseph) (Filed on 3/9/2012) (Entered: 03/09/2012) |
|---|---|---|
| 03/12/2012 | 192 | ORDER GRANTING 191 STIPULATION TO CONTINUE OPPOSITION AND REPLY DEADLINES re 185 MOTION for Summary Judgment. Responses due by 3/19/2012. Replies due by 4/2/2012. Motion Hearing set for 5/4/2012 09:00 AM in Courtroom 11, 19th Floor, San Francisco before Hon. Jeffrey S. White.. Signed by Judge Jeffrey S. White on 3/12/12. (jjoS, COURT STAFF) (Filed on 3/12/2012) (Entered: 03/12/2012) |
| 03/14/2012 | 193 | ORDER by Judge Jeffrey S. White denying 180 Motion To Certify Appeal As Frivolous (jjoS, COURT STAFF) (Filed on 3/14/2012) (Entered: 03/14/2012) |
| 03/16/2012 | 194 | STIPULATION re 193 Order on Motion for Miscellaneous Relief *STIPULATION TO STAY BRIEFING ON PARRA SUMMARY JUDGMENT MOTION PENDING THE RESOLUTION OF WHETHER THE ENTIRE PROCEEDING IS STAYED* filed by Amjad Abudiab, City and County of San Francisco, Elias Georgopoulos, Antonio Parra. (Loebs, Blake) (Filed on 3/16/2012) (Entered: 03/16/2012) |
| 03/16/2012 | 195 | Proposed Order re 194 Stipulation, *[PROPOSED] ORDER GRANTING STAY OF BRIEFING ON PARRA SUMMARY JUDGMENT PENDING THE RESOLUTION OF WHETHER THE ENTIRE PROCEEDING IS STAYED* by Amjad Abudiab, City and County of San Francisco, Elias Georgopoulos, Antonio Parra. (Loebs, Blake) (Filed on 3/16/2012) (Entered: 03/16/2012) |
| 03/19/2012 | 196 | ORDER GRANTING 194 Stipulation to Stay Briefing Schedule. Signed by Judge Jeffrey S. White on March 19, 2012. (jswlc3, COURT STAFF) (Filed on 3/19/2012) (Entered: 03/19/2012) |
| 03/22/2012 | 197 | **ERRONEOUS FILING. REPLACED BY CORRECTED DOCUMENT 198** RESPONSE to re 193 Order on Motion for Miscellaneous Relief *DEFENDANTS' BRIEFING IN SUPPORT OF MOTION TO STAY MATTER PENDING APPEAL* by City and County of San Francisco, Elias Georgopoulos, Antonio Parra. (Loebs, Blake) (Filed on 3/22/2012) Modified on 3/23/2012 (mjj2S, COURT STAFF). (Entered: 03/22/2012) |
| 03/22/2012 | 198 | RESPONSE to re 193 Order on Motion for Miscellaneous Relief *CORRECTION OF DOCKET # 197* by City and County of San Francisco, Elias Georgopoulos, Antonio Parra. (Loebs, Blake) (Filed on 3/22/2012) (Entered: 03/22/2012) |
| 03/29/2012 | 199 | RESPONSE to re 193 Order on Motion for Miscellaneous Relief by Amjad Abudiab. (May, Joseph) (Filed on 3/29/2012) (Entered: 03/29/2012) |
| 04/04/2012 | 200 | ORDER STAYING MATTER PENDING APPEAL.. Signed by Judge Jeffrey S. White on 4/4/12. (jjoS, COURT STAFF) (Filed on 4/4/2012) (Entered: 04/04/2012) |
| 04/20/2012 | 201 | ORDER of USCA as to 178 Notice of Appeal filed by Antonio Parra, Elias Georgopoulos, City and County of San Francisco (hdj, COURT STAFF) (Filed on 4/20/2012) (Entered: 04/20/2012) |
| 12/12/2012 | 202 | ORDER of USCA as to 178 Notice of Appeal filed by Antonio Parra, Elias Georgopoulos, City and County of San Francisco (hdjS, COURT STAFF) (Filed on 12/12/2012) (Entered: 12/12/2012) |
| 12/16/2013 | 203 | NOTICE of Change of Address by Joseph Samuel May (May, Joseph) (Filed on 12/16/2013) (Entered: 12/16/2013) |
| 12/20/2013 | 204 | USCA Memorandum as to 178 Notice of Appeal filed by Antonio Parra, Elias Georgopoulos, City and County of San Francisco (hdjS, COURT STAFF) (Filed on |

| | | 12/20/2013) (Entered: 12/20/2013) |
|---|---|---|
| 01/07/2014 | 205 | MANDATE of USCA as to 178 Notice of Appeal filed by Antonio Parra, Elias Georgopoulos, City and County of San Francisco (hdjS, COURT STAFF) (Filed on 1/7/2014) (Entered: 01/07/2014) |
| 01/07/2014 | 206 | CLERKS Letter Spreading Mandate to Counsel (hdjS, COURT STAFF) (Filed on 1/7/2014) (Entered: 01/07/2014) |
| 01/08/2014 | 207 | NOTICE of Change In Counsel by Margaret W. Baumgartner (Baumgartner, Margaret) (Filed on 1/8/2014) (Entered: 01/08/2014) |
| 01/09/2014 | 208 | CLERKS NOTICE SCHEDULING FURTHER CASE MANAGEMENT CONFERENCE: Case Management Statement due by 2/7/2014. Further Case Management Conference set for 2/14/2014 01:30 PM in Courtroom 11, 19th Floor, San Francisco. (jjoS, COURT STAFF) (Filed on 1/9/2014) (Entered: 01/09/2014) |
| 01/10/2014 | 209 | NOTICE by City and County of San Francisco, Elias Georgopoulos, Antonio Parra *NOTICE OF UNAVAILABILITY OF COUNSEL* (Baumgartner, Margaret) (Filed on 1/10/2014) (Entered: 01/10/2014) |
| 02/07/2014 | 210 | JOINT CASE MANAGEMENT STATEMENT filed by City and County of San Francisco, Elias Georgopoulos, Antonio Parra. (Baumgartner, Margaret) (Filed on 2/7/2014) (Entered: 02/07/2014) |
| 02/11/2014 | 211 | **ORDER OF REFERRAL TO MAGISTRATE JUDGE JOSEPH C. SPERO FOR SETTLEMENT CONFERENCE. Case Management Statement due by 4/18/2014. Case Management Conference set for 4/25/2014 11:00 AM in Courtroom 5, 2nd Floor, Oakland.. Signed by Judge JEFFREY S. WHITE on 2/11/14. (jjoS, COURT STAFF) (Filed on 2/11/2014) (Entered: 02/11/2014)** |
| 02/11/2014 | | CASE REFERRED to Magistrate Judge Joseph C. Spero for Settlement (ahm, COURT STAFF) (Filed on 2/11/2014) (Entered: 02/11/2014) |
| 03/11/2014 | 212 | **Notice of Settlement Conference and Order Setting Settlement Conference before Magistrate Judge Joseph C. Spero. Settlement Conference set for 4/7/2014 at 11:00 AM in Courtroom 15, 15th Floor, San Francisco. Signed by Judge Joseph C. Spero on 3/11/2014. (klhS, COURT STAFF) (Filed on 3/11/2014) (Entered: 03/11/2014)** |
| 03/25/2014 | 213 | Letter from MARGARET W. BAUMGARTNER *TO EXCUSE CERTAIN DEFENDANTS FROM ATTENDING SETTLEMENT CONFERENCE*. (Baumgartner, Margaret) (Filed on 3/25/2014) (Entered: 03/25/2014) |
| 03/25/2014 | 214 | Proposed Order re 213 Letter *[PROPOSED] ORDER EXCUSING CERTAIN DEFENDANTS FROM ATTENDING SETTLEMENT CONFERENCE* by City and County of San Francisco, Elias Georgopoulos, Antonio Parra. (Baumgartner, Margaret) (Filed on 3/25/2014) (Entered: 03/25/2014) |
| 03/26/2014 | 215 | **ORDER EXCUSING CERTAIN DEFENDANTS FROM ATTENDING SETTLEMENT CONFERENCE on 4/7/14 at 9:30 AM. Signed by Judge Joseph C. Spero on 3/26/14. (klh, COURT STAFF) (Filed on 3/26/2014) (Entered: 03/26/2014)** |
| 04/07/2014 | 216 | Minute Entry: Settlement Conference held on 4/7/14 before Magistrate Judge Joseph C. Spero. Case settled. Settlement is subject to the approval of the MTA. (Recording #Not Reported.) (klhS, COURT STAFF) (Date Filed: 4/7/2014) (Entered: 04/07/2014) |
| 04/17/2014 | 217 | STIPULATION WITH PROPOSED ORDER VACATING CASE MANAGEMENT CONFERENCE re 211 *Order,* filed by City and County of San Francisco, Elias |

| | | Georgopoulos, Antonio Parra, Amjad Abudiab. (Baumgartner, Margaret) (Filed on 4/17/2014) Modified on 4/18/2014 (jlmS, COURT STAFF). (Entered: 04/17/2014) |
|---|---|---|
| 04/21/2014 | 218 | **ORDER GRANTING AS MODIFIED 217 STIPULATION VACATING CASE MANAGEMENT CONFERENCE. Case Management Statement due by 7/3/2014. Case Management Conference set for 7/11/2014 11:00 AM in Courtroom 5, 2nd Floor, Oakland.. Signed by Judge JEFFREY W. WHITE on 4/18/14. (jjoS, COURT STAFF) (Filed on 4/21/2014) Modified on 4/22/2014 (jlmS, COURT STAFF). (Entered: 04/21/2014)** |
| 04/21/2014 | | Set Deadlines/Hearings: Case Management Conference set for 7/11/2014 11:00 AM in Courtroom 5, 2nd Floor, Oakland. (jlmS, COURT STAFF) (Filed on 4/21/2014) (Entered: 04/22/2014) |
| 07/07/2014 | 219 | JOINT CASE MANAGEMENT STATEMENT (SUBSEQUENT) [L.R. 16-10(d)], filed by City and County of San Francisco, Elias Georgopoulos, Antonio Parra, Amjad Abudiab. (Baumgartner, Margaret) (Filed on 7/7/2014) Modified on 7/8/2014 (jlmS, COURT STAFF). (Entered: 07/07/2014) |
| 07/10/2014 | 220 | STIPULATION WITH PROPOSED ORDER for Dismissal with Prejudice, filed by Amjad Abudiab, City and County of San Francisco, Elias Georgopoulos, Antonio Parra. (May, Joseph) (Filed on 7/10/2014) Modified on 7/11/2014 (jlmS, COURT STAFF). (Entered: 07/10/2014) |
| 07/11/2014 | 221 | **ORDER by Judge Jeffrey S. White GRANTING 220 Stipulation for Dismissal with Prejudice. All parties are to bear their own costs and attorneys' fees. Signed by Judge Jeffrey S. White on 7/11/14. (jjoS, COURT STAFF) (Filed on 7/11/2014) Modified on 7/14/2014 (jlmS, COURT STAFF). (Entered: 07/11/2014)** |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 02/04/2024 21:20:56 | | | |
| **PACER Login:** | reshamkamath2021 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 4:09-cv-01778-JSW |
| **Billable Pages:** | 20 | **Cost:** | 2.00 |

ADRMOP,CLOSED

# U.S. District Court
## California Northern District (Oakland)
## CIVIL DOCKET FOR CASE #: 4:11-cv-05249-YGR

Bassidji v. Ocean Star International Inc. et al
Assigned to: Hon. Yvonne Gonzalez Rogers
Demand: $100,000,000
Cause: 18:1961 Racketeering (RICO) Act

Date Filed: 10/27/2011
Date Terminated: 02/16/2012
Jury Demand: Plaintiff
Nature of Suit: 470 Racketeer/Corrupt
Organization
Jurisdiction: Diversity

**Plaintiff**

**Masoud Bassidji**
represented by **Ali Herischi**
Herischi and Associates LLC
7201 Wisconsin Ave
suite 450
Bethesda, md 20814
301-363-4540
Fax: 301-363-4538
Email: ali.herischi@ibhlaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joshua A. Ridless**
The Law Office of Joshua A. Ridless
244 California Street
Suite 300
San Francisco, CA 94111
415-614-2600
*ATTORNEY TO BE NOTICED*

**Joshua Adam Ridless**
Ridless Law Office
500 Washington Street, Suite 700
San Francisco, CA 94111
415-614-2600
Fax: 415-480-1398
Email: jr@ridlesslaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Ocean Star International Inc.**
represented by **George Wailes, Esq.**
Attorney At Law
177 Bovet Road, Suite 600
San Mateo, CA 94402
(650) 638-2343
Email: george@waileslaw.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**OSI Marine Lab Inc.**                          represented by **George Wailes, Esq.**
                                                 (See above for address)
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*

