| | |
|---|---|
| **RESHMA KAMATH**, Cal. Bar No. 333800<br>700 El Camino Real, Suite 120, #1084<br>Menlo Park, California 94025, United States<br>Ph.: 650 257 0719, E.: reshmakamath2021@gmail.com<br>*In Propria Persona* | |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RESHMA KAMATH,<br><br>        Plaintiff,<br><br>v.<br><br>ANGIE MUELEMAN, WILLIAM ALSUP, ROSE MAHER, THOMAS HIXSON, JAMES LI, LILAW, INC., DYLAN WISEMAN, BUCHALTER, APC, YVONNE GONZALEZ-ROGERS, JEFFREY WHITE, CALIFORNIA NORTHERN DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA STANDING COMMITTEE ON PROFESSIONAL RESPONSIBILITY, NINTH CIRCUIT COURT OF APPEALS, AND, DOES 1-10, INCLUSIVE,<br><br>        Defendants | Case No.: **5:23-cv-06494-VKD**<br><br>**EXHIBIT B - NON-EXHAUSTIVE LIST AGAINST DEFENDANT CAND'S RACE-BASED "RANDOM-RE-ASSIGNMENT" OF CASES, WHERE MAJORITY OF LATIN-AMERICAN LITIGANTS' CASES WERE REFERRED TO JUDGE GONZALEZ ROGERS, IN SUPPORT OF THE COMPLAINT FOR:**<br><br>    I.    **INJUNCTIVE RELIEF**<br>    II.   **DEFAMATION PER SE- LIBEL**<br>    III.  **RACIAL DISCRIMINATION UNDER 42 U.S.C. SECTION 1983**<br>    IV.  **GENDER DISCRIMINATION UNDER 42 U.S.C. SECTION 1983**<br>    V.   **DECLARATORY RELIEF**<br>    VI.  **DEFAMATION PER SE–SLANDER**<br>    VII. **NEGLIGENT HIRING, RETENTION, SUPERVISION, AND TRAINING.**<br><br>**DEMAND FOR JURY TRIAL** |

RESHMA KAMATH
W W W . M Y I N S T A L A W Y E R . C O M

# EXHIBIT B

1. United States v. Sanchez-Espino

   No. CR 12-00323 YGR (N.D. Cal. Jan. 29, 2013)

   1 of 3

HONORABLE YVONNE GONZALEZ ROGERS

2. United States v. Firmeza

   No. CR 12-00449-1 YGR (N.D. Cal. Nov. 26, 2012)

   1 of 2

1. United States v. Vargas

   No. CR 13-00165 YGR (N.D. Cal. May. 1, 2013)

   1 of 3

HON. YVONNE GONZALEZ ROGERS

2. United States v. Jacinto

   No. CR-12-0099 YGR (N.D. Cal. May. 2, 2012)

   HON. YVONNE GONZALEZ ROGERS

Hon. Yvonne Gonzalez Rogers

1. United States v. Ambriz

   CR 12-00648 YGR (N.D. Cal. Mar. 7, 2013)

HON. YVONNE GONZALEZ ROGERS

1. United States v. Ambriz

   CR 12-00648 YGR (N.D. Cal. Mar. 7, 2013)

HON. YVONNE GONZALEZ ROGERS

1. Becerra v. Radioshack Corp.

   Case No.: 11-03586 YGR (N.D. Cal. Mar. 30, 2012)

YVONNE GONZALEZ ROGERS

2. Marchelos v. Reputation.com, Inc.

   Case No. 4:12-cv-01899-YGR (N.D. Cal. Dec. 13, 2012)

Honorable Yvonne Gonzalez Rogers

1. Enriquez v. Interstate Grp., LLC

   Case No. Case 4:11-cv-05155-YGR (N.D. Cal. May. 30, 2012)

Hon. Yvonne Gonzalez Rogers

1. Marchelos v. Reputation.com, Inc.

   Case No. 4:12-cv-01899-YGR (N.D. Cal. Dec. 13, 2012)

Honorable Yvonne Gonzalez Rogers

2. Frisco v. Midland Credit Mgmt., Inc.

Case No. 4:11-CV-03284-YGR (N.D. Cal. Apr. 27, 2012)

Hon. Yvonne Gonzalez Rogers

1. United States v. Padia

No. CR 12-0586 YGR (N.D. Cal. Nov. 30, 2012)

1 of 2

YVONNE GONZALEZ ROGERS

1. Tavares v. Capitol Records, LLC

Case No. 4:12-cv-03059-YGR (N.D. Cal. Sep. 7, 2012)

Hon. Yvonne Gonzalez Rogers

1. United States v. Sanchez

No. CR 12-0348 YGR (N.D. Cal. Jul. 20, 2012)

1 of 2

HON. YVONNE GONZALEZ ROGERS

1. Quesada v. Banc of Am. Inv. Servs., Inc.

Case No. CV-11-01703 YGR (N.D. Cal. Oct. 17, 2012)

Honorable Yvonne Gonzalez Rogers

1. Marino v. Cacafe, Inc.

Case No. 16-cv-6291 YGR (N.D. Cal. Nov. 9, 2017)Cited 3 times

Judge's Summary — Explaining that there is a "low threshold" for finding a joint employment relationship at the conditional certification stage

