**RESHMA KAMATH**, Cal. Bar No. 333800
700 El Camino Real, Suite 120, #1084
Menlo Park, California 94025, United States
Ph.: 650 257 0719, E.: reshmakamath2021@gmail.com
*In Propria Persona*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RESHMA KAMATH,<br><br>     Plaintiff,<br><br>     v.<br><br>ANGIE MUELEMAN, WILLIAM ALSUP, ROSE MAHER, THOMAS HIXSON, JAMES LI, LILAW, INC., DYLAN WISEMAN, BUCHALTER, APC, YVONNE GONZALEZ-ROGERS, JEFFREY WHITE, CALIFORNIA NORTHERN DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA STANDING COMMITTEE ON PROFESSIONAL RESPONSIBILITY, NINTH CIRCUIT COURT OF APPEALS, AND, DOES 1-10, INCLUSIVE,<br><br>     Defendants | Case No.: **5:23-cv-06494-VKD**<br><br>**NOTICE OF *ERRATA* IN THE COMPLAINT FOR:**<br><br>I.     **INJUNCTIVE RELIEF**<br>II.    **DEFAMATION PER SE-LIBEL**<br>III.   **RACIAL DISCRIMINATION UNDER 42 U.S.C. SECTION 1983**<br>IV.   **GENDER DISCRIMINATION UNDER 42 U.S.C. SECTION 1983**<br>V.    **DECLARATORY RELIEF**<br>VI.   **DEFAMATION PER SE–SLANDER**<br>VII.  **NEGLIGENT HIRING, RETENTION, SUPERVISION, AND TRAINING.**<br><br>**DEMAND FOR JURY TRIAL** |



**PLEASE TAKE NOTICE** that the COMPLAINT filed on December 17, 2023, should have included the exhibits as stated in the:

**COMPLAINT PAGE 17, LINE 134: EXHIBIT A AGAINST JUDICIAL OFFICER JEFFREY WHITE'S RACISM TOWARDS MUSLIMS/INDIANS/ISLAMIC-SOUNDING NAMES IN SUPPORT OF THE COMPLAINT FOR: I. INJUNCTIVE RELIEF II. DEFAMATION PER SE- LIBEL III. RACIAL DISCRIMINATION UNDER 42 U.S.C. SECTION 1983 IV. GENDER DISCRIMINATION UNDER 42 U.S.C. SECTION 1983 V. DECLARATORY RELIEF VI. DEFAMATION PER SE SLANDER VII. NEGLIGENT HIRING, RETENTION, SUPERVISION, AND TRAINING. [ECF DKT. # 7].**

**COMPLAINT PAGE 8, LINE 3: EXHIBIT B - NON-EXHAUSTIVE LIST AGAINST DEFENDANT CAND'S RACE-BASED "RANDOM- RE-ASSIGNMENT" OF CASES, WHERE MAJORITY OF LATIN-AMERICAN LITIGANTS' CASES WERE REFERRED TO JUDGE GONZALEZ ROGERS, IN SUPPORT OF THE COMPLAINT FOR: I. INJUNCTIVE RELIEF II. DEFAMATION PER SE- LIBEL III. RACIAL DISCRIMINATION UNDER 42 U.S.C. SECTION 1983 IV. GENDER DISCRIMINATION UNDER 42 U.S.C. SECTION 1983 V. DECLARATORY RELIEF VI. DEFAMATION PER SE SLANDER VII. NEGLIGENT HIRING, RETENTION, SUPERVISION, AND TRAINING. [ECF DKT. # 8].**

**COMPLAINT PAGE 15, LINE 117: EXHIBIT C AGAINST JUDICIAL OFFICER YVONNE GONZALEZ ROGERS' JUDICIAL IMPROPREITY; LINKAGES TO SECURITIES AT VANGUARD, AJAX, AND MCKINSEY; AND RULING IN HER FAVOR WITHOUT**

RESHMA KAMATH
W W W . M Y I N S T A L A W Y E R . C O M

INDEPENDENT THIRD-PARTY NEUTRAL; IN SUPPORT OF THE COMPLAINT FOR: I. INJUNCTIVE RELIEF II. DEFAMATION PER SE- LIBEL III. RACIAL DISCRIMINATION UNDER 42 U.S.C. SECTION 1983 IV. GENDER DISCRIMINATION UNDER 42 U.S.C. SECTION 1983 V. DECLARATORY RELIEF VI. DEFAMATION PER SE SLANDER VII. NEGLIGENT HIRING, RETENTION, SUPERVISION, AND TRAINING. [ECF DKT. # 9].

COMPLAINT PAGE 16, LINE 123: EXHIBIT D AGAINST JUDICIAL OFFICER YVONNE GONZALEZ ROGERS' MINIMAL INTERACTION WITH; AND, PREJUDICE TOWARDS INDIANS/INDIAN-AMERICANS IN NOT ALLOWING SUCH LITIGANTS TO LITIGATE IN A FEDERAL TRIAL IN SUPPORT OF THE COMPLAINT FOR: I. INJUNCTIVE RELIEF II. DEFAMATION PER SE- LIBEL III. RACIAL DISCRIMINATION UNDER 42 U.S.C. SECTION 1983 IV. GENDER DISCRIMINATION UNDER 42 U.S.C. SECTION 1983 V. DECLARATORY RELIEF VI. DEFAMATION PER SE SLANDER VII. NEGLIGENT HIRING, RETENTION, SUPERVISION, AND TRAINING. [ECF DKT. # 10].

///

DATED: February 05, 2024                    RESHMA KAMATH

*/S/ Reshma Kamath*

_____
*In Propria Persona*