**RESHMA KAMATH**
*Plaintiff*,
700 El Camino Real, Suite 120, #1084,
Menlo Park, California 94025, United States
Phone-number: 650 257 0719
E-mail address: reshmakamath2021@gmail.com

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| RESHMA KAMATH,<br><br>Plaintiff,<br><br>v.<br><br>ANGIE MUELEMAN, WILLIAM ALSUP, ROSE MAHER, THOMAS HIXSON, JAMES LI, LILAW, INC., DYLAN WISEMAN, BUCHALTER, APC, YVONNE GONZALEZ-ROGERS, JEFFREY WHITE, CALIFORNIA NORTHERN DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA STANDING PROFESSIONAL COMMITTEE ON RESPONSIBILITY, NINTH CIRCUIT COURT OF APPEALS, AND, DOES 1-10, INCLUSIVE,<br><br>Defendants | Case No.:   5:23-cv-06494-PCP<br><br>[*Honorable Judge P. Casey Pitts*]<br><br>**PLAINTIFF'S NOTICE *RE* FILING FIRST-AMENDED COMPLAINT.** |

*TO THE HONORABLE COURT, ALL PARTIES, AND ATTORNEYS OF RECORD, HEREIN*

Plaintiff intends to file a first-amended complaint on or before April 30, 2024. Plaintiff is gathering evidence against the judges of CAND. The same judges who hear civil matters, also preside over criminal matters. The wrongful convictions and related

1

issues are all real and can be curbed substantially. As an ally against racism and misogyny, such trending CAND issues must be addressed as a serious concern.

Small things – seemingly discarded by White judges as innocent mistakes of other White and non-White people are what comprise racism and misogyny. White judges are also constantly oblivious and confused when women of color talk, and the perceptions of men/other cultures/other ethnicities towards other genders/cultures/ethnicities other than their own are often distorted. Particularly racist and misogynistic is when White judges such as Defendants Hixson and Alsup know the facts and ignore the facts when White women/people are at fault, is racist and misogynistic. Book knowledge, fancy degrees, and judicial experience that could be prideful make no difference in this context because ultimately the judges are human. Moreover, when the White/non-White judges know the entirety of the law, but only address part of the law - that denotes racism and misogyny. Racist White culture has permeated so deeply in California because even the non-White judges are appointed by heteronormative White men. For example, Defendant Alsup has trouble reading women of color, particularly immigrants and Asian/Middle-Eastern women.

Plaintiff wants to address this in the first-amended complaint. All this will be served upon the judges and their respective staff upon the filing of the first-amended complaint.

**DATED: March 29, 2024**

**RESHMA KAMATH**

*/S/ Reshma Kamath*

*In Propria Persona*