# UNITED STATES COURTS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| IN THE MATTER OF THE DESIGNATION OF A DISTRICT JUDGE FOR SERVICE IN ANOTHER DISTRICT WITHIN THE NINTH CIRCUIT | **ORDER** (28 U.S.C. § 292(b)) |

### *For the Purpose of Presiding Over a Specific Case*

Pursuant to 28 U.S.C. § 292(b), I hereby designate the Honorable **Gonzalo P. Curiel**, United States Senior District Judge for the Southern District of California, to temporarily perform the duties of United States District Judge for the Northern District of California beginning on May 7, 2024, for the following specific case: *Kamath v. Alsup, et al.,* 5:23-cv-06494.

DATED this 7th day of May 2024.

_____
Mary H. Murguia
Chief Circuit Judge