UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RESHMA KAMATH,<br><br>  Plaintiff,<br><br>v.<br><br>WILLIAM ALSUP, et al.,<br><br>  Defendants. | Case No.: 23CV06494-GPC<br><br>**ORDER DIRECTING PLAINTIFF TO SERVE COMPLAINT AND SUMMONS AND SETTING INITIAL CASE MANAGEMENT CONFERENCE** |

This case was assigned to the undersigned judge on May 8, 2024. Plaintiff Reshma Kamath, an attorney proceeding pro se, filed a complaint on December 17, 2023. (Dkt. No. 1, Compl.) The docket reflects that Plaintiff never requested a summons, and proof of service of the complaint and summons was never filed. *See* Fed. R. Civ. P. 4(b), (l)(1). Over four months later, on April 30, 2024, Plaintiff filed an amended complaint. (Dkt. No. 17, Am. Compl.) Again, Plaintiff has not yet requested a summons.

The Federal Rules of Civil Procedure require that Plaintiff must serve the complaint and summons within 90 days after the complaint is filed. Fed. R. Civ. P. 4(c)(1), (m). Because the summons has not been issued on the amended complaint, the Court directs Plaintiff to request a summons from the Clerk of Court and serve Defendants with the complaint and summons as well as the supplementary material required by N.D. Cal. Civil Local Rule 4-2 by **July 29, 2024**, or the Court will dismiss the action without prejudice. *See* Fed. R Civ. P. 4(m) ("If a defendant is not served

within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice . . . .").

The Court also resets the initial case management following reassignment. The parties shall file joint case management statement that is in compliance with the Northern District of California's general standing order entitled "Contents of Joint Case Management Statement" on or before **October 4, 2024**. An initial case management conference is set for **October 11, 2024 at 1:30 p.m.** via Zoom. The Court will email out the Zoom link a few days before the hearing.

IT IS SO ORDERED.

Dated: June 14, 2024

Hon. Gonzalo P. Curiel
United States District Judge