**RESHMA KAMATH,**
700 El Camino Real, Suite 120, #1084,
Menlo Park, California 94025, United States
Ph.: 650 257 0719, E.: reshmakamath2021@gmail.com
***PLAINTIFF, IN PROPRIA***

# UNITED STATES DISTRICT COURT
# NORTHERN DIVISION

| | |
|---|---|
| RESHMA KAMATH,<br><br>                    Plaintiff,<br><br>v.<br><br>ANGIE MEULMAN, YVONNE-GONZALEZ-ROGERS, ET AL,<br><br><br><br>                    Defendants. | CASE NO.: 3:23-cv-06494-GPC<br>[*ASSIGNED TO HONORABLE RACIST JOSPEPH CURRIEL GONZALO*]<br><br>**PLAINTIFF RESHMA KAMATH'S DEMAND TO RE-INSTATE THE CASE FOR CURRIEL'S FAILURE TO ISSUE SUMMONS AND CURRIEL'S MISMANAGEMENT OF THE CASE.** |

JOSEPH GONZALO CURRIEL, A JUDGE, **FAILED TO ISSUE SUMMONS.** WHEN THIS **CASE WAS TRANSFERRED** VIA ONE OF THE **DEFENDANTS' AGENTS, MARY H. MURGUIA,** JUDGE JOSEPH GONZALO CURRIEL MUST HAVE DIRECTED THE CLERK TO ISSUE SUMMONS FROM THE UNITED STATES DISTRICT COURT, SOUTHERN DIVISION.

---

**PLAINTIFF RESHMA KAMATH'S DEMAND TO RE-INSTATE THE CASE AND FOR JUDGE CURRIEL'S FAILURES IN ISSUING SUMMONS**

After Plaintiff files a summons, the Court will issue an order directing the Clerk of Court to issue the summons. *Harris v. Door Dash, Inc.* (N.D. Cal., Sep. 19, 2022, 21-cv-09445-JSC). **NO SUMMONS WAS EVER ISSUED – CURRIEL FAILED TO ISSUE A SUMMONS FROM HIS COURTROOM. INSTEAD ISSUING A RACIST ORDER.**

**CURRIEL FAILED AND HIS FAILURE TO ABIDE BY A LAW IS MISOGYNISTIC RACISM.**

HOWEVER, IT SEEMS **JUDGE JOSPEH GONZALO CURRIEL FORGOT** – AND WHO SITS IN THE SOUTHERN-MOST COURTHOUSE OF THE UNITED STATES DISTRICT – **FORGOT TO INFORM THE CLERKS TO ISSUE SUMMONS FROM THE TRANSFEREE COURT.**

In state court, the California Code of Civil Procedure governs and sets forth the following requirements for issuance of a summons: A summons "shall be directed to the defendant, signed by the clerk and issued under the seal of the court in which the action is pending." The summons must comply with section 412.20. It must carry the title of the court in which the action is pending as well as the names of the parties to the actions, including defendant

In federal court, the Clerk of the Court shall send to Plaintiff one (1) summons, and a copy of the Order Directing Clerk of Court to Issue Summons (Doc. No. 3.), and a copy of the complaint. Akroush v. Saul (E.D. Cal., Sep. 24, 2019, No. 1:19-cv-00383-BAM). **CURRIEL'S CLERK FAILED TO PERFORM THIS NECESSARY ACTION.** **"There was, indeed, a failure to comply with Rule 4(a), namely, the clerk's failure to issue a summons forthwith upon the filing of the complaint."** Jefferson v. Stockholders Pub. Co. (9th Cir. 1952) 194 F.2d 281.

**PLAINTIFF RESHMA KAMATH'S DEMAND TO RE-INSTATE THE CASE AND FOR JUDGE CURRIEL'S FAILURES IN ISSUING SUMMONS**

"However, the clerk's failure to comply with Rule 4(a) was not attributable to appellant, **did not deprive the District Court of jurisdiction and did not warrant dismissal of the action. Judgment reversed**." *Jefferson v. Stockholders Pub. Co.* (9th Cir. 1952) 194 F.2d 281, 282.

**BECAUSE OF CURRIEL'S FAILURE, CURRIEL THEN FAILED TO ADMIT HIS MISTAKE AND DISMISSED THE ENTIRE CASE.**

**CURRIEL EXPECTED THE PRIOR COURT, CAND'S SUMMONS TO BE SERVED – WHICH IS WRONG. A DEFENDANT NEEDS TO KNOW WHICH COURT TO APPEAR AT. I.E., CASD – THE SOUTHERN DISTRICT. THIS COURT SHOULD HAVE ISSUED THE SUMMONS NOT CAND BUT MISOGYNISTIC RACISM TOOK OVER: CURRIEL UTTERLY AND DISDAINLY FORGOT TO DIRECT HIS CLERK TO ISSUE SUMMONS– CURRIEL'S MISCONDUCT - AN ABOMINATION ON THE COURT SYSTEM.**

FURTHER, PLAINTIFF RESHMA KAMATH WANTS TO DEMAND THE ANSWERS FROM THIS JUDGE CURRIEL:

-HOW MANY MEET-AND-CONFERS HAVE YOU HAD WITH MARY H. MURUGUIA?
-HOW MANY TELEHONE-CALLS HAVE YOU HAD WITH MARY H. MURUGUIA?
-HOW MANY TELEPHONE-CALLS OR MEETINGS HAVE YOU HAD WITH THE HOMELAND SECURITY ATTORNEY OF DEFENDANTS WILLIAM HASKELL ALSUP, ANGIE MEULMAN, THOMAS HIXSON, AND THE SLEW OF OTHER JUDICIAL-OFFICER DEFENDANTS?

