

*Via ECF electronic delivery* only
**DATED: AUGUST 02, 2024**
**RESHMA KAMATH CAL. BAR NO. 333800**
**LAW OFFICE OF RESHMA KAMATH**
700 El Camino Real Suite 120, #1084, Menlo Park, CA 94025
Phone: 650 257 0719 |  E-mail: reshmakamath2021@gmail.com   |

*RE:   AUGUST 02, 2024 MINUTE ORDER.*

**To: DEAR RACISTS:**
If this racist decision of CURRIEL doesn't get set asideand the complaint is not re-instated, then the next complaint filed will have both MARY H. MURUGUIA and GONZALO P. CURRIEL – the Latin-American Racists bringing in the misogyny from the southern border. It seems MARY H. MURUGUIA likes to stick her fingers into every case where she in the capacity of defendant Ninth Circuit, but here, is in the capacity of defendant Ninth Circuit's agency as the chief presiding judge.

To remind Curriel, who brings in the laws from the south of the border, there are laws in American courts. As a judge, the citizens of this country expect an American judge to follow the laws. A judge cannot rise above the law. As much as you hate Indian people, such as Reshma Kamath, and you can't stand Indian people doing well in the legal profession, specifically, Indian women, because of your Mexican misogyny – as a judge you must try to rise above your pettiness. Curriel, you failed to issue and sign the summons.

A general requirement that a summons must be signed by a judge. The issuance of the summons is an administrative act to be performed by the Clerk of the Court. The issuance of the summons is an administrative act to be performed by the Clerk of the Court.

**Fed.R.Civ.P. 4(a)** states:
"(a) Summons Issuance. Upon the filing of the complaint the clerk shall forthwith issue a summons and deliver the summons to the plaintiff or the plaintiff's attorney, who shall be responsible for prompt service of the summons and a copy of the complaint."
*In re Johannsen* (Bankr. D. Mont. 1988) 82 B.R. 547, 549.

A summons is issued by the Clerk. Civil Rule 4(b).

**A summons must name the court** and parties; be directed to the defendant; state the name and address of the plaintiff's attorney or the pro se plaintiff; state the time within

which the defendant must appear and defend; notify the defendant of default judgment; be signed by the court clerk; and bear the court's seal. Fed.R.Civ.P. 4(a).

**A COURT SITTING IN THE SOUTHERN DISTRICT CANNOT DIRECT A PLAINTIFF TO SEEK SUMMONS FROM THE COURT FROM THE NORTHERN DISTRICT OF CALIFORNIA.**

**A JUDGE SITTING IN THE SOUTHERN DISTRICT OF CALIFORNIA FAILS TO HAVE JURISDICTION IN THE NORTHERN DISTRICT OF CALIFORNIA TO HAVE SUMMONS ISSUED FROM THERE.**

"The process whereby a judge of one federal district can be assigned and permitted to exercise jurisdiction in a District Court of a different district is highly technical and is clearly defined by the Act of Congress. **No federal judge can exercise his powers in a District Court of another Circuit** unless these requirements be **followed to the letter**. The legislation is a grant of judicial power. All the provisos thereof are **conditions precedent** to its exercise. The judge in the instant case deliberately attempted to exercise this authority at a date when neither the Act of Congress nor the written assignment conferred the power upon him. <u>His act was void.</u>" **Leary v. United States (9th Cir. 1959) 268 F.2d 623.**

Curriel had no power in the northern district – Muruguia only transferred a case to the southern district. Muruguia did not provide a grant for Curriel to exercise jurisdiction in the northern district. Curriel's failure, and worse, even, Muruguia's failures are now publicly witnessed as the failure of judges in America.

This is Mary H. Muruguia's doing. That typical Mexican rigmarole that has allowed millions of illegals to come in and there is always some justification of it like DACA/DAPA. Doing something illegal and then cleaning it up. A third-rate judge such as Curriel should have no place in the United States California courts. What Mary Muruguia and Curriel are cooking up, but this is the destruction of American ethos. This is how corrupt third-worlds operate. That is why your parents moved to the United States – but little did they know you harbor the same sentiments where you were born. This shows what kind of people the immigration system has let into America.

I am 100% sure Curriel and Murugia are racist and highly misogynistic. Judges who cannot follow the FRCP code and law is RACIST. The code doesn't allow selective enforcement based on who the plaintiff or defendant is. Don't dare to seal the cases – this needs to be visible to all Americans pursuant to the U.S. Constitution.

*Sincerely,*

*Reshma Kamath*

**Reshma Kamath, Counsel.**