

Via ECF electronic delivery only
**DATED: AUGUST 11, 2024
RESHMA KAMATH CAL. BAR NO. 333800
LAW OFFICE OF RESHMA KAMATH**
700 El Camino Real Suite 120, #1084, Menlo Park, CA 94025
Phone: 650 257 0719 |  E-mail: reshmakamath2021@gmail.com  |

*RE:   TEACHINGS TO THE RACIST MEXICAN-AMERICAN JUDGES.*

**To: DEAR RACIST GONZALO CURRIEL:**
**Curriel, your racism is pretty clear and obvious – that Mexican/Mexican-American hatred towards Indians/Indian-Americans, is more than visible. Along with the misogyny that you have brought to the United States,  your orders, along with that of Murugia, wreak of disgust. You have helped many Mexican/Mexican-American violent criminals in the United States and supported their fraud/criminality.**

**You have helped the White criminals, such as Alsup, Breyer, White, Hixson, Meuleman, and Meher, in the Northern District court in the form of judges, attorneys and staff. They may like the Amerixco you have created because they continue to have the White privilege and don't realize what they have done to day-to-day ordinary Americans. (destroyed America).**

**It is the arse-licking Non-White judges, such as you, who have literally destroyed the ethos of the United States.**

**Neither do you help women litigants, nor do you help women-of-color attorneys.**

**The women litigants, whom you think you help and rule in favor of, are actually the criminals and the ones who should be locked up. I know you have freed many-a-Mexican-criminals - both male and female - because of your racist, arcane Mexican misogynistic racism.**

**Mary Muruguia helped the criminal, Yvonne-Gonzalez Rogers' insider-trading of $46 million with her spouse, Mark Rogers. How else does an ordinary  attorney working at Cooley make $46 million  from the same McKinsey securities where Gonzalez's spouse worked – a lot of insider-trading tips from Mark Rogers.of insider-trading tips from Mark Rogers. Yvonne-Gonzalez Rogers is not that smart either. Yvonne-Gonzalez Rogers comes from a privileged background – non-immigrant, non-abused, and supportive family structure.**

**You should see what us Indian women have to go through compared to you all.**

**Muruguia did this in cleverly taking a case away from a neutral judge at the California Northern District, and putting in Curriel's courtroom (who runs his courtroom like a Mexican mafia mob). The whole world knows that Muruguia would know Curriel who would know Gonzalez-Rogers - more than obvious, that Mexican-American judges communicate and talk with each other (even prior to this case). Weilding your judicial power to promote racism and misogyny is the lowest-of-the-low for the United States district court.**

**The illegality you brought into America is the same illegality you displayed in this case in Curriel's failing to adhere to the laws.**

**Guess what though - I am much more clever than you think.**

**The trashy White Males are not the only ones reading this case. You, as a light-skinned racist Mexican guy, has destroyed (in your career of three decades ) - destroyed the lives of many African-Americans/Black-Americans.**

**Racial misogynists such as Muruguia and you are what the State Bar of California supports.**

**This doesn't end here. Watch what is next in store for you all.**

**It is my duty as an intelligent attorney to create social change and I have rightly done so. I will not promote racist White laws and contravention of laws such as you bufoonistic judge doesn't know that summons under Fed. Rul. Civ. Proc. 4(A) Must be issued in the litigating/transferee court. You can keep supporting White trash and Mexican criminals.**

**Like many Americans nowadays, I have happily and cleverly moved out of the United States to get away from the rot of America. Hopefully, this will be a permanent move unlike my prior times, and I'll move on to bigger and better things – I have more than made my point in this case. There is no justice for Indian women in the United States.**

**Take care.**

*Sincerely,*

*Reshma Kamath*

***Reshma Kamath, Counsel and Plaintiff.***