

*Via ECF electronic delivery* only

**RESHMA KAMATH, CAL. BAR NO. 333800,**
**COUNSEL**
**LAW OFFICE OF RESHMA KAMATH**
700 El Camino Real Suite 120, #1084,
Menlo Park, CA 94025 Phone: 650 257 0719 |
E-mail: reshmakamath2021@gmail.com |

*RE: GONZALO CURRIEL'S SADISTIC ATTITUDE.*

*This misogynistically racist Mexican-American Judge, Gonzalo Curriel, could not even help a non-White woman who is not from his race, ethnic background and culture with statements about assault in a courtroom. I wonder how many rape victims and sexual-assault victims have appeared before this Mexican-American Judge Gonzalo Curriel, and how many times he laughed their trauma off with this sadistic attitude and illegal application of the law. The misogynistic racists haven't disproven one particular fact in the entire complaint in this case.*

*No wonder the United States has regressed decades and centuries for women's rights now. It is the judicial officers such as Gonzalo Curriel and counter-parts such as Mary Muruguia and Yvonne Gonzalez-Rogers – who have made the United States what it is today – more homophobic, transphobic, anti-women's rights and violent.*

*Each of you think Mexicans/Mexican-Americans are such hard-working individuals taking all the laborious job of that the Whites shun doing and how hard they construction/building industry is going because of Mexicans/Mexican-Americans.*

*There is also this side to it that nobody – particularly not the Whites are seeing. The racism other cultures, ethnicities and racial backgrounds have to suffer because of Mexican/Mexican-Americans' racism, misogyny and violence. Whites are too fixated focused on how Mexicans/Mexican-Americans are getting subjugated, but the Whites are way behind in decades fixing their own follies against Mexican/Mexican-American. The Whites in power are not seeing how Mexican-Mexican-Americans (with Latin-American s as majority) can become the aggressors and the racists who also need to maintain accountability to the judicial canon of ethics and the staff ethics at the CAND courthouse.*

*This is not occurring today – this has commenced decades ago and now the repercussions are unraveling. Such psychopathic judicial officers have no guilt and no remorse for what they have done and what they're doing. They walk upright proudly – even after committing the most heinous crimes as judicial officers in the name of the law.*

*Sincerely,*

*Reshma Kamath*

***RESHMA KAMATH,***

***Counsel***