**Defendant**

**Sanders Brine Shrimp Company LC**              represented by **George Wailes, Esq.**
                                                 (See above for address)
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*

**Defendant**

**Robert Goe**

**Defendant**

**Simon Goe**                                    represented by **George Wailes, Esq.**
                                                 (See above for address)
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*

**Defendant**

**Mark Lamon**                                   represented by **George Wailes, Esq.**
                                                 (See above for address)
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 10/27/2011 | 1 | COMPLAINT against Robert Goe, Simon Goe, Mark Lamon, OSI Marine Lab Inc., Ocean Star International Inc., Sanders Brine Shrimp Company LC ( Filing fee $ 350, receipt number 34611066307.). Filed byMasoud Bassidji. (hdj, COURT STAFF) (Filed on 10/27/2011) (Entered: 10/28/2011) |
| 10/27/2011 | 2 | ADR SCHEDULING ORDER: Case Management Statement due by 2/17/2012. Case Management Conference set for 2/24/2012 01:30 PM. (Attachments: # 1 Standing Order, # 2 Standing Order)(hdj, COURT STAFF) (Filed on 10/27/2011) (Entered: 10/28/2011) |
| 10/27/2011 | 3 | MOTION for leave to appear in Pro Hac Vice-Ali Herischi ( Filing fee $ 275, receipt number 34611066307.) filed by Masoud Bassidji. (hdj, COURT STAFF) (Filed on 10/27/2011) (Entered: 10/28/2011) |
| 10/27/2011 | 4 | Received Document (Proposed) Order re 3 MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 275, receipt number 34611066307.) by Masoud Bassidji. (hdj, COURT STAFF) (Filed on 10/27/2011) (Entered: 10/28/2011) |
| 10/27/2011 | 5 | Summons Issued as to Robert Goe, Simon Goe, Mark Lamon, OSI Marine Lab Inc., Ocean Star International Inc., Sanders Brine Shrimp Company LC. (hdj, COURT STAFF) (Filed on 10/27/2011) (Entered: 10/28/2011) |

| 10/31/2011 | 6 | ORDER SETTING CASE MANAGEMENT CONFERENCE AND REQUIRING JOINT CASE MANAGEMENT CONFERENCE STATEMENT. Signed by Judge Jeffrey S. White on 10/31/11. (jjoS, COURT STAFF) (Filed on 10/31/2011) (Entered: 10/31/2011) |
|---|---|---|
| 10/31/2011 | 7 | ORDER by Judge Jeffrey S. White GRANTING 3 Motion for Pro Hac Vice. (jswlc3, COURT STAFF) (Filed on 10/31/2011) (Entered: 10/31/2011) |
| 11/01/2011 | 8 | CERTIFICATE OF SERVICE by Masoud Bassidji (Attachments: # 1 Certificate/Proof of Service, # 2 Certificate/Proof of Service)(Ridless, Joshua) (Filed on 11/1/2011) (Entered: 11/01/2011) |
| 12/12/2011 | 9 | *** FILED IN ERROR. REFER TO DOCUMENT 12 . *** MOTION to Dismiss filed by Simon Goe, Mark Lamon, OSI Marine Lab Inc., Ocean Star International Inc., Sanders Brine Shrimp Company LC. Motion Hearing set for 3/2/2012 09:00 AM before Hon. Jeffrey S. White. Responses due by 12/27/2011. Replies due by 1/3/2012. (Wailes, W.) (Filed on 12/12/2011) Modified on 12/13/2011 (feriab, COURT STAFF). (Entered: 12/12/2011) |
| 12/12/2011 | 10 | *** FILED IN ERROR. REFER TO DOCUMENT 14 . *** Request for Judicial Notice re 9 MOTION to Dismiss filed bySimon Goe, Mark Lamon, OSI Marine Lab Inc., Ocean Star International Inc., Sanders Brine Shrimp Company LC. (Related document(s) 9 ) (Wailes, W.) (Filed on 12/12/2011) Modified on 12/13/2011 (feriab, COURT STAFF). (Entered: 12/12/2011) |
| 12/12/2011 | 11 | *** FILED IN ERROR. REFER TO DOCUMENT 13 . *** Declaration of Illaria Cominatti in Support of 9 MOTION to Dismiss filed bySimon Goe, Mark Lamon, OSI Marine Lab Inc., Ocean Star International Inc., Sanders Brine Shrimp Company LC. (Related document(s) 9 ) (Wailes, W.) (Filed on 12/12/2011) Modified on 12/13/2011 (feriab, COURT STAFF). (Entered: 12/12/2011) |
| 12/13/2011 | 12 | Amended MOTION to Dismiss filed by Simon Goe, Mark Lamon, OSI Marine Lab Inc., Ocean Star International Inc., Sanders Brine Shrimp Company LC. Motion Hearing set for 3/2/2012 09:00 AM before Hon. Jeffrey S. White. Responses due by 12/27/2011. Replies due by 1/3/2012. (Wailes, W.) (Filed on 12/13/2011) (Entered: 12/13/2011) |
| 12/13/2011 | 13 | Declaration of Illaria Cominatti in Support of 12 Amended MOTION to Dismiss filed bySimon Goe, Mark Lamon, OSI Marine Lab Inc., Ocean Star International Inc., Sanders Brine Shrimp Company LC. (Related document(s) 12 ) (Wailes, W.) (Filed on 12/13/2011) (Entered: 12/13/2011) |
| 12/13/2011 | 14 | Request for Judicial Notice re 12 Amended MOTION to Dismiss filed bySimon Goe, Mark Lamon, OSI Marine Lab Inc., Ocean Star International Inc., Sanders Brine Shrimp Company LC. (Related document(s) 12 ) (Wailes, W.) (Filed on 12/13/2011) (Entered: 12/13/2011) |
| 01/03/2012 | 15 | STIPULATION re 12 Amended MOTION to Dismiss by Masoud Bassidji. (Attachments: # 1 Proposed Order Order)(Herischi, Ali) (Filed on 1/3/2012) (Entered: 01/03/2012) |
| 01/03/2012 | 16 | ORDER GRANTING 15 Stipulation RE: Briefing Schedule on Motion to Dismiss. Signed by Judge Jeffrey S. White on 1/3/12. (jjoS, COURT STAFF) (Filed on 1/3/2012) (Entered: 01/03/2012) |
| 01/17/2012 | 17 | RESPONSE (re 12 Amended MOTION to Dismiss ) filed byMasoud Bassidji. (Attachments: # 1 Supplement Brief in support of the opposition, # 2 Proposed Order, # 3 Affidavit Plaintiff's Affidavit (Exhibit 1), # 4 Certificate/Proof of Service)(Herischi, Ali) (Filed on 1/17/2012) (Entered: 01/17/2012) |

| 01/18/2012 | 18 | ORDER REASSIGNING CASE. Case reassigned to Judge Hon. Yvonne Gonzalez Rogers for all further proceedings. Case Reassigned to Judge Hon. Yvonne Gonzalez Rogers. Judge Hon. Jeffrey S. White no longer assigned to the case. Signed by Judge Yvonne Gonzalez Rogers on 1/18/12. (mcl, COURT STAFF) (Filed on 1/18/2012) (Entered: 01/18/2012) |
|---|---|---|
| 01/18/2012 | 19 | Renotice of Motion Hearing re 12 MOTION to Dismiss filed by Simon Goe, Mark Lamon, OSI Marine Lab Inc., Ocean Star International Inc., Sanders Brine Shrimp Company LC. Motion Hearing set for 3/6/2012 02:00 PM before Hon. Yvonne Gonzalez Rogers. (Wailes, W.) (Filed on 1/18/2012) Modified on 1/19/2012 (kc, COURT STAFF). (Entered: 01/18/2012) |
| 01/18/2012 | | Set/Reset Deadlines as to 12 Amended MOTION to Dismiss. Motion Hearing set for 3/6/2012 02:00 PM before Hon. Yvonne Gonzalez Rogers. (kc, COURT STAFF) (Filed on 1/18/2012) (Entered: 01/19/2012) |
| 01/25/2012 | 20 | JOINT CASE MANAGEMENT STATEMENT, filed by Simon Goe, Mark Lamon, OSI Marine Lab Inc., Ocean Star International Inc., Sanders Brine Shrimp Company LC., Masoud Bassidji (Wailes, W.) (Filed on 1/25/2012) Modified on 1/26/2012 (jlm, COURT STAFF). (Entered: 01/25/2012) |
| 01/31/2012 | 21 | Reply Memornadum re 12 *Motion to Dismiss,* filed by Simon Goe, Mark Lamon, OSI Marine Lab Inc., Ocean Star International Inc., Sanders Brine Shrimp Company LC. (Wailes, W.) (Filed on 1/31/2012) Modified on 2/1/2012 (jlm, COURT STAFF). (Entered: 01/31/2012) |
| 02/09/2012 | 23 | MOTION for leave to appear in Pro Hac Vice for Nicole M. Deforge ( Filing fee $ 305, receipt number 34611070479.) Filing fee previously paid on 02/10/12 filed by Sanders Brine Shrimp Company LC. (Attachments: # 1 Proposed Order)(jlm, COURT STAFF) (Filed on 2/9/2012) (Entered: 02/14/2012) |
| 02/09/2012 | 24 | MOTION for leave to appear in Pro Hac Vice for Scott M. Lilja ( Filing fee $ 305, receipt number 34611070483.) Filing fee previously paid on 02/10/12 filed by Sanders Brine Shrimp Company LC. (Attachments: # 1 Proposed Order)(jlm, COURT STAFF) (Filed on 2/9/2012) (Entered: 02/14/2012) |
| 02/10/2012 | 22 | MOTION to Dismiss, filed by Masoud Bassidji. Responses due by 2/24/2012. Replies due by 3/2/2012. (Attachments: # 1 Proposed Order)(Ridless, Joshua) (Filed on 2/10/2012) Modified on 2/13/2012 (jlm, COURT STAFF). (Entered: 02/10/2012) |
| 02/16/2012 | 25 | ORDER OF DISMISSAL WITHOUT PREJUDICE by Judge Yvonne Gonzalez Rogers granting 22 Motion/Request to Dismiss (fs, COURT STAFF) (Filed on 2/16/2012) (Entered: 02/17/2012) |
| 05/09/2012 | 26 | ORDER AUTHORIZING REFUND OF FEES re 23 Motion for leave to appear in Pro Hac Vice for Nicole M. Deforge, 24 Motion for leave to appear in Pro Hac Vice for Scott M. Lilja. Signed by Judge Yvonne Gonzalez Rogers on 5/9/12. (fs, COURT STAFF) (Filed on 5/9/2012) Modified on 5/10/2012 (jlm, COURT STAFF). (Entered: 05/09/2012) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 02/04/2024 21:16:29 | | |
| **PACER Login:** | reshamkamath2021 | **Client Code:** | |

2/4/24, 9:18 PM                                    CAND-ECF

| Description: | Docket Report | Search Criteria: | 4:11-cv-05249-YGR |
|---|---|---|---|
| Billable Pages: | 4 | Cost: | 0.40 |

ADRMOP,CLOSED,ProSe

# U.S. District Court
## California Northern District (San Francisco)
## CIVIL DOCKET FOR CASE #: 3:12-cv-00789-JSW

Ahmmed v. Bank of America N.A. et al
Assigned to: Hon. Jeffrey S. White
Case in other court:  San Francisco County Superior Court, CGC-12-517422
Cause: 28:1331 Fed. Question

Date Filed: 02/17/2012
Date Terminated: 06/04/2012
Jury Demand: Defendant
Nature of Suit: 220 Real Property: Foreclosure
Jurisdiction: Federal Question

**Plaintiff**

**Mohsin Ahmmed**                    represented by **Mohsin Ahmmed**
425 1st St., Unit 2104
San Francisco, CA 94105
415-314-1715
PRO SE

V.