1 of 2

YVONNE GONZALEZ ROGERS

[Reyes v. San Francisco Unified Sch. Dist.](#)
Case No. CV 11-04628 YGR (N.D. Cal. Jul. 3, 2012)
1 of 3

Judge Yvonne Gonzalez Rogers

1. [United States v. Hernandez](#)

   No. CR 12- 000705-YGR (N.D. Cal. Nov. 29, 2012)

   1 of 2

YVONNE GONZALEZ ROGERS

1. [Hill v. Agonone](#)

   22-cv-06062-YGR (PR) (E.D. Cal. Oct. 17, 2022)

YVONNE GONZALEZ ROGERS UNITED STATES DISTRICT JUDGE

1. [Ruiz v. EOS CCA](#)

   Case No.: 12-CV-05919 YGR (N.D. Cal. Apr. 17, 2013)

YVONNE GONZALEZ ROGERS

1. [Hernandez v. Polanco Enters., Inc.](#)

   Case No.: 11-CV-02247 YGR (N.D. Cal. Nov. 13, 2012)

YVONNE GONZALEZ ROGERS

1. [Gutierrez v. United States](#)

   No. C 11-4527 YGR (pr) (N.D. Cal. Jan. 26, 2012)

YVONNE GONZALEZ ROGERS

1. [Bonilla v. Rogers](#)

   Case No. 16-cv-00107-VC (PR) (N.D. Cal. Jan. 26, 2016)

Plaintiff Steven Wayne Bonilla is a state prisoner who alleges constitutional violations against District Court Judge Yvonne Gonzalez Rogers. Bonilla has been disqualified from proceeding in forma pauperis under 28 U.S.C. § 1915(g) unless he is "under imminent danger of serious physical injury" at the time he filed his complaint. 28 U.S.C. 1915(g); In re Steven Bonilla, No. C 11-3180 CW (PR); Bonilla v. Dawson, No. C 13-0951 CW (PR).

1. Ramirez v. Mehranfar

   Case No.: 12-cv-01994-YGR (N.D. Cal. Aug. 21, 2012)

   YVONNE GONZALEZ ROGERS

2. Frisco v. Midland Credit Mgmt., Inc.

   Case No.: C-11-03284-YGR (N.D. Cal. May. 18, 2012)

   YVONNE GONZALEZ ROGERS

1. Madej v. Synchrony Bank

   21-cv-02713-YGR (N.D. Cal. Jul. 30, 2021)

   YVONNE GONZALEZ ROGERS, UNITED STATES DISTRICT JUDGE

1. Chico v. J & J Sports Prods., Inc.

   Case No.: 11-CV-03722 YGR (N.D. Cal. Sep. 10, 2012)

   YVONNE GONZALEZ ROGERS

2. Velasquez v. City of Santa Clara

   Case No.: C-11-3588-YGR (N.D. Cal. Apr. 5, 2012)

   YVONNE GONZALEZ ROGERS

1. Natividad v. Figueroa

   No. C 12-00891 YGR (PR) (N.D. Cal. Feb. 12, 2013)

   YVONNE GONZALEZ ROGERS

2. Reyes v. S.F. Unified Sch. Dist.

   Case No.: 11-cv-04628-YGR (N.D. Cal. Sep. 27, 2012)

YVONNE GONZALEZ ROGERS

1. Enriquez v. Interstate Grp. LLC

   Case No.: C-11-05155-YGR (N.D. Cal. Feb. 9, 2012)

YVONNE GONZALEZ ROGERS

Investors v. Luna
Case No.: 12-CV-4255 YGR (N.D. Cal. Jan. 29, 2013)
YVONNE GONZALEZ ROGERS

Cordova v. Sensa Prods., LLC
Case No.: C-12-1050-YGR (N.D. Cal. Mar. 30, 2012)
YVONNE GONZALEZ ROGERS

Gonzalez v. Tagged, Inc.
Case No. 16-CV-00574-YGR (N.D. Cal. Nov. 15, 2016)
1 of 4
Page 3
YVONNE GONZALEZ ROGERS

Wells Fargo Bank, NA v. Salazar
Case No. C-12-0537 YGR (N.D. Cal. Mar. 7, 2012)Cited 1 times
YVONNE GONZALEZ ROGERS

Gonzalez v. Tagged, Inc.
Case No. 16-CV-00574-YGR (N.D. Cal. Nov. 15, 2016)
1 of 4
Page 3
YVONNE GONZALEZ ROGERS

Velasquez v. City of Santa Clara
Case No.: C-11-3588-YGR (N.D. Cal. Apr. 5, 2012)
YVONNE GONZALEZ ROGERS

Garcia v. Sun-Hayward, LLC
4:21-cv-08574-YGR (N.D. Cal. May. 17, 2022)
YVONNE GONZALEZ ROGERS, UNITED STATES DISTRICT JUDGE

Barnes v. Orozco
21-cv-02132-YGR (PR) (N.D. Cal. May. 9, 2023)
JUDGE YVONNE GONZALEZ ROGERS United States District judge.