---

**PLAINTIFF RESHMA KAMATH'S DEMAND TO RE-INSTATE THE CASE AND FOR JUDGE CURRIEL'S FAILURES IN ISSUING SUMMONS**

-HOW MANY BAR ASSOCIATION EVENTS HAD JOSEPH GONZALO CURRIEL MET, TALKED, AND CHATTED WITH DEFENDANT YVONNE GONZALEZ ROGERS AND MARY H. MURUGIA?

-IS JOSPEH GONZALO CURRIEL PROTECTING YVONNE GONZALEZ ROGERS' INSIDER TRADING WITH HER RICH VC SPOUSE?

-IS THAT LIGHT-SKINNED BIAS OF HIRING PREDOMINANTLY LIGHT-SKINNED JUDGES FROM EACH COLOR DELUDING RULINGS AND MANAGEMENT OF THE COURTROOM?

-IS ANY COUNTRY, SOUTH OF THE BORDER, AFFECTING THE ABILITY OF CURRIEL TO REMAIN NEUTRAL?

**RACIST JOSPEH GONZALO CURRIEL SHOULD RE-OPEN AND RE-INSTATE THIS CASE – ADMIT CURRIEL'S FAILURES AS A JUDICIAL OFFICER IN THE MISMANAGEMENT OF HIS COURTROOM** IN FAILING TO DIRECT CURRIEL'S CLERK TO ISSUE SUMMONS FROM THE TRANSFEREE COURT. **CURRIEL, INSTEAD IS VOLLEYING BETWEEN SOUTHERN DISTRICT AND NORTHERN DISTRICT.** THE RACIST DOESN'T EVEN KNOW THAT CURRIEL FAILS TO HAVE JURISDICTION IN THE NORTHERN DISTRICT. WHAT COUNTRY'S LAWS ARE YOU APPLYING, CURRIEL? THIS IS AMERICA. **CURRIEL FAILS TO HAVE JURISDICTION IN THE NORTHERN DIVISION TO SEND THIS CASE THERE.**

FURTHER, CURRIEL NEEDS TO ADMIT A HOMELAND SECURITY ATTORNEY OF DEFENDANT NINTH CIRCUIT (AGENT MARY H. MURUGIA) AND DEFENDANT WILLIAM HASKELL ALSUP APPEARED AND CONTACTED CURRIEL.

---

**PLAINTIFF RESHMA KAMATH'S DEMAND TO RE-INSTATE THE CASE AND FOR JUDGE CURRIEL'S FAILURES IN ISSUING SUMMONS**

**THIS CASE MUST GET RE-INSTATED AND THEN TRANSFERRED TO A NEUTRAL COURTHOUSE AND A JUDICIAL-OFFICER** –THAT DO NOT SHARE AN AFFINITY WITH THE DEFENDANTS SUCH AS MARY H. MURUGIA AND YVONNE GONZALEZ ROGERS.

GONZALO CURRIEL IS BUSY PROTECTING ALL HIS WHITE BRETHREN/ SISTERS, AND HIS MEXICAN COUNTER-PARTS. MORE THAN OBVIOUS ISN'T IT?

CURRIEL'S MISOGYNISTIC RACISM AND HIS RACIST STAFF HAVE DEMONSTRATED THE REASONS WHY THE UNITED STATES OF AMERICA IS IN SUCH MAYHEM. CURRIEL JUST SAT THERE DOING NOTHING.

THIS PROBABLY ISN'T THE FIRST INSTANCE OF MISOGYNISTIC RACISM AND CURRIEL'S SHAMEFUL MISMANAGEMENT OF THE COURTROOM.

YET. CURRIEL HAS GOTTEN AWAY WITH HIS TYPE OF FAILURES TO ISSUE SUMMONS AND MISMANAGEMENT OF THE COURTROOM BECAUSE THERE IS NO ACCOUNTABILITY FOR JUDGES IN CALIFORNIA AND IN THE UNITED STATES.

**GOOD THING RESHMA KAMATH IS GETTING OUT OF THIS MESS CALLED THE AMERXICO PRETTY SOON.**

**DATED: AUGUST 02, 2024**          **RESHMA KAMATH**

*/S/ Reshma Kamath*

**PLAINTIFF,** *IN PROPRIA PERSONA*

---

**PLAINTIFF RESHMA KAMATH'S DEMAND TO RE-INSTATE THE CASE AND FOR JUDGE CURRIEL'S FAILURES IN ISSUING SUMMONS**