**Defendant**

**Bank of America N.A.**               represented by **David C. Scott**
San Diego City Attorney
Civil Litigation Division
1200 Third Ave., Suite 1100
San Diego, CA 92101
619-533-5800
Fax: 619-533-5856
Email: DCScott@sandiego.gov *(Inactive)*
*TERMINATED: 02/23/2012*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rachel Suzanne Opatik**
McCarthy and Holthus LLP
1770 Fourth Ave
San Diego, CA 92101
619-685-4800
Email: ropatik@mccarthyholthus.com
*TERMINATED: 02/24/2012*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Victoria Elena Edwards**
Akerman Senterfitt
511 Sixteenth Street
Suite 420
Denver, CO 80202
303-260-7712

Email: victoria.edwards@akerman.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Quality Loan Service Corp.**                 represented by   **Julie Oliva Molteni**
Quality Loan Service Co
2763 Camino Del Rio South
San Diego, CA 92108
619-645-7711
Email: julie.molteni@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/17/2012 | 1 | NOTICE OF REMOVAL from San Francisco Superior Court. Their case number is CGC-12-517422. (Filing fee $350 receipt number 34611070734). Filed byBank of America N.A.. (Attachments: # 1 Civil Cover Sheet)(vlk, COURT STAFF) (Filed on 2/17/2012) (Entered: 02/22/2012) |
| 02/17/2012 | 2 | ADR SCHEDULING ORDER: Case Management Statement due by 5/23/2012. Case Management Conference set for 5/30/2012 01:30 PM. (Attachments: # 1 Standing Order) (vlk, COURT STAFF) (Filed on 2/17/2012) (Entered: 02/22/2012) |
| 02/17/2012 | 3 | Joinder re 1 Notice of Removal by Bank of America N.A.. (vlk, COURT STAFF) (Filed on 2/17/2012) (Entered: 02/22/2012) |
| 02/17/2012 | 4 | Certificate of Interested Entities by Bank of America N.A. (vlk, COURT STAFF) (Filed on 2/17/2012) (Entered: 02/22/2012) |
| 02/17/2012 | 5 | CERTIFICATE OF SERVICE by Bank of America N.A. re 4 Certificate of Interested Entities, 3 Joinder, 1 Notice of Removal, (vlk, COURT STAFF) (Filed on 2/17/2012) (Entered: 02/22/2012) |
| 02/23/2012 | 6 | NOTICE of Substitution of Counsel by Victoria Elena Edwards (Edwards, Victoria) (Filed on 2/23/2012) (Entered: 02/23/2012) |
| 02/24/2012 | 7 | MOTION to Dismiss *Plaintiff's Complaint* filed by Bank of America N.A.. Motion Hearing set for 4/26/2012 11:00 AM in Courtroom 4, 3rd Floor, Oakland before Magistrate Judge Donna M. Ryu. Responses due by 3/9/2012. Replies due by 3/16/2012. (Attachments: # 1 Exhibit Request for Judicial Notice in Support of Motion to Dismiss Plaintiff's Complaint, # 2 Proposed Order)(Edwards, Victoria) (Filed on 2/24/2012) (Entered: 02/24/2012) |
| 02/27/2012 | 8 | CLERKS NOTICE RE: Consent to Jurisdiction of Magistrate Judge (vlk, COURT STAFF) (Filed on 2/27/2012) (Additional attachment(s) added on 2/27/2012: # 1 Certificate/Proof of Service) (vlk, COURT STAFF). (Entered: 02/27/2012) |
| 03/06/2012 | 9 | MOTION for Extension of Time to File Response/Reply as to 7 MOTION to Dismiss *Plaintiff's Complaint* filed by Mohsin Ahmmed. (vlk, COURT STAFF) (Filed on 3/6/2012) (Entered: 03/07/2012) |
| 03/07/2012 | 10 | Declination to Proceed Before a U.S. Magistrate Judge by Mohsin Ahmmed. (vlk, COURT STAFF) (Filed on 3/7/2012) (Entered: 03/08/2012) |
| 03/09/2012 | 11 | CLERK'S NOTICE of Impending Reassignment to U.S. District Judge. (Attachments: # 1 Certificate/Proof of Service) (ls, COURT STAFF) (Filed on 3/9/2012) (Entered: |

| | | |
|---|---|---|
| | | 03/09/2012) |
| 03/09/2012 | 12 | RESPONSE (re 9 MOTION for Extension of Time to File Response/Reply as to 7 MOTION to Dismiss *Plaintiff's Complaint* ) filed byBank of America N.A.. (Attachments: # 1 Declaration of Victoria E. Edwards)(Edwards, Victoria) (Filed on 3/9/2012) (Entered: 03/09/2012) |
| 03/12/2012 | 13 | ORDER REASSIGNING CASE. Case reassigned to Judge Hon. Jeffrey S. White for all further proceedings. Magistrate Judge Donna M. Ryu no longer assigned to the case. Signed by the Executive Committee on March 12, 2012. (Attachments: # 1 Certificate/Proof of Service)(cjl, COURT STAFF) (Filed on 3/12/2012) (Entered: 03/12/2012) |
| 03/13/2012 | 14 | ORDER GRANTING 9 MOTION for Extension of Time to File Response/Reply as to 7 MOTION to Dismiss. Responses due by 4/6/2012. Replies due by 4/20/2012. Motion Hearing set for 5/4/2012 09:00 AM in Courtroom 11, 19th Floor, San Francisco before Hon. Jeffrey S. White.. Signed by Judge Jeffrey S. White on 3/13/12. (jjoS, COURT STAFF) (Filed on 3/13/2012) (Entered: 03/13/2012) |
| 03/13/2012 | 15 | INITIAL SCHEDULING CONFERENCE ORDER: Case Management Conference set for 6/1/2012 01:30 PM in Courtroom 11, 19th Floor, San Francisco. Case Management Statement due by 5/25/2012.. Signed by Judge JEFFREY S. WHITE on 3/13/12. (jjoS, COURT STAFF) (Filed on 3/13/2012) (Entered: 03/13/2012) |
| 03/15/2012 | 16 | NOTICE by Quality Loan Service Corp. *of Nonopposition to Quality's Declaration of Nonmonetary Status* (Attachments: # 1 Exhibit "1", # 2 Proof of Service)(Molteni, Julie) (Filed on 3/15/2012) (Entered: 03/15/2012) |
| 03/15/2012 | 17 | CERTIFICATE OF SERVICE by Mohsin Ahmmed re 15 Initial Scheduling Order, (mjj2, COURT STAFF) (Filed on 3/15/2012) (Entered: 03/16/2012) |
| 03/19/2012 | 18 | REQUEST to Stay 7 Defendant's MOTION to Dismiss Complaint Pending Determination of Motion to Remand by Mohsin Ahmmed. (mjj2, COURT STAFF) (Filed on 3/19/2012) (Entered: 03/19/2012) |
| 03/19/2012 | 19 | MOTION to Remand to State Court and Memorandum of Points and Authorities in Support Thereof filed by Mohsin Ahmmed. Motion Hearing set for 5/11/2012 09:00 AM in Courtroom 11, 19th Floor, San Francisco before Hon. Jeffrey S. White. Responses due by 4/2/2012. Replies due by 4/9/2012. (Attachments: # 1 Proposed Order)(mjj2, COURT STAFF) (Filed on 3/19/2012) (Entered: 03/19/2012) |
| 03/20/2012 | 20 | NOTICE - Opposition by Mohsin Ahmmed to 16 Notice of Non-Opposition. (mjj2S, COURT STAFF) (Filed on 3/20/2012) (Entered: 03/21/2012) |
| 03/22/2012 | 21 | Renotice motion hearing re 19 MOTION to Remand filed by Mohsin Ahmmed. Motion Hearing set for 6/1/2012 09:00 AM in Courtroom 11, 19th Floor, San Francisco before Hon. Jeffrey S. White. (Related document(s) 19 ) (mjj2S, COURT STAFF) (Filed on 3/22/2012) (Entered: 03/22/2012) |
| 03/28/2012 | 22 | RESPONSE (re 19 MOTION to Remand ) filed byBank of America N.A.. (Edwards, Victoria) (Filed on 3/28/2012) (Entered: 03/28/2012) |
| 03/28/2012 | 23 | RESPONSE to re 18 Request by Bank of America N.A.. (Edwards, Victoria) (Filed on 3/28/2012) (Entered: 03/28/2012) |
| 03/30/2012 | 24 | NOTICE - Plaintiff's Opposition to Defendants Response to stay Motion to Dismiss Complaint Pending Determination of Motion on Remand by Mohsin Ahmmed re 18 Request (mjj2S, COURT STAFF) (Filed on 3/30/2012) (Entered: 04/02/2012) |

2/4/24, 9:00 PM

| 03/30/2012 | 25 | REPLY - Plaintiff's Opposition to Bank of American N.A.'s Response to 19 MOTION to Remand filed by Mohsin Ahmmed. (mjj2S, COURT STAFF) (Filed on 3/30/2012) (Entered: 04/02/2012) |
|---|---|---|
| 03/30/2012 | 26 | Declaration of Mohsin Ahmmed in Support of 25 Reply to Opposition/Response filed by Mohsin Ahmmed. (Related document(s) 25 ) (mjj2S, COURT STAFF) (Filed on 3/30/2012) (Entered: 04/02/2012) |
| 04/06/2012 | 27 | RESPONSE (re 7 MOTION to Dismiss *Plaintiff's Complaint* ) filed by Mohsin Ahmmed. (mjj2, COURT STAFF) (Filed on 4/6/2012) (Entered: 04/09/2012) |
| 04/06/2012 | 28 | RESPONSE - Opposition to [7-1] Request for Judicial Notice filed by Mohsin Ahmmed. (mjj2, COURT STAFF) (Filed on 4/6/2012) Modified on 4/9/2012 (mjj2, COURT STAFF). (Entered: 04/09/2012) |
| 04/06/2012 | 29 | Declaration of Mohsin Ahmmed in Support of 28 Opposition/Response to Motion filed by Mohsin Ahmmed. (Related document(s) 28 ) (mjj2, COURT STAFF) (Filed on 4/6/2012) (Entered: 04/09/2012) |
| 04/20/2012 | 30 | REPLY (re 7 MOTION to Dismiss *Plaintiff's Complaint* ) filed by Bank of America N.A.. (Edwards, Victoria) (Filed on 4/20/2012) (Entered: 04/20/2012) |
| 04/20/2012 | 31 | REPLY (re 7 MOTION to Dismiss *Plaintiff's Complaint* ) *and in Support of Request for Judicial Notice in Support of Defendant's Motion to Dismiss* filed by Bank of America N.A.. (Edwards, Victoria) (Filed on 4/20/2012) (Entered: 04/20/2012) |
| 04/27/2012 | 32 | RESPONSE to re 20 Notice (Other) *Reply to Opposition to Notice of Nonopposition to Quality's Declaration of Nonmonetary Status* by Quality Loan Service Corp.. (Attachments: # 1 Exhibit "1", # 2 Proposed Order Granting Quality's Nonmonetary Status, # 3 Proof of Service)(Molteni, Julie) (Filed on 4/27/2012) (Entered: 04/27/2012) |
| 05/03/2012 | 33 | CLERKS NOTICE Continuing Hearing as to 7 MOTION to Dismiss. Motion Hearing set for 6/1/2012 09:00 AM in Courtroom 11, 19th Floor, San Francisco before Hon. Jeffrey S. White. (jjoS, COURT STAFF) (Filed on 5/3/2012) (Entered: 05/03/2012) |
| 05/03/2012 | 34 | Opposition to Request of Quality Loan Service Corporation's Declaration of Nonmonetary Status re 1 Notice of Removal, filed by Mohsin Ahmmed. (Related document(s) 1 ) (hdj, COURT STAFF) (Filed on 5/3/2012) (Entered: 05/08/2012) |
| 05/09/2012 | 36 | CERTIFICATE OF SERVICE by Mohsin Ahmmed re 33 Clerks Notice Continuing Motion Hearing, Set Motion and Deadlines/Hearings (hdj, COURT STAFF) (Filed on 5/9/2012) (Entered: 05/11/2012) |
| 05/11/2012 | 35 | ORDER GRANTING 32 Quality's Declaration of Nonmonetary Status. Signed by Judge Jeffrey S. Whtie on 5/11/12. (jjoS, COURT STAFF) (Filed on 5/11/2012) (Additional attachment(s) added on 5/11/2012: # 1 Certificate of Service) (jjoS, COURT STAFF). (Entered: 05/11/2012) |
| 05/15/2012 | 37 | ADR Clerks Notice re: Non-Compliance with Court Order. (tjs, COURT STAFF) (Filed on 5/15/2012) (Entered: 05/15/2012) |
| 05/17/2012 | 38 | ADR Certification (ADR L.R. 3-5 b) of discussion of ADR options (Edwards, Victoria) (Filed on 5/17/2012) (Entered: 05/17/2012) |
| 05/18/2012 | 39 | Request to Re-Schedule Case Management Conference and Requiring Joint Case Management Conference Statement filed by Mohsin Ahmmed. (hdj, COURT STAFF) (Filed on 5/18/2012) (Entered: 05/21/2012) |
| 05/18/2012 | 40 | Proposed Order re 39 Ex Parte Application by Mohsin Ahmmed. (hdj, COURT STAFF) |

| | | (Filed on 5/18/2012) (Entered: 05/21/2012) |
|---|---|---|
| 05/22/2012 | 41 | RESPONSE (re 39 Ex Parte Application ) *Opposition to Plaintiff's Request to Reschedule Case Management Conference* filed byBank of America N.A.. (Edwards, Victoria) (Filed on 5/22/2012) (Entered: 05/22/2012) |
| 05/22/2012 | 42 | ORDER GRANTING 39 Request to Re-Schedule Case Management Conference. Case Management Statement due by 7/20/2012. Initial Case Management Conference set for 7/27/2012 01:30 PM in Courtroom 11, 19th Floor, San Francisco.. Signed by Judge Jeffrey S. White on 6/22/12. (jjoS, COURT STAFF) (Filed on 5/22/2012) (Entered: 05/22/2012) |
| 05/25/2012 | 43 | ORDER VACATING HEARING ON MOTION TO REMAND AND MOTION TO DISMISS. Signed by Judge Jeffrey S. White on 5/25/12. (jjoS, COURT STAFF) (Filed on 5/25/2012) (Entered: 05/25/2012) |
| 06/04/2012 | 44 | ORDER GRANTING IN PART MOTION TO DISMISS AS TO FEDERAL CLAIMS AND REMANDING MATTER. Signed by Judge JEFFREY S. WHITE on 6/4/12. (jjoS, COURT STAFF) (Filed on 6/4/2012) (Entered: 06/04/2012) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 02/04/2024 21:00:20 | | |
| **PACER Login:** | reshamkamath2021 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 3:12-cv-00789-JSW |
| **Billable Pages:** | 4 | **Cost:** | 0.40 |

CLOSED,ProSe

# U.S. District Court
## California Northern District (San Francisco)
## CIVIL DOCKET FOR CASE #: 3:05-cv-03430-JSW

Mohamed v. Carrier et al
Assigned to: Hon. Jeffrey S. White
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 08/24/2005
Date Terminated: 05/14/2007
Jury Demand: None
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: Federal Question

**Plaintiff**

**Kifa Mohamed**                                    represented by    **Kifa Mohamed**
T45669
CTF P.O. Box 705
Soledad, CA 93960
PRO SE

V.

**Defendant**

**P. Carrier**
*Office Services Supervisor I*

**Defendant**

**P. Dillard**
*Associate Warden*

**Defendant**

**Joe McGrath**
*Warden*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/24/2005 | 1 | COMPLAINT against P. Carrier, P. Dillard, Joe McGrath ( Filing fee $ 250, receipt number ifpp.). Filed byKifa Mohamed. (hdj, COURT STAFF) (Filed on 8/24/2005) (Entered: 08/25/2005) |
| 08/24/2005 | 2 | MOTION for Leave to Proceed in forma pauperis filed by Kifa Mohamed. (hdj, COURT STAFF) (Filed on 8/24/2005) (Entered: 08/25/2005) |
| 08/24/2005 | 3 | CLERK'S NOTICE re completion of In Forma Pauperis affidavit or payment of filing fee due within 30 days. (hdj, COURT STAFF) (Filed on 8/24/2005) (Entered: 08/25/2005) |
| 09/14/2005 | | Received Document Certificate of Funds in Prisoner's Account by Kifa Mohamed. (hdj, COURT STAFF) (Filed on 9/14/2005) (Entered: 09/16/2005) |
| 11/15/2005 | 4 | ORDER DIRECTING PLAINTIFF TO FILE COMPLETE IN FORMA PAUPERIS APPLICATION. Signed by Judge Jeffrey S. White on 11/15/05. (jjo, COURT STAFF) (Filed on 11/15/2005) (Entered: 11/15/2005) |

| 12/16/2005 | 5 | Statement of Prisoner Account filed by Kifa Mohamed. (hdj, COURT STAFF) (Filed on 12/16/2005) (Entered: 12/20/2005) |
|---|---|---|
| 02/13/2006 | 6 | ORDER GRANTING MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS AND DISMISSING COMPLAINT WITH LEAVE TO AMEND. Signed by Judge Jeffrey S. White on 2/13/06. (jjo, COURT STAFF) (Filed on 2/13/2006) (Entered: 02/13/2006) |
| 02/13/2006 | 7 | ORDER Granting Leave to Proceed In Forma Pauperis.Signed by Judge Jeffrey S. White on 2/13/06. (hdj, COURT STAFF) (Filed on 2/13/2006) (Entered: 02/14/2006) |
| 03/14/2006 | 8 | MOTION for Extension of Time to File filed by Kifa Mohamed. (hdj, COURT STAFF) (Filed on 3/14/2006) (Entered: 03/15/2006) |
| 05/15/2006 | 9 | ORDER by Judge Jeffrey S. White GRANTING plaintiff's 8 Motion for Extension of Time to File an Amended Complaint on or before 30 days from the date of this order. (slh, COURT STAFF) (Filed on 5/15/2006) (Entered: 05/17/2006) |
| 05/16/2006 | | Received Document Letter from by Kifa Mohamed. (hdj, COURT STAFF) (Filed on 5/16/2006) (Entered: 05/22/2006) |
| 06/06/2006 | 10 | MOTION for Extension of Time to File Document filed by Kifa Mohamed. (hdj, COURT STAFF) (Filed on 6/6/2006) (Entered: 06/07/2006) |
| 06/12/2006 | 11 | ORDER by Judge Jeffrey S. White granting 10 Motion for Extension of Time to File Amended Complaint. (hdj, COURT STAFF) (Filed on 6/12/2006) (Entered: 06/13/2006) |
| 05/14/2007 | 12 | ORDER OF DISMISSAL. Signed by Judge Jeffrey S. White on 5/14/07. (jjo, COURT STAFF) (Filed on 5/14/2007) (Entered: 05/14/2007) |
| 05/14/2007 | 13 | JUDGMENT. An order of judgment is hereby entered DISMISSING this civil rights action without prejudice for failure to prosecute and comply with the Court's order. Signed by Judge Jeffrey S. White on 5/14/07. (hdj, COURT STAFF) (Filed on 5/14/2007) (Entered: 05/14/2007) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 02/04/2024 21:05:08 | | |
| **PACER Login:** | reshamkamath2021 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 3:05-cv-03430-JSW |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |

No. C 12-02753 JSW

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

# Deutsche Bank Nat'l Trust Co. v. Johal

Decided Jul 19, 2012

No. C 12-02753 JSW

07-19-2012

DEUTSCHE BANK NATIONAL TRUST COMPANY, Plaintiff, v. BALBINDER JOHAL, NANKI JOHAL, and DOES 1-100, Defendants.

JEFFREY WHITE

## ORDER TO SHOW CAUSE RE REMAND

Before the Court is the motion to remand filed by Plaintiff Deutsche Bank National Trust Company and set for hearing on August 3, 2012. The opposition to the motion was due to be filed no later than June 25, 2012. The Court has received no response from Defendants, who are proceeding *pro se*. Accordingly, the Court issues this Order for Defendants to show cause in writing by no later than **July 27, 2012** as to why this case should not be remanded to the Contra Costa Superior Court. Should Defendants fail to comply with this Order, the Court shall remand the case for lack of subject matter jurisdiction.

**IT IS SO ORDERED.**

_____

JEFFREY WHITE

UNITED STATES DISTRICT JUDGE

2    *2

DEUTSCH BANK NATIONAL TRUST COMPANY, Plaintiff,

v.

BALBINDER JOHAL et al, Defendant.

Case Number: CV12-02753 JSW

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. That on July 19, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office. Balbinder Johal 4803 Buckboard Way Richmond, CA 94803 Nanki Johal 4803 Buckboard Way Richmond, CA 94803

Richard W. Wieking, Clerk

By: Jennifer Ottolini, Deputy Clerk



Case No. 19-cv-03979-JST

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

# Hasan v. White

Decided Aug 5, 2019

Case No. 19-cv-03979-JST Case No. 19-cv-04036-JST

08-05-2019

MOHAMMAD HAIDER AGHA HASAN, Plaintiff, v. JEFFREY S WHITE, Defendant.

JON S. TIGAR United States District Judge

## ORDER GRANTING IFP APPLICATIONS AND DISMISSING COMPLAINTS

Re: ECF Nos. 2, 3, 5, 8 Re: ECF Nos. 2, 3, 4, 6

Before the Court are numerous motions filed by pro se Plaintiff Mohammad Haider Agha Hasan in two related cases.[1] In case number 19-cv-03979-JST, Hasan has filed a motion for preliminary injunction, ECF No. 2, motion for leave to proceed in forma pauperis, ECF No. 3, motion for permission for electronic case filing, ECF No. 5, and a motion seeking to disqualify the undersigned judge, ECF No. 8. Hasan has filed similar motions in the second case. *See* No. 19-cv-04036-JST, ECF Nos. 2, 3, 4, 6. The Court will deny the motions to disqualify, grant the motions to proceed in forma pauperis, and dismiss the complaints pursuant to 28 U.S.C. § 1915(e). *2

2

[1] Case Number Case No. 19-cv-04036-JST was initially assigned to Judge William Orrick, who sua sponte referred the case to the undersigned judge for a determination whether the cases were related. No. 19-cv-04036, ECF No. 10. The undersigned issued an order relating the two cases. *Id.*, ECF No. 11.

## I. MOTIONS TO DISQUALIFY

Motions to disqualify a judge fall under two statutory provisions: 28 U.S.C. § 144 and 28 U.S.C. § 455. "Section 144 provides a procedure for a party to recuse a judge," whereas "[s]ection 455 imposes an affirmative duty upon judges to recuse themselves." *Yagman v. Republic Ins.*, 987 F.2d 622, 626 (9th Cir. 1993).

Under section 144, a party seeking recusal must file a timely and sufficient affidavit averring that the judge before whom the matter is pending has a personal bias or prejudice either against the party or in favor of an adverse party, and setting forth the facts and reasons for such belief. *See* 28 U.S.C. § 144. If the affidavit is legally sufficient - i.e., it "state[s] the facts and the reasons for the belief that bias or prejudice exists," 28 U.S.C. § 144, - the judge at whom the motion is directed must refer the motion to another judge for a determination of its merits. *United States v. Sibla*, 624 F.2d 864, 867-68 (9th Cir. 1980). Where the affidavit is not legally sufficient, however, the judge at whom the motion is directed may determine the matter. *Id.*

Section 455 requires a judge to disqualify himself "in any proceeding in which his impartiality might reasonably be questioned," 28 U.S.C. § 455(a), including where the judge "has a personal bias or prejudice concerning a party," *id.* § 455(b)(1). Unlike section 144, section 455 is "directed to the judge, rather than the parties, and is self-enforcing on the part of the judge." *Sibla*, 624 F.2d at 867-68. Section 455 does not provide a procedural mechanism to refer the recusal question to another judge. *Id.*



The substantive test for personal bias or prejudice is identical under section 144 and section 455. *Id.* "Under both statutes, recusal is appropriate where a reasonable person with knowledge of all the facts would conclude that the judge's impartiality might reasonably be questioned." *Yagman*, 987 F.2d at 626 (internal quotation marks and citations omitted). Consequently, an affidavit filed under section 144 will raise a question concerning recusal under section 455 as well. *Sibla*, 642 F.2d at 867.

Although Hasan references only section 455 in his motions, the Court construes them as motions brought under section 144, thus triggering an analysis under both statutory provisions. *3 No. 19-cv-03979-JST, ECF No. 8.[2] The Court does so for two reasons. First, as explained above, section 455 requires a judge to recuse himself on his own initiative and, therefore, does not require a motion. As a party seeking the judge's recusal, Hasan must use the procedure laid out in section 144. Second, section 144 provides for an additional procedural safeguard that is not available under section 455: referral to a second judge to decide the recusal question. In light of Hasan's pro se status, the Court construes the recusal motions as brought under section 144.

> [2] Because Hasan's second motion to disqualify is substantively identical, the Court cites to first motion only. *Compare* no. 19-cv-04036-JST, ECF No. 3.

However, even construing Hasan's motions as the affidavits required by section 144, they fail to establish any basis, under either section 144 or section 455, for a determination that the Court's impartiality might reasonably be questioned herein, and consequently are insufficient as a matter of law. Hasan does not proffer any "facts" or "reasons for the belief that bias or prejudice exists," 28 U.S.C. § 144, but instead asks the Court to consider whether such facts or reasons exist, No. 19-cv-03979-JST, ECF No. 8 at 5, and to disclose any potentially relevant facts in

response in response to a series of interrogatories, *id.* at 23. Accordingly, the affidavits are legally insufficient and do not require referral to another judge for decision.

Reviewing the motions and the record before the Court, it discerns no grounds for recusal under either section 144 or section 455. The Court therefore DENIES the motions for recusal and proceeds to decide the remaining motions in these cases.

## II. APPLICATION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

A court may authorize a plaintiff to prosecute an action in federal court without prepayment of fees or security if the plaintiff submits an affidavit showing that he or she is unable to pay such fees. 28 U.S.C. § 1915(a).

Here, Hasan has submitted the required documentation, and it is evident from his application that his assets and income are insufficient to enable him to pay the filing fees. Accordingly, Hasan's motions to proceed in forma pauperis are GRANTED. No. 19-cv-03979-JST, ECF No. 3; No. 19-cv-04036-JST, ECF No. 4. *4

## III. DISMISSAL

A court is under a continuing duty to dismiss a case whenever it determines that the action "(i) is frivolous or malicious; (ii) fails to state a claim on which relief may be granted; or (iii) seeks monetary relief against a defendant who is immune from such relief." 28 U.S.C. § 1915(e)(2) (B). "[S]ection 1915(e) not only permits but requires a district court to dismiss an in forma pauperis complaint that fails to state a claim." *Lopez v. Smith*, 203 F.3d 1122, 1127 (9th Cir. 2000) (en banc).

In his first case, Hasan asks the Court to stay two actions currently pending before Judge Jeffrey White of this district. ECF No. 1 at 8; *see also In re Hasan*, No. 18-cv-05806-JSW (N.D. Cal.); *Hasan v. California*, No. 18-mc-80163-JSW (N.D.

Cal.). Hasan further requests that the Court order the two cases transferred to another judge; in effect, to disqualify Judge White. ECF No. 1 at 8. Finally, Hasan asks the Court to rule on motions currently pending in those cases. *Id.*

The Court lacks the authority to grant the request relief. The Court cannot stay actions before another judge, nor rule on motions pending in another judge's case.

Hasan's request to disqualify Judge White is also not properly before this Court. As detailed above, a party may seek a judge's recusal in a case by filing a timely and sufficient affidavit pursuant to 28 U.S.C. § 144 *in that case*. It appears that Hasan has already filed a request in his case before Judge White, *In re Hasan*, No. 18-cv-05806-JSW, ECF No. 12, which was denied, *id.*, ECF No. 20. Any relief from that decision must come from a higher court. *See, e.g.*, *Yagman*, 987 F.2d at 626-27 (affirming denial of motion to recuse).

Accordingly, Hasan's complaint in case number 19-cv-03979-JST is DISMISSED. The Court DENIES Hasan's motion for a preliminary injunction, *id.*, ECF No. 2, and motion for permission for electronic case filing, *id.*, ECF No. 5, as moot.

In his second case, Hasan raises similar claims based on Judge White's adjudication of the two pending actions. No. 19-cv-04036-JST, ECF No. 1 at 3-9. Based on these claims, Hasan seeks $10 million in damages. *Id.* at 10.

Judge White is immune from suit on these claims for money damages. *See Mireles v. Waco*, 502 U.S. 9, 9-12 (1991) (per curiam). And, as explained above, Hasan has identified no *5 non-monetary relief that the Court could permissibly issue on these claims.

Accordingly, Hasan's complaint in case number 19-cv-4036-JST is DISMISSED. The Court DENIES Hasan's motion for a preliminary injunction, *id.*, ECF No. 2, and motion for permission for electronic case filing, *id.*, ECF No. 6, as moot.

# CONCLUSION

For the foregoing reasons, the Court dismisses without prejudice Hasan's complaints in the two above-captioned actions.

Hasan may file an amended complaint in either or both actions, not later than thirty days from the date of this order which corrects the deficiencies addressed in this order. Failure to do so, or failure to otherwise comply with this order, will result in dismissal with prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, which means that Hasan will not be allowed to pursue this claim any further.

Hasan may wish to consult the resources for pro se litigants on the Court's website, https://cand.uscourts.gov/pro-se. These materials include the manual, "Representing Yourself in Federal Court: A Handbook for Pro Se Litigants," which can be downloaded at https://cand.uscourts.gov/prosehandbook or obtained free of charge from the Clerk's office.

Hasan may also wish to seek assistance from the free Legal Help Center operated by the Bar Association of San Francisco. The Legal Help Center has two locations: 450 Golden Gate Avenue, 15th Floor, Room 2796, San Francisco, California, and 1301 Clay Street, 4th Floor, Room 470S, Oakland, California. Assistance is provided at both offices by appointment only. Litigants may schedule an appointment by signing up in the appointment book located on the table outside the door of the Center at either location, or by calling the Legal Help Center appointment line at (415) 782-8982.

**IT IS SO ORDERED.** Dated: August 5, 2019

/s/_____

JON S. TIGAR

United States District Judge

casetext
**Part of Thomson Reuters**

No. C 05-3430 JSW (PR), (Docket no. 2)
United States District Court, N.D. California

# Mohammed v. Carrier

Decided Feb 13, 2006

No. C 05-3430 JSW (PR), (Docket no. 2).

February 13, 2006

ORDER GRANTING MOTION FOR
LEAVE TO PROCEED IN FORMA
PAUPERIS AND DISMISSING
COMPLAINT WITH LEAVE TO
AMEND

JEFFREY WHITE, District Judge

## INTRODUCTION

Plaintiff, a prisoner at the Correctional Training Facility at Soledad, has filed a pro se civil rights complaint under 42 U.S.C. § 1983. Plaintiff seeks leave to proceed *in forma pauperis*. This order reviews the claims in Plaintiff's complaint under 28 U.S.C. § 1915A(a).

## STATEMENT OF FACTS

According to the allegations in the complaint, on or about July 15, 2003, Defendants P. Carrier, Office Services Supervisor I, P. Dillard, Associate Warden, and Joe McGrath, Warden, violated Plaintiff's constitutional right of access to the courts because they intentionally, knowingly, and maliciously opened his legal mail on many occasions outside of his presence. He seeks monetary damages.

## ANALYSIS

I. Standard of Review

Federal courts must engage in a preliminary screening of cases in which prisoners seek redress from a governmental entity or officer or employee

of a governmental entity. 28 U.S.C. § 1915A(a). The district court must identify cognizable claims or dismiss the complaint, or any portion of the complaint, if the complaint "is frivolous, malicious, or fails to state a claim upon which relief may be granted," or "seeks monetary relief from a defendant who is immune *2 from such relief." *Id.* § 1915A(b). However, pro se pleadings must be liberally construed. *Balistreri v. Pacifica Police Dep't,* 901 F.2d 696, 699 (9th Cir. 1990).

To state a claim under 42 U.S.C. § 1983, a plaintiff must allege two elements: (1) that a right secured by the Constitution or laws of the United States was violated, and (2) that the alleged violation was committed by a person acting under the color of state law. *West v. Atkins,* 487 U.S. 42, 48 (1988).

II. Legal Claims

Prisoners enjoy a First Amendment right to send and receive mail. *See Witherow v. Paff,* 52 F.3d 264, 265 (9th Cir. 1995) (citing *Thornburgh v. Abbott,* 490 U.S. 401, 407 (1989)). A prison, however, may adopt regulations or practices which impinge on a prisoner's First Amendment rights as long as the regulations are "reasonably related to legitimate penological interests." *See Turner v. Safley,* 482 U.S. 78, 89 (1987). Prison officials may institute procedures for inspecting "legal mail," e.g., mail sent between attorneys and prisoners, *see Wolff v. McDonnell,* 418 U.S. 539, 576-77 (1974) (incoming mail from attorneys), and mail sent from prisoners to the courts, *see Royse v. Superior Court,* 779 F.2d 573, 574-75 (9th Cir. 1986) (outgoing mail to court). But in



some circumstances the opening and inspecting of legal mail outside the presence of the prisoner may have an impermissible chilling effect on the constitutional right to petition the government. *See O'Keefe v. Van Boening,* 82 F.3d 322, 325 (9th Cir. 1996) (citing *Laird v. Tatum,* 408 U.S. 1, 11 (1972)); *but cf. Keenan v. Hall,* 83 F.3d 1083, 1094 (9th Cir. 1996), *amended,* 135 F.3d 1318 (9th Cir. 1998) (prison officials may open and inspect mail to prisoner from courts outside prisoner's presence because mail from courts, as opposed to mail from a prisoner's lawyer, is not legal mail). If so, prison officials must establish that legitimate penological interests justify the policy or practice. *See O'Keefe,* 82 F.3d at 327 (mail policy that allows prison mailroom employees to open and read grievances sent by prisoners to state agencies outside prisoners' presence reasonable means to further legitimate penological interests). *3

3

The deliberate delay of legal mail which adversely affects legal proceedings presents a cognizable claim for denial of access to the courts. *See Jackson v. Procunier,* 789 F.2d 307, 311 (5th Cir. 1986). Isolated incidents of mail interference without any evidence of improper motive or resulting interference with the right to counsel or access to the courts do not give rise to a constitutional violation, however. *See Smith v. Maschner,* 899 F.2d 940, 944 (10th Cir. 1990); *Morgan v. Montanye,* 516 F.2d 1367, 1370-71 (2d Cir. 1975) (no claim where letter from prisoner's attorney opened out of prisoner's presence in single instance), *cert. denied,* 424 U.S. 973 (1976); *Bach v. Illinois,* 504 F.2d at 1102 (isolated incident of mail mishandling insufficient to state claim under § 1983).

Plaintiff's allegations do not state a claim upon which relief may be granted. First, he states that his constitutional rights were violated on or about July 15, 2003, but also states that his mail was opened on "many occasions" outside of his presence. Plaintiff must provide the Court with more specific information about the dates or number of times on which his mail was opened.

Conclusory allegations which cannot be proven at trial cannot state a claim for relief. Because Plaintiff alleges that he exhausted his administrative remedies regarding this claim, he should be able to rely upon his administrative grievances to substantiate the number of incidents.

Plaintiff also has not identified whether incoming or outgoing legal mail was opened, and to and from whom the mail was addressed. Different standards of review could apply depending on this pertinent information. Accordingly, Plaintiff must provide this specific information with respect to each instance of alleged mail tampering.

Finally, Plaintiff has not directly linked any of the named Defendants to his allegations. The failure to do so is fatal to his claims. Unless he can tell the Court exactly how each of these Defendants is personally responsible for the alleged violation of his constitutional rights, the Defendants will not be ordered to respond to the complaint.

For these reasons, Plaintiff's claim against these Defendants is DISMISSED. In accord *4 with *Lopez v. Smith,* 203 F.3d 1122, 1126-27 (9th Cir. 2000) (en banc), Plaintiff will be given the opportunity to amend his complaint to cure the pleading deficiencies which the Court has identified. The failure to do so will result in the dismissal of this action without prejudice.

## CONCLUSION

For the foregoing reasons and for good cause shown,

1. Plaintiff's motion to proceed *in forma pauperis* is GRANTED. (Docket no. 2.)

2. Plaintiff's claims are DISMISSED for failure to state a claim upon which relief may be granted. Within **thirty days** from the date of this order, Plaintiff may file an amended complaint which cures the pleading deficiencies set forth above. The amendment must include the caption and civil case number used in this order and the words "COURT   ORDERED   AMENDMENT   TO

COMPLAINT" on the first page. Failure to amend within the designated time will result in the dismissal of these claims.

3. Plaintiff is advised that an amended complaint supersedes the original complaint. "[A] plaintiff waives all causes of action alleged in the original complaint which are not alleged in the amended complaint." *London v. Coopers Lybrand,* 644 F.2d 811, 814 (9th Cir. 1981). Defendants not named in an amended complaint are no longer defendants. *See Ferdik v. Bonzelet,* 963 F.2d 1258, 1262 (9th Cir.), *cert. denied,* 506 U.S. 915 (1992).

[1]

4. It is Plaintiff's responsibility to prosecute this case. Plaintiff must keep the Court informed of any change of address and must comply with the Court's orders in a timely fashion. Failure to do so may result in the dismissal of this action under Federal Rule of Civil Procedure 41(b).

    IT IS SO ORDERED.

*1

casetext
Part of Thomson Reuters

No. C 03-05604 JSW

United States District Court, N.D. California

# Sheikh v. Chertoff

Decided Feb 16, 2006

No. C 03-05604 JSW.

February 16, 2006

## NOTICE OF TENTATIVE RULING AND QUESTIONS

JEFFREY WHITE, District Judge

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE OF THE FOLLOWING **TENTATIVE** RULING AND QUESTIONS FOR THE HEARING SCHEDULED ON FEBRUARY 17, 2006:

The Court **tentatively RESERVES RULING** on Petitioner Mohamad Safdar Sheikh ("Sheikh")'s petition for writ of habeas corpus. The Court has reviewed the parties' memoranda of points and authorities and, thus, does not wish to hear the parties reargue matters addressed in those pleadings. If the parties intend to rely on authorities not cited in their briefs, they are ORDERED to notify the Court and opposing counsel of these authorities reasonably in advance of the hearing and to make copies available at the hearing. If the parties submit such additional authorities, they are ORDERED to submit the citations to the authorities only, without argument or additional briefing. *Cf.* Civ. L.R. 7-3(d). The parties will be given the opportunity at oral argument to explain their reliance on such authority. *2 Each party will have twenty minutes to address the following questions:

(1) "Habeas corpus jurisdiction has been extended beyond that which the most literal reading of the statute might require . . . to individuals who,

2

though not subject to immediate physical imprisonment, are subject to restraints not shared by the public generally that significantly confine and restrain their freedom." *Miranda v. Reno,* 238 F.3d 1156, 1158-59 (9th Cir. 2001) (citing *Jones v. Cunningham,* 371 U.S. 236, 240, 243 (1963), and *Hensley v. Municipal Court,* 411 U.S. 345, 351 (1973)). In the order granting Sheikh leave to file a habeas petition, the Court concluded that Sheikh is "in custody" for purposes of granting this Court jurisdiction pursuant to 28 U.S.C. § 2241 because he was arrested and then released on bail. Respondents argue that when a petitioner is not physically detained, for immigration habeas petitions the "in custody" concept is limited to petitioners who are subject to final orders of removal. In the cases cited by Respondents, the petitioners were all subject to final orders of removal, and thus, the issue of whether a final order of removal is a necessary condition to the "in custody" determination was not before the courts. On what authority do Petitioners rely to demonstrate that a final order of removal is a threshold requirement to demonstrating the "in custody" requirement for petitioners that are not being physically detained?

(2) How do Respondents respond to Sheikh's argument that exhaustion is not required under *Waziri v. United State Immigration and Naturalization Service,* 392 F.2d 55 (9th Cir. 1968) and *Baria v. Reno,* 94 F.3d 1335 (9th Cir. 1996)?

(3) If the immigration judge grants Sheikh's application for cancellation of removal, would the government appeal?



(4) If Sheikh's application for cancellation of removal is granted and the government does not appeal, Sheikh's residence in the United States between 1988 and 2006 would not be considered towards establishing his five years necessary to apply for naturalization. What court, if any, would be able to review the rescission order at that time

3   and under what procedural posture? *3

(5) Do the parties have anything further to add?

1   **IT IS SO ORDERED.** *1



No. C 03-05604 JSW

United States District Court, N.D. California

# Sheikh v. Chertoff

Decided Feb 23, 2006

No. C 03-05604 JSW.

February 23, 2006

## ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS

JEFFREY WHITE, District Judge

Now before the Court is the petition for writ of habeas corpus filed by Petitioner Mohamad Safdar Sheikh ("Sheikh"). Having carefully considered the parties' arguments, the relevant legal authority, and having had the benefit of oral argument, the Court hereby DISMISSES the petition without prejudice.

## BACKGROUND

Sheikh is challenging the decision by the Board of Immigration Appeals ("BIA") to affirm an Immigration Judge's order rescinding his lawful permanent resident status. Sheikh initially filed a complaint in federal court to reverse the rescission order and argued that this Court had jurisdiction pursuant to the Administrative Procedure Act, 5 U.S.C. § 701 *et. seq.* ("APA"), which provides courts with jurisdiction to review "final agency action for which there is no other adequate remedy in court." 5 U.S.C. § 704. At that time, neither party disputed that the Ninth Circuit would be able to review the rescission order upon its eventual review of a removal order. Thus, the issue before the Court was whether the delay pending the \*2 Ninth Circuit's eventual review meant there was "no other adequate remedy in court." The Court concluded that Sheikh had not demonstrated there

was no adequate remedy because the Ninth Circuit would be able to adjudicate his claim and it had the authority to provide the type of relief sought by the him. The Court therefore dismissed Sheikh's complaint for lack of jurisdiction but granted him leave to file a petition for writ of habeas corpus. Sheikh filed a petition for writ of habeas corpus on November 17, 2005, and the parties have briefed the issues raised by his petition.

## ANALYSIS

To bring a petition for writ of habeas corpus under 28 U.S.C. § 2241, a plaintiff must be "in custody." *Miranda v. Reno,* 238 F.3d 1156, 1158 (9th Cir. 2001); *see also* 28 U.S.C. § 2241(c)(3) ("[t]he writ of habeas corpus shall not extend to a prisoner unless . . . [h]e is in custody in violation of the Constitution or laws or treaties of the United States."). "[T]he `in custody' requirement is jurisdictional." *Williamson v. Gregoire,* 151 F.3d 1180, 1182 (9th Cir. 1998). "Habeas corpus jurisdiction has been extended beyond that which the most literal reading of the statute might require . . . to individuals who, though not subject to immediate physical imprisonment, are subject to restraints not shared by the public generally that significantly confine and restrain their freedom." *Miranda,* 238 F.3d at 1158-59 (citing *Jones v. Cunningham,* 371 U.S. 236, 240, 243 (1963), and *Hensley v. Municipal Court,* 411 U.S. 345, 351 (1973)). In *Jones,* the Supreme Court held that a paroled convict was "in custody" for purposes of a habeas petition. *Jones,* 371 U.S. at 243. In

casetext
Part of Thomson Reuters

1

2

*Hensley,* the Supreme Court held a person released on his own recognizance was "in custody." *Hensley,* 411 U.S. at 351.

In *Williams v. INS,* 795 F.2d 738, 744 n. 3 (9th Cir. 1986), the Ninth Circuit made clear that the Supreme Court's expansion of "custody" in the criminal context applies to habeas petitions in the immigration context. The parties do not dispute this point. What is in dispute is whether Sheikh, who was arrested and released on bail, may be considered "in custody," when he is not yet subject to a final order of removal. While the Ninth Circuit has held that petitioners who were not in physical custody but who were subject to final orders of removal were "in custody" for habeas purposes, that court has not held explicitly that a final order of *3 removal is a necessary condition to the "in custody" determination. *See Nakaranurack v. United States,* 68 F.3d 290, 293 (9th Cir. 1995); *see also Williams,* 795 F.2d at 740-41. However, because the Ninth Circuit only has found the "in custody" requirement satisfied when a petitioner has been subject to a final order of removal, Respondents argue that an order determining that Sheikh is "in custody" would be an unwarranted extension of the law. Based on the reasoning in *Miranda,* in which the Court held that individuals who are not physically imprisoned but who are subject to restraints, not shared by the public generally, that significantly confine and restrain their freedom, are considered "in custody," *see Miranda,* 238 F.3d at 1158-59, there is no justification for finding that Sheikh is not "in custody" for purposes of habeas jurisdiction. Nevertheless, the Court finds that Sheikh's petition should be dismissed for another reason — Sheikh's failure to exhaust.

As a prudential matter, the Ninth Circuit requires habeas petitioners to "exhaust available judicial and administrative remedies before seeking relief under § 2241." *Castro-Cortez v. INS,* 239 F.3d 1037, 1047 (9th Cir. 2001). In this case, the Ninth Circuit will be able to review the rescission order if and when: (1) a removal is entered against

Sheikh, and (2) he appeals the removal order. *See Baria v. Reno,* 94 F.3d 1335, 1338 (9th Cir. 1996) (holding that where a petitioner faces deportation based on an underlying order rescinding the petitioner's legal status "[t]he interdependency of the two orders requires that the [court's] power of review extend to the order rescinding an adjustment of status.") (internal quotations and citation omitted).

When the Court ruled on the parties' cross-motions for summary judgment on Sheikh's complaint under the APA, Sheikh did not dispute that the Ninth Circuit would eventually be able to review the rescission order. However, Sheikh has filed an application for cancellation of removal. If his application is granted, and the government does not appeal that ruling, the Ninth Circuit will not be able to review the orders relating to the removal proceedings and the underlying rescission order. Although Sheikh would receive legal status if his application for cancellation is granted, he would suffer adverse consequences because the time from which he is considered a legal resident will begin running from the grant of his application rather tha the *4 initial grant of his legal status in 1988. Sheikh argues that he would have to wait an additional five years to apply for naturalization, and he could not file a petition on behalf of his adult son living in England until he is naturalized. However, if Sheikh's application for removal is granted and not appealed, precluding the Ninth Circuit from reviewing the rescission order, Sheikh would then be able to demonstrate jurisdiction in this Court based on Section 704 of the APA. At that point, there would be a "final agency action for which there is no other adequate remedy in court." 5 U.S.C. § 704.[1] Unfortunately, it is not yet clear whether the Ninth Circuit will or will not be able to review the rescission order. In the event that the Ninth Circuit does review the rescission order, this Court should refrain from adjudicating the merits of Sheikh's habeas petition because Sheikh has not yet exhausted his judicial remedies. Under these circumstances, the Court



finds that the habeas petition should be dismissed for failure to exhaust. If, Shiekh's application for cancellation is granted and the government does not appeal, Sheikh may file an amended complaint at that time pursuant to the APA.

1    In response to a question from the Court at the hearing on Sheikh's petition, Respondents represented that this Court would have jurisdiction under the APA to review the rescission order if his application for cancellation of removal is granted and the government does not appeal.

## CONCLUSION

For the foregoing reasons, the Court DISMISSES the habeas petition. This ruling is without prejudice to Sheikh filing an amended complaint under the APA if his application for cancellation is granted and the government declines to appeal.

## IT IS SO ORDERED.

1    *1



casetext
**Part of Thomson Reuters**

No. C 03-05604 JSW

United States District Court, N.D. California

# Sheikh v. Chertoff

Decided Feb 16, 2006

No. C 03-05604 JSW.

February 16, 2006

## NOTICE OF TENTATIVE RULING AND QUESTIONS

JEFFREY WHITE, District Judge

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE OF THE FOLLOWING **TENTATIVE** RULING AND QUESTIONS FOR THE HEARING SCHEDULED ON FEBRUARY 17, 2006:

The Court **tentatively RESERVES RULING** on Petitioner Mohamad Safdar Sheikh ("Sheikh")'s petition for writ of habeas corpus. The Court has reviewed the parties' memoranda of points and authorities and, thus, does not wish to hear the parties reargue matters addressed in those pleadings. If the parties intend to rely on authorities not cited in their briefs, they are ORDERED to notify the Court and opposing counsel of these authorities reasonably in advance of the hearing and to make copies available at the hearing. If the parties submit such additional authorities, they are ORDERED to submit the citations to the authorities only, without argument or additional briefing. *Cf.* Civ. L.R. 7-3(d). The parties will be given the opportunity at oral argument to explain their reliance on such authority. *2 Each party will have twenty minutes to address the following questions:

(1) "Habeas corpus jurisdiction has been extended beyond that which the most literal reading of the statute might require . . . to individuals who,

2

though not subject to immediate physical imprisonment, are subject to restraints not shared by the public generally that significantly confine and restrain their freedom." *Miranda v. Reno,* 238 F.3d 1156, 1158-59 (9th Cir. 2001) (citing *Jones v. Cunningham,* 371 U.S. 236, 240, 243 (1963), and *Hensley v. Municipal Court,* 411 U.S. 345, 351 (1973)). In the order granting Sheikh leave to file a habeas petition, the Court concluded that Sheikh is "in custody" for purposes of granting this Court jurisdiction pursuant to 28 U.S.C. § 2241 because he was arrested and then released on bail. Respondents argue that when a petitioner is not physically detained, for immigration habeas petitions the "in custody" concept is limited to petitioners who are subject to final orders of removal. In the cases cited by Respondents, the petitioners were all subject to final orders of removal, and thus, the issue of whether a final order of removal is a necessary condition to the "in custody" determination was not before the courts. On what authority do Petitioners rely to demonstrate that a final order of removal is a threshold requirement to demonstrating the "in custody" requirement for petitioners that are not being physically detained?

(2) How do Respondents respond to Sheikh's argument that exhaustion is not required under *Waziri v. United State Immigration and Naturalization Service,* 392 F.2d 55 (9th Cir. 1968) and *Baria v. Reno,* 94 F.3d 1335 (9th Cir. 1996)?

(3) If the immigration judge grants Sheikh's application for cancellation of removal, would the government appeal?



(4) If Sheikh's application for cancellation of removal is granted and the government does not appeal, Sheikh's residence in the United States between 1988 and 2006 would not be considered towards establishing his five years necessary to apply for naturalization. What court, if any, would be able to review the rescission order at that time and under what procedural posture? *3

3

(5) Do the parties have anything further to add?

1

**IT IS SO ORDERED.** *1



CASE NO. CV-09:5301 JSW

United States District Court, N.D. California, San Francisco Division

# Zynga Game Network Inc. v. Suhail

Decided May 18, 2010

CASE NO. CV-09:5301 JSW.

May 18, 2010

Larry W. McFarland (Bar No. 129668), Dennis L. Wilson (Bar No. 155407), David K. Caplan (Bar No. 181174), Christopher T. Varas (Bar No. 257080), KEATS McFARLAND WILSON LLP, Beverly Hills, California, Attorneys for Plaintiff, ZYNGA GAME NETWORK INC.

## [ ~~PROPOSED~~ ] ORDER GRANTING ZYNGA'S MOTION TO CONTINUE OR VACATE CASE MANAGEMENT CONFERENCE

JEFFREY WHITE, District JudgePage 1

THE COURT, having considered Plaintiff Zynga Game Network Inc.'s ("Zynga's") motion to continue or strike the Case Management Conference currently scheduled for May 28, 2010, and having reviewed the supporting declaration of Christopher Varas and the other pleadings on file in this case, and finding good cause, hereby GRANTS Zynga's motion.

It is hereby ORDERED that the Case Management Conference in this matter shall be:

X  August 13, 2010 at 1:30 p.m. If Plaintiff files a mot

_____ Vacated. Continued until ion for default judgment before that date, the case management conference shall be vacated without further order of the Court. IT IS SO ORDERED

## PROOF OF SERVICE _Zynga Game Network Inc. v. Ahmed Suhail, d/b/a CHIPSSTORE.COM_ U.S.D.C., Northern District of California Case No. CV 09-05301 JSW

I, the undersigned, say: I am and was at all times herein mentioned a resident of the County of Los Angeles, over the age of eighteen (18) years and not a party to the within action or proceeding. My business address is 9720 Wilshire Boulevard, Penthouse Suite, Beverly Hills, California 90212, and I am employed in the office of Keats McFarland Wilson LLP, by a member of the Bar of this Court, at whose direction the service mentioned herein below was made.

On May 17, 2010, pursuant to the Court's Order Granting Motion to Serve Defendant by Electronic Mail (Doc. 21) filed April 6, 2010, I served the document(s) listed below entitled:

1. **MOTION TO CONTINUE OR VACATE CASE MANAGEMENT CONFERENCE; AND MEMORANDUM OF POINTS AND AUTHORITIES;**

2. **[PROPOSED] ORDER GRANTING ZYNGA'S MOTION TO CONTINUE OR VACATE CASE MANAGEMENT CONFERENCE;**

3. **DECLARATION OF CHRISTOPHER VARAS IN SUPPORT OF ZYNGA'S MOTION TO CONTINUE OR VACATE CASE MANAGEMENT CONFERENCE;**


casetext
Part of Thomson Reuters

upon defendant Ahmed Suhail at the following e-mail addresses:

> atsuhail@gmail.com;
> chipsstore@live.com;
>
> chipsstore.contact@yahoo.com;
> gimarco4012@hush.com

BY PDF ELECTRONIC MAIL: On May 17, 2010, from my computer I simultaneously transmitted to the named defendant in this case via electronic mail sent to the electronic addresses above a copy (in pdf form) of each of the foregoing document(s).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 17, 2010, at Beverly Hills, California.

casetext
Part of Thomson Reuters

ADRMOP,STAYED

# U.S. District Court
## California Northern District (Oakland)
## CIVIL DOCKET FOR CASE #: 4:22-cv-04829-JSW

Aggarwal v. Coinbase, Inc. et al                          Date Filed: 08/23/2022
Assigned to: Judge Jeffrey S. White                       Jury Demand: Plaintiff
Cause: 28:1331 Fed. Question                               Nature of Suit: 370 Other Fraud
                                                          Jurisdiction: Federal Question

**Plaintiff**

**Manish Aggarwal**                 represented by   **Jonas Noah Hagey**
                                                    BraunHagey & Borden LLP
                                                    351 California Street, 10th Floor
                                                    San Francisco, CA 94104
                                                    (415) 599-0210
                                                    Fax: (415) 276-1808
                                                    Email: hagey@braunhagey.com
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **J. Tobias Rowe**
                                                    BraunHagey & Borden LLP
                                                    351 California Street, 10th Floor
                                                    San Francisco, CA 94104
                                                    (415) 599-0210
                                                    Fax: (415) 599-0210
                                                    Email: rowe@braunhagey.com
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Jonathan G. Kortmansky , Esq.**
                                                    BraunHagey & Borden LLP
                                                    118 West 22nd Street
                                                    12th Floor
                                                    10011
                                                    New York, NY 10011
                                                    646-829-9403
                                                    Email: kortmansky@braunhagey.com
                                                    *PRO HAC VICE*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Matthew Borden**
                                                    Braunt Hagey & Borden LLP
                                                    351 California Street, 10th Floor
                                                    San Francisco, CA 94104
                                                    (415)599-0210
                                                    Fax: (415)276-1808
                                                    Email: borden@braunhagey.com
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Matthew Brooks Borden**

BraunHagey & Borden, LLP
351 California Street, 10th Floor
San Francisco, CA 94104
4155990212
Email: borden@braunhagey.com
*ATTORNEY TO BE NOTICED*

**Ronald James Fisher**
BraunHagey & Borden LLP
351 California Street, 10th Floor
San Francisco, CA 94123
(415) 599-0210
Fax: (415) 276-1808
Email: fisher@braunhagey.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Mostafa El Bermawy**<br>*on behalf of themselves and all others*<br>*similarly situated* | represented by | **Matthew Brooks Borden**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Ronald James Fisher**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Jonas Noah Hagey**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **Coinbase, Inc.** | represented by | **William Fred Norton , Jr.**<br>The Norton Law Firm<br>299 Third Street, Suite 200<br>Oakland, CA 94607<br>(510) 906-4900<br>Fax: (510) 906-4910<br>Email: fnorton@nortonlaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Bree Hann**<br>The Norton Law Firm PC<br>299 Third Street, Suite 200<br>Oakland, CA 94607-4390<br>(510) 906-4907<br>Fax: (510) 906-4910<br>Email: bhann@nortonlaw.com<br>*ATTORNEY TO BE NOTICED* |
| | | **Celine Georges Purcell**<br>The Norton Law Firm PC |

299 3rd Street
Suite 200
Oakland, CA 94607
510-906-4908
Email: cpurcell@nortonlaw.com
*ATTORNEY TO BE NOTICED*

**Emily C Kirk**
The Norton Law Firm PC
299 Third Street
Suite 200
Oakland, CA 94607
510-992-4610
Email: ekirk@nortonlaw.com
*ATTORNEY TO BE NOTICED*

**Gilbert Gordon Walton**
The Norton Law Firm
299 Third Street
Suite 200
Oakland, CA 94607
510-906-4900
Email: gwalton@nortonlaw.com
*ATTORNEY TO BE NOTICED*

**Josephine Kendra Petrick**
The Norton Law Firm
299 Third Street
Suite 200
Oakland, CA 94607
510-301-7811
Email: jpetrick@nortonlaw.com
*ATTORNEY TO BE NOTICED*

**Nathan Loy Walker**
The Norton Law Firm
299 Third Street
Suite 200
Oakland, CA 94607
United Sta
5109064900
Email: nwalker@nortonlaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Coinbase Global, Inc.**                 represented by **William Fred Norton , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bree Hann**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Celine Georges Purcell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Emily C Kirk**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gilbert Gordon Walton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Josephine Kendra Petrick**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nathan Loy Walker**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/23/2022 | 1 | COMPLAINT against All Defendants ( Filing fee $ 402, receipt number ACANDC-17469091.). Filed byManish Aggarwal. (Attachments: # 1 Civil Cover Sheet)(Hagey, Jonas) (Filed on 8/23/2022) (Entered: 08/23/2022) |
| 08/23/2022 | 2 | Proposed Summons. (Hagey, Jonas) (Filed on 8/23/2022) (Entered: 08/23/2022) |
| 08/23/2022 | 3 | Certificate of Interested Entities by Manish Aggarwal (Hagey, Jonas) (Filed on 8/23/2022) (Entered: 08/23/2022) |
| 08/23/2022 | 4 | Case assigned to Magistrate Judge Donna M. Ryu. Counsel for plaintiff or the removing party is responsible for serving the Complaint or Notice of Removal, Summons and the assigned judge's standing orders and all other new case documents upon the opposing parties. For information, visit *E-Filing A New Civil Case* at http://cand.uscourts.gov/ecf/caseopening. Standing orders can be downloaded from the court's web page at www.cand.uscourts.gov/judges. Upon receipt, the summons will be issued and returned electronically. A scheduling order will be sent by Notice of Electronic Filing (NEF) within two business days. Consent/Declination due by 9/6/2022. (jlg, COURT STAFF) (Filed on 8/23/2022) (Entered: 08/23/2022) |
| 08/24/2022 | | Electronic filing error. **Filer is reminded only one original summons will be issued. In the future, if a separate summons is needed for each defendant, only 1 defendant should be named in the summons form.** Re: 2 Proposed Summons filed by Manish Aggarwal. (mcl, COURT STAFF) (Filed on 8/24/2022) (Entered: 08/24/2022) |
| 08/24/2022 | 5 | Summons Issued as to Coinbase Global, Inc., Coinbase, Inc. (mcl, COURT STAFF) (Filed on 8/24/2022) (Entered: 08/24/2022) |
| 08/24/2022 | 6 | **Initial Case Management Scheduling Order with ADR Deadlines: Case Management Statement due by 11/23/2022. Initial Case Management Conference set for 11/30/2022 01:30 PM. (mcl, COURT STAFF) (Filed on 8/24/2022) (Entered: 08/24/2022)** |

| 08/24/2022 | 7 | CONSENT/DECLINATION to Proceed Before a US Magistrate Judge by Manish Aggarwal.. (Hagey, Jonas) (Filed on 8/24/2022) (Entered: 08/24/2022) |
|---|---|---|
| 08/25/2022 | 8 | CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A U.S. DISTRICT COURT JUDGE: The Clerk of this Court will now randomly reassign this case to a District Judge because either (1) a party has not consented to the jurisdiction of a Magistrate Judge, or (2) time is of the essence in deciding a pending judicial action for which the necessary consents to Magistrate Judge jurisdiction have not been secured. You will be informed by separate notice of the district judge to whom this case is reassigned.<br><br>ALL HEARING DATES PRESENTLY SCHEDULED BEFORE THE CURRENT MAGISTRATE JUDGE ARE VACATED AND SHOULD BE RE-NOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THIS CASE IS REASSIGNED.<br><br>*This is a text only docket entry; there is no document associated with this notice.* (bns, COURT STAFF) (Filed on 8/25/2022) (Entered: 08/25/2022) |
| 08/26/2022 | 9 | **ORDER REASSIGNING CASE. Case reassigned using a proportionate, random, and blind system pursuant to General Order No. 44 to Judge Jeffrey S. White for all further proceedings. Magistrate Judge Donna M. Ryu no longer assigned to case. Notice: The assigned judge participates in the Cameras in the Courtroom Pilot Project. See General Order No. 65 and http://cand.uscourts.gov/cameras. Signed by The Clerk on 08/26/2022. (Attachments: # 1 Notice of Eligibility for Video Recording) (jrs, COURT STAFF) (Filed on 8/26/2022) (Entered: 08/26/2022)** |
| 08/29/2022 | 10 | **ORDER SETTING CASE MANAGEMENT CONFERENCE AND REQUIRING JOINT CASE MANAGEMENT CONFERENCE STATEMENT. Signed by Judge Jeffrey S. White on August 29, 2022. Joint Case Management Statement due by 11/25/2022. Initial Case Management Conference set for 12/2/2022 11:00 AM in Oakland, - Videoconference Only. This proceeding will be held via a Zoom webinar.**<br><br>**Webinar Access: All counsel, members of the public, and media may access the webinar information at https://www.cand.uscourts.gov/jsw**<br><br>**Court Appearances: Advanced notice is required of counsel or parties who wish to be identified by the court as making an appearance or will be participating in the arg ument at the hearing. One list of names of all counsel appearing for all parties must be sent in one email to the CRD at jswcrd@cand.uscourts.gov no later than December 1, 2022 at 12:00 PM PST.**<br><br>**General Order 58. Persons granted access to court proceedings held by telephone or videoconference are reminded that photographing, recording, and rebroadcasting of court proceedings, including screenshots or other visual copying of a hearing, is absolutely prohibited.**<br><br>**Zoom Guidance and Setup: https://www.cand.uscourts.gov/zoom/.**<br><br>**(dts, COURT STAFF) (Filed on 8/29/2022) (Entered: 08/29/2022)** |
| 09/12/2022 | 11 | WAIVER OF SERVICE Returned Executed filed by Manish Aggarwal. Service waived by All Defendants. (Hagey, Jonas) (Filed on 9/12/2022) (Entered: 09/12/2022) |
| 09/12/2022 | 12 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 317, receipt number ACANDC-17526236.) filed by Manish Aggarwal. (Attachments: # 1 Certificate of Good Standing)(Kortmansky, Jonathan) (Filed on 9/12/2022) (Entered: 09/12/2022) |

| 09/12/2022 | 13 | **ORDER by Judge Jeffrey S. White Granting 12 APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE as to Jonathan G. Kortmansky. (dts, COURT STAFF) (Filed on 9/12/2022) (Entered: 09/12/2022)** |
|---|---|---|
| 09/29/2022 | 14 | AMENDED COMPLAINT against All Defendants. Filed byManish Aggarwal, Mostafa El Bermawy. (Hagey, Jonas) (Filed on 9/29/2022) (Entered: 09/29/2022) |
| 10/18/2022 | 15 | NOTICE of Appearance by William Fred Norton, Jr (Norton, William) (Filed on 10/18/2022) (Entered: 10/18/2022) |
| 10/18/2022 | 16 | NOTICE of Appearance by Bree Hann (Hann, Bree) (Filed on 10/18/2022) (Entered: 10/18/2022) |
| 10/18/2022 | 17 | NOTICE of Appearance by Nathan Loy Walker (Walker, Nathan) (Filed on 10/18/2022) (Entered: 10/18/2022) |
| 10/18/2022 | 18 | NOTICE of Appearance by Gilbert Gordon Walton (Walton, Gilbert) (Filed on 10/18/2022) (Entered: 10/18/2022) |
| 10/24/2022 | 19 | Rule 7.1 Disclosures by Coinbase Global, Inc., Coinbase, Inc. identifying Corporate Parent Coinbase Global, Inc. for Coinbase, Inc.. (Norton, William) (Filed on 10/24/2022) (Entered: 10/24/2022) |
| 10/25/2022 | 20 | STIPULATION *to Extend Time to Respond to Complaint* filed by Coinbase Global, Inc., Coinbase, Inc.. (Hann, Bree) (Filed on 10/25/2022) (Entered: 10/25/2022) |
| 11/21/2022 | 21 | MOTION to Compel *Arbitration and Stay Proceedings; Memorandum of Points and Authorities In Support Thereof* filed by Coinbase Global, Inc., Coinbase, Inc.. Motion Hearing set for 1/13/2023 09:00 AM in Oakland, Courtroom 5, 2nd Floor before Judge Jeffrey S. White. Responses due by 12/5/2022. Replies due by 12/12/2022. (Attachments: # 1 Declaration of Suellen Black In Support of Defendants Coinbase Global, Inc. and Coinbase, Inc.'s Motion to Compel Arbitration and Stay Proceedings, # 2 Declaration of Hamzah Zia In Support of Defendants Coinbase Global, Inc. and Coinbase, Inc.'s Motion to Compel Arbitration and Stay Proceedings, # 3 Declaration of Gilbert Walton In Support of Defendants Coinbase Global, Inc. and Coinbase, Inc.'s Motion to Compel Arbitration and Stay Proceedings, # 4 Proposed Order)(Norton, William) (Filed on 11/21/2022) (Entered: 11/21/2022) |
| 11/22/2022 | 22 | STIPULATION WITH PROPOSED ORDER *to Continue and Reschedule Initial Case Management Conference and to Set Briefing Schedule* filed by Manish Aggarwal, Mostafa El Bermawy. (Fisher, Ronald) (Filed on 11/22/2022) (Entered: 11/22/2022) |
| 11/23/2022 | 23 | **STIPULATION TO CONTINUE AND RESCHEDULE INITIAL CASE MANAGEMENT CONFERENCE AND TO SET BRIEFING SCHEDULE AND ORDER by Judge Jeffrey S. White granting 22 Stipulation. (kc, COURT STAFF) (Filed on 11/23/2022) (Entered: 11/23/2022)** |
| 11/23/2022 |  | Reset Deadlines and Hearing as to 21 MOTION to Compel Arbitration and Stay Proceedings. Opposition due by 1/6/2023. Reply due by 1/27/2023. Motion Hearing set for 2/17/2023 at 09:00 AM in Oakland, Courtroom 5, 2nd Floor before Judge Jeffrey S. White. (kc, COURT STAFF) (Filed on 11/23/2022) (Entered: 11/23/2022) |
| 01/06/2023 | 24 | OPPOSITION/RESPONSE (re 21 MOTION to Compel Arbitration and Stay Proceedings ) filed byManish Aggarwal, Mostafa El Bermawy. (Borden, Matthew) (Filed on 1/6/2023) (Entered: 01/06/2023) |
| 01/06/2023 | 25 | Declaration of Matthew Borden in Support of 24 Opposition/Response to Motion *by Matthew Borden* filed byManish Aggarwal, Mostafa El Bermawy. (Attachments: # 1 |

| | | |
|---|---|---|
| | | Exhibit A, # 2 Exhibit B)(Related document(s) 24 ) (Borden, Matthew) (Filed on 1/6/2023) Modified on 1/9/2023 (mcl, COURT STAFF). (Entered: 01/06/2023) |
| 01/06/2023 | 26 | Declaration of Manish Aggarwal in Support of 24 Opposition/Response to Motion *by Manish Aggarwal* filed by Manish Aggarwal, Mostafa El Bermawy. (Related document(s) 24 ) (Borden, Matthew) (Filed on 1/6/2023) Modified on 1/9/2023 (mcl, COURT STAFF). (Entered: 01/06/2023) |
| 01/06/2023 | 27 | Declaration of Mostafa El Bermawy in Support of 24 Opposition/Response to Motion filed byManish Aggarwal, Mostafa El Bermawy. (Related document(s) 24 ) (Borden, Matthew) (Filed on 1/6/2023) (Entered: 01/06/2023) |
| 01/27/2023 | 28 | NOTICE of Appearance by Josephine Kendra Petrick (Petrick, Josephine) (Filed on 1/27/2023) (Entered: 01/27/2023) |
| 01/27/2023 | 29 | NOTICE of Appearance by Celine Georges Purcell (Purcell, Celine) (Filed on 1/27/2023) (Entered: 01/27/2023) |
| 01/27/2023 | 30 | REPLY (re 21 MOTION to Compel Arbitration and Stay Proceedings ) filed byCoinbase Global, Inc., Coinbase, Inc.. (Attachments: # 1 Declaration of Christopher Diep In Support of Defendants Coinbase Global, Inc. and Coinbase, Inc.'s Motion to Compel Arbitration and Stay Proceedings, # 2 Declaration (Supplemental) of Suellen Black In Support of Defendants Coinbase Global, Inc. and Coinbase, Inc.'s Motion to Compel Arbitration and Stay Proceedings, # 3 Declaration of Nathan Walker In Support of Defendants Coinbase Global, Inc. and Coinbase, Inc.'s Motion to Compel Arbitration and Stay Proceedings) (Norton, William) (Filed on 1/27/2023) (Entered: 01/27/2023) |
| 01/27/2023 | 31 | Request for Judicial Notice re 30 Reply to Opposition/Response,, filed byCoinbase Global, Inc., Coinbase, Inc.. (Related document(s) 30 ) (Norton, William) (Filed on 1/27/2023) (Entered: 01/27/2023) |
| 02/06/2023 | 32 | Statement *of Recent Decision* by Coinbase Global, Inc., Coinbase, Inc.. (Walker, Nathan) (Filed on 2/6/2023) (Entered: 02/06/2023) |
| 02/09/2023 | 33 | NOTICE of Pendency of Other Action Per Civil Local Rule 3-13 by Coinbase Global, Inc., Coinbase, Inc. (Hann, Bree) (Filed on 2/9/2023) Modified on 2/10/2023 (kkp, COURT STAFF). (Entered: 02/09/2023) |
| 02/10/2023 | 34 | ADR Certification (ADR L.R. 3-5 b) of discussion of ADR options (Norton, William) (Filed on 2/10/2023) (Entered: 02/10/2023) |
| 02/10/2023 | 35 | ADMINISTRATIVE MOTION for Leave to File Surreply re 30 Reply to Opposition/Response,, filed by Manish Aggarwal, Mostafa El Bermawy. Responses due by 2/14/2023. (Attachments: # 1 Declaration of Matthew Borden, # 2 Exhibit A (Proposed Surreply), # 3 Proposed Order)(Borden, Matthew) (Filed on 2/10/2023) (Entered: 02/10/2023) |
| 02/10/2023 | 36 | JOINT CASE MANAGEMENT STATEMENT filed by Coinbase Global, Inc., Coinbase, Inc.. (Hann, Bree) (Filed on 2/10/2023) (Entered: 02/10/2023) |
| 02/13/2023 | 37 | CLERK'S NOTICE VACATING MOTION HEARING AND CASE MANAGEMENT CONFERENCE. YOU ARE HEREBY NOTIFIED that the hearing on the Motion to Compel Arbitration and Stay Proceedings and the Case Management Conference set for February 17, 2023 at 9:00 a.m., is VACATED. The Court will issue a written decision on the papers. *(This is a text-only entry generated by the court. There is no document associated with this entry.)* (kkp, COURT STAFF) (Filed on 2/13/2023) Modified on 2/13/2023 (kkp, COURT STAFF). (Entered: 02/13/2023) |

| 02/14/2023 | [38](#) | OPPOSITION/RESPONSE (re [35](#) ADMINISTRATIVE MOTION for Leave to File Surreply re [30](#) Reply to Opposition/Response,, ) filed byCoinbase Global, Inc., Coinbase, Inc.. (Attachments: # [1](#) Declaration of Bree Hann In Support of Defendants' Opposition to Administrative Motion)(Hann, Bree) (Filed on 2/14/2023) (Entered: 02/14/2023) |
| 02/23/2023 | [39](#) | RESPONSE re [33](#) Notice (Other) *in Opposition to Notice of Pendency of Other Action* by Manish Aggarwal, Mostafa El Bermawy. (Borden, Matthew) (Filed on 2/23/2023) (Entered: 02/23/2023) |
| 02/24/2023 | [40](#) | ADR Certification (ADR L.R. 3-5 b) of discussion of ADR options (Borden, Matthew) (Filed on 2/24/2023) (Entered: 02/24/2023) |
| 03/03/2023 | [41](#) | RESPONSE re [33](#) Notice (Other) *in Opposition to Notice of Pendency of Other Action (Amended)* by Manish Aggarwal, Mostafa El Bermawy. (Borden, Matthew) (Filed on 3/3/2023) (Entered: 03/03/2023) |
| 04/11/2023 | [42](#) | STATEMENT OF RECENT DECISION pursuant to Civil Local Rule 7-3.d filed byCoinbase Global, Inc., Coinbase, Inc.. (Related document(s) [21](#) ) (Walker, Nathan) (Filed on 4/11/2023) (Entered: 04/11/2023) |
| 04/13/2023 | [43](#) | NOTICE of Appearance by Emily C Kirk (Kirk, Emily) (Filed on 4/13/2023) (Entered: 04/13/2023) |
| 04/13/2023 | [44](#) | NOTICE by Coinbase Global, Inc., Coinbase, Inc. *of Pendency of Other Actions per Civil Local Rule 3-13* (Kirk, Emily) (Filed on 4/13/2023) (Entered: 04/13/2023) |
| 04/17/2023 | [45](#) | STATEMENT OF RECENT DECISION pursuant to Civil Local Rule 7-3.d filed byManish Aggarwal, Mostafa El Bermawy. (Attachments: # [1](#) Exhibit A)(Borden, Matthew) (Filed on 4/17/2023) (Entered: 04/17/2023) |
| 07/07/2023 | [46](#) | STATEMENT OF RECENT DECISION pursuant to Civil Local Rule 7-3.d filed byCoinbase Global, Inc., Coinbase, Inc.. (Related document(s) [21](#) ) (Hann, Bree) (Filed on 7/7/2023) (Entered: 07/07/2023) |
| 08/02/2023 | [47](#) | **ORDER GRANTING MOTION TO COMPEL ARBITRATION AND STAYING CASE by Judge Jeffrey S. White granting [21](#) Motion to Compel; denying [35](#) Administrative Motion. (kkp, COURT STAFF) (Filed on 8/2/2023) (Entered: 08/02/2023)** |
| 01/26/2024 | [48](#) | STATUS REPORT *(Joint)* by Coinbase Global, Inc., Coinbase, Inc.. (Hann, Bree) (Filed on 1/26/2024) (Entered: 01/26/2024) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 02/04/2024 21:38:31 | | |
| **PACER Login:** | reshamkamath2021 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 4:22-cv-04829-JSW |
| **Billable Pages:** | 7 | **Cost:** | 0.